UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 FEB 21 P 2: 12

| | |
|---|---|
| CLEAN WASTE, INC. | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:02CV2105 (RNC) |
| FIRST NATIONS FIN. SERVS., INC., ET AL. | : |
| Defendants. | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Thomas P. Smith for the following:

___  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___  To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_  To conduct settlement conferences (orefmisc./cnf);

___  To conduct a prefiling conference (orefmisc./cnf);

___  To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

___  A ruling on the following pending motions (orefm.):

_____
_____
_____

So ordered.

Dated at Hartford, Connecticut this 21 day of February 2006.

Robert N. Chatigny
United States District Judge