IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE, INC., | : |
| Plaintiff, | : CASE NO. 3:02 CV 2105 (RNC) |
| v. | : |
| THE CONNECTICUT INDEMNITY COMPANY, FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DIDIO ASSOCIATES, INC. and MARINE MGA, INC., | : APPEARANCE |
| Defendant. | : |

To the Clerk of this court and all parties of record:

Please enter the appearance of JAMES W. CARBIN of Duane Morris LLP in the above captioned matter as counsel for Defendants, The Connecticut Indemnity Company and Marine MGA, Inc. and Cross Claimant, Marine MGA, Inc.

Dated: April 28, 2006

Federal Bar # CT13762
Tel.: (973) 424-2000
Fax: (973) 424-2001
E-mail: jwcarbin@duanemorris.com

James W. Carbin, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102

DM1\630389.1

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

**John L. Senning**
Senning & Rieder
16 Saybrook Rd.
Essex, CT 06426

**Frank J. Liberty**
Liberty Law Firm
111 Huntington St., PO Box 2196
New London, CT 06320

**Christopher B. Weldon**
Lustig & Brown-Stmfd
1177 Summer St.
Stamford, CT 06905

**Darren P. Renner**
Lustig & Brown
1150 Summer St.
Stamford, CT 06905

**Mary E. R. Bartholic**
Cohn, Birnbaum & Shea
100 Pearl St.
Hartford, CT 06103-4500

**Thomas W. Witherington**
Cohn, Birnbaum & Shea
100 Pearl St., 12th Fl.
Hartford, CT 06103-4500

Dated: April 28, 2006

_____
James W. Carbin, Esq.
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, New Jersey 07102

2

DM1\630389.1