UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLEAN WASTE, INC.

       Plaintiff                          CIVIL ACTION NO.

VS.                                       302CV02105 RNC

THE CONNECTICUT INDEMNITY COMPANY, INC.,
FIRST NATIONS FINANCIAL SERVICES, INC., THE
DUNLAP CORPORATION F/D/B/A DUNLAP
INSURANCE & BONDING and/or DUNLAP CT
CORPORATION, BRUEN DELDIN DiDIO ASSOCIATES,
INC., and MARINE MGA, INC.

       Defendants                       June 23, 2006

## APPEARANCE

Please enter the appearance of James C, Keidel for the defendant, THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, in the above-entitled action.

Respectfully submitted,
THE DEFENDANT,
THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION

By: _____
James C. Keidel, Esq. (ct 19970)
Lustig & Brown, LLP
1177 Summer Street
Stamford, Connecticut 06905
Telephone: (203) 977-7840
Facsimile: (203) 977-8649
jkeidel@lustigbrown.com

Page -2-

## CERTIFICATION

     This is to certify that a copy of the foregoing has this date been sent, postage prepaid to the following:

John L. Senning, Esq.
Senning & Rieder
16 Saybrook Road
Essex, CT  06426

Mary E.R. Bartholic, Esq.
Thomas W. Witherington, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT  06103

James W. Carbin, Esq.
Duane Morris, LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

Frank J. Liberty, Esq.
P.O. Box 2196
New London, Connecticut  06320

                                                     James C. Keidel, Esq.