UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE INC., | : |
| Plaintiff, | : |
| V. | : CASE NO. 3:02CV2105(RNC) |
| FIRST NATIONS FINANCIAL SVCS, INC., ET AL., | : |
| Defendants. | : |

ORDER

On October 7, 2003, this Court stayed this matter to allow the parties to pursue mediation in this case and a related case, <u>Connecticut Indemnity Co. v. Perrotti</u>; (3:01CV1410(RNC)). The Court lifted the stay in this matter in February 2006 and referred the parties to Magistrate Judge Thomas P. Smith. The parties participated in a settlement conference with Magistrate Judge Smith in June 2006, but the case has not settled.

Accordingly, it is hereby ordered that the parties submit a joint status report in accordance with Fed.R.Civ.P.16(b) on or before **August 25, 2006**.

So ordered.

Dated at Hartford, Connecticut this _____ day of August 2006.

/s/
Robert N. Chatigny
United States District Judge