UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLEAN WASTE, INC.

    Plaintiff                                                    CIVIL ACTION NO.

VS.                                                           302CV02105 RNC

THE CONNECTICUT INDEMNITY COMPANY, INC.,
FIRST NATIONS FINANCIAL SERVICES, INC., THE
DUNLAP CORPORATION F/D/B/A DUNLAP
INSURANCE & BONDING and/or DUNLAP CT
CORPORATION, BRUEN DELDIN DiDIO ASSOCIATES,
INC., and MARINE MGA, INC.

    Defendants                                          August 18, 2006


**APPEARANCE**

**TO:**    CLERK, UNITED STATES DISTRICT COURT


Please enter the appearance of Robert J. Grande, Esq. for the defendant, THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, in the above-entitled action.

Respectfully submitted,

THE DEFENDANT,
THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION

By: _____
Robert J. Grande, Esq. (ct 21763)
Lustig & Brown, LLP
1177 Summer Street
Stamford, Connecticut 06905
Telephone: (203) 977-7840
Facsimile: (203) 977-8649
rgrande@lustigbrown.com

Page -2-

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLEAN WASTE, INC.

        Plaintiff                                                    CIVIL ACTION NO.

VS.                                                                302CV02105 RNC

THE CONNECTICUT INDEMNITY COMPANY, INC.,
FIRST NATIONS FINANCIAL SERVICES, INC., THE
DUNLAP CORPORATION F/D/B/A DUNLAP
INSURANCE & BONDING and/or DUNLAP CT
CORPORATION, BRUEN DELDIN DiDIO ASSOCIATES,
INC., and MARINE MGA, INC.

        Defendants                                        August 18, 2006

## CERTIFICATION

I hereby certify that on August 18, 2006, a copy of foregoing APPEARANCE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          THE DEFENDANT,
                                          THE DUNLAP CORPORATION F/D/B/A DUNLAP
                                          INSURANCE & BONDING and/or DUNLAP CT
                                          CORPORATION

                               By: _____
                                          Robert J. Grande, Esq. (ct 21763)
                                          Lustig & Brown, LLP
                                          1177 Summer Street
                                          Stamford, Connecticut 06905
                                          Telephone: (203) 977-7840
                                          Facsimile: (203) 977-8649
                                          rgrande@lustigbrown.com