UNITED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE, INC. : | |
| : | |
| V. : | |
| : | |
| THE CONNECTICUT INDEMNITY : | CIVIL ACTION NO. |
| COMPANY, FIRST NATIONS : | |
| FINANCIAL SERVICES, INC., : | 3:02CV02105 (RNC) |
| THE DUNLAP CORPORATION F/D/B/A : | |
| DUNLAP INSURANCE & BONDING and/or : | |
| DUNLAP CT CORPORATION, : | |
| BRUEN DELDIN DiDIO : | |
| ASSOCIATES, INC. and : | |
| MARINE MGA, INC. : | AUGUST 24, 2006 |

## JOINT STATUS REPORT

The Plaintiff, Clean Waste, Inc., ("Clean Waste") by its attorney John L. Senning of The Essex Law Group and Defendants The Connecticut Indemnity Company ("CIC") and Marine MGA, Inc. ("Marine MGA, Inc.) by their attorneys Duane Morris LLP, and First Nations Financial Services, Inc. ("First Nation") by its attorney Frank Liberty and The Dunlap Corporation F/D/A/A Dunlap Insurance & Bonding and/or Dunlap CT Corporation ("Dunlap") by its attorneys Lustig & Brown, LLP and Bruen Deldin DiDio Associates ("BDD") by its attorneys Cohn Birnbaum & Shea, P.C., hereby submit a Joint Status Report pursuant to F.R.C.P. Rule 16(d) as requested by the Court by Order dated August 2, 2006.

The case was previously stayed pending the Court's decision in the companion case The Connecticut Indemnity Company v. Frank Perrotti Jr., Court Action No. 301CV1410(RNC). A decision was rendered in that case in September of 2005. The

Plaintiff in this action subsequently moved this Court for the scheduling of a settlement conference which was held on June 26, 2006. This case was not settled as a result of that conference.

Counsel in both actions were permitted to participate in the later aspects of discovery in the companion case without prejudice to the rights of the Defendants in this case to proceed with additional discovery if the Court's decision in declaratory judgment companion case did not resolve all issues. As this case was not settled at the June 2006 Settlement Conference, the parties now intend to proceed with discovery in this case. Due to the stay previously entered by this Court in this action, no Federal Rules of Civil Procedure Rule 26 (f) report had been entered in this case. The parties propose that that Rule 26(f) report be jointly prepared and filed by September 25, 2006. The Plaintiff and the Defendants intend to serve Interrogatories and Requests for Production on respective parties by October 30, 2006 and that depositions be held within sixty (60) days after responses are received. The Defendants currently expect to take 5-7 depositions including the depositions of Frank Perrotti Jr. of Clean Waste, Inc., F. William Taylor of Sterling Yacht Corporation, John Sterling of Marine MGA, Jay Lorinsky of First Nations, Donald Roberts of CIC and a representative of Dunlap. The Plaintiff intends to take the deposition of the CIC employee, employees, agent or agents who investigated the insurance claim for personal injury filed against Clean Waste, Perrotti and the M/V "NEWS" and who prepared, authored and/or issued the declination of coverage/rescission of policy letter. Defendant First Nations intends to take depositions of and serve Interrogatories on Dunlap and BDD in addition to

those listed above. First Nations will also seek discovery from the Plaintiff's attorney. The parties reserve the right to take such additional depositions as they may deem necessary, based on information obtained during discovery. First Nations will be filing a Motion for Summary Judgment as to the Statute of Limitations with Court approval. BDD and Dunlap may also each seek to file a Motion for Summary Judgment at the conclusion of discovery. It is Defendants Connecticut Indemnity Company ("CIC") and Marine MGA, Inc.'s ("MGA") position that Plaintiff's claims against them should be dismissed, as they have been disposed of by the Court's findings in the prior related action entitled, <u>The Connecticut Indemnity Company v. Frank Perrotti, Jr.</u>, Civil Action No. 301 CV 1410 (RNC). Defendants CIC and MGA intend to file a motion for summary judgment against Plaintiff. Defendants CIC and MGA have not had any meaningful settlement discussions with Plaintiff.

       The Defendants CIC and Marine MGA previously filed a Motion to Dismiss this action and intend to request the Court's consideration of same at its earliest convenience. The Plaintiff will oppose any Motion to Dismiss or Summary Judgment Motions.

Respectfully submitted by

| | |
|---|---|
| PLAINTIFF<br>Clean Waste, Inc. | DEFENDANTS<br>The Connecticut Indemnity Company<br>and |
| /s/ John L. Senning, Esq.<br>ct05807<br>The Essex Law Group<br>16 Saybrook Road<br>Essex, CT  06426<br>Phone 860-767-2618<br>Fax 860-767-2740<br>jlssealaw@aol.com | Marine MGA, Inc.<br><br>/s/ S.R. Wiggins, Esq.<br>Duane Morris LLP<br>744 Broad Street<br>Suite 1200<br>Newark, NJ  07102-3889 |
| | DEFENDANT<br>BRUEN DELDIN DiDIO<br>ASSOCIATES, INC<br><br>/s/ Thomas W. Witherington, Esq.<br>Cohn, Birnbaum & Shea, P.C.<br>100 Pearl St.<br>Hartford, CT  06103-4500 |
| | DEFENDANT<br>THE DUNLAP CORPORATION<br>F/D/B/A DUNLAP INSURANCE &<br>BONDING and/or DUNLAP CT<br>CORPORATION<br><br>/s/ Christopher P. Weldon, Esq.<br>Lustig & Brown, LLP<br>1150 Summer Street<br>Stamford, CT  06905-5555 |
| | DEFENDANT<br>FIRST NATIONS FINANCIAL<br>SERVICES, INC.<br><br>/s/ Frank J. Liberty, Esq.<br>The Liberty Law Firm LLC<br>P.O. Box 2196<br>New London, CT  06320 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CLEAN WASTE, INC. | : | |
| | : | |
| V. | : | |
| | : | |
| THE CONNECTICUT INDEMNITY | : | CIVIL ACTION NO. |
| COMPANY, FIRST NATIONS | : | |
| FINANCIAL SERVICES, INC., | : | 3:02CV02105 (RNC) |
| THE DUNLAP CORPORATION F/D/B/A | : | |
| DUNLAP INSURANCE & BONDING and/or | : | |
| DUNLAP CT CORPORATION, | : | |
| BRUEN DELDIN DiDIO | : | |
| ASSOCIATES, INC. and | : | |
| MARINE MGA, INC. | : | AUGUST 25, 2006 |

I hereby certify that on August 25, 2006, a copy of foregoing Joint Status Report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ **John L. Senning**
Ct05807
John L. Senning
The Essex Law Group
16 Saybrook Road
Essex, CT  06426
Phone: (860) 767-2618
Fax: (860) 767-2740
E-mail: jlssealaw@aol.com