```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

CLEAN WASTE INC.,                   :
                                    :
     Plaintiff,                     :
                                    :
V.                                  :   CASE NO. 3:02CV2105(RNC)
                                    :
FIRST NATIONS FINANCIAL SVCS,       :
INC., ET AL.,                       :
                                    :
     Defendants.                    :
```

ORDER

On October 7, 2003, this Court stayed this matter to allow the parties to pursue mediation in this case and a related case, Connecticut Indemnity Co. v. Perrotti; (3:01CV1410(RNC)). The Court lifted the stay in this matter in February 2006. The parties participated in a settlement conference with Magistrate Judge Smith in June 2006, but the case has not settled. The parties filed a joint status report on August 25, 2006 pursuant to this Court's August 2, 2006 order (doc. #51). The joint status report stated that the parties would file their 26(f) report of parties' planning meeting by September 25, 2006. As of the date hereof, no 26(f) report has been filed.

Accordingly, it is hereby ordered that the parties submit their 26(f) report of parties' planning meeting on or before **February 15, 2007.**

So ordered.

Dated at Hartford, Connecticut this _____ day of January 2007.

```
                              _____/s/_____
                                    Robert N. Chatigny
                              United States District Judge
```