UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE, INC. | |
| Plaintiff | CIVIL ACTION NO. |
| -against- | 3:02cv02105 (RNC) |
| THE CONNECTICUT INDEMNITY COMPANY, INC., FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DiDIO ASSOCIATES, INC., and MARINE MGA, INC. | |
| Defendants | June 29, 2007 |

### DEFENDANT THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Pursuant to F.R.C.P. 56, the defendant in the above-referenced matter, THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION ("Dunlap"), hereby moves for summary judgment on the Second Count of the plaintiff's Complaint on the grounds that there are no genuine issues of material fact in dispute and the movant is entitled to judgment as a matter of law. Specifically, the plaintiff's negligence claim against the movant is barred by operation of the statute of limitations, C.G.S. §52-577. Alternatively, the plaintiff's contributory negligence bars the action against Dunlap.

The facts and governing law which support the relief requested herein are contained within the accompanying Memorandum of Law and Local Rule 56(a)1 Statement, which have

been filed in conjunction with this motion.

**WHEREFORE**, the movant respectfully requests that this motion be granted.

Respectfully submitted,

THE DEFENDANT,
THE DUNLAP CORPORATION f/d/b/a
DUNLAP INSURANCE & BONDING and/or
DUNLAP CT CORPORATION

By: _____
Darren P. Renner, Esq. (ct 15901)
Christopher B. Weldon, Esq. (ct 14128)
James C. Keidel, Esq. (ct 19970)
Robert J. Grande, Esq. (ct 21763)
Lustig & Brown, LLP
1177 Summer Street
Stamford, Connecticut 06905
Telephone: (203) 977-7840
Fax No. (203) 977-8649

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE, INC. | |
| Plaintiff | CIVIL ACTION NO. |
| -against- | 3:02cv02105 (RNC) |
| THE CONNECTICUT INDEMNITY COMPANY, INC., FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DiDIO ASSOCIATES, INC., and MARINE MGA, INC. | |
| | June 29, 2007 |
| Defendants | |

## CERTIFICATION

I hereby certify that on June 29, 2007, a copy of foregoing **MOTION FOR SUMMARY JUDGMENT of the defendant THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE DEFENDANT,
THE DUNLAP CORPORATION f/d/b/a
DUNLAP INSURANCE & BONDING and/or
DUNLAP CT CORPORATION

By: _____
Robert J. Grande, Esq. (ct 21763)
Lustig & Brown, LLP
1177 Summer Street
Stamford, Connecticut 06905
Telephone: (203) 977-7840
Fax No. (203) 977-8649