UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLEAN WASTE, INC.

　　　　Plaintiff

-against-

THE CONNECTICUT INDEMNITY COMPANY, INC., FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DiDIO ASSOCIATES, INC., and MARINE MGA, INC.

　　　　Defendants

CIVIL ACTION NO.

3:02cv02105 (RNC)

## AFFIDAVIT OF SCOTT A. HAINEY

STATE OF CONNECTICUT　　　)
　　　　　　　　　　　　　　) ss: June 21, 2007
COUNTY OF New Haven　　　)

SCOTT A. HAINEY, being duly sworn deposes and says:

1.　　I am over the age of eighteen (18) years old and firmly believe in the obligations of an oath.

2.　　I am an insurance producer licensed by the State of Connecticut and employed by an insurance brokerage, Bruen, Deldin, Didio Associates, located at 1062 Barnes Road, Wallingford, Connecticut 06492.

3. I am began working as an insurance producer with Bruen, Deldin, Didio Associates on January 1, 2000. From 1998 until December 31, 1999, I was employed as an insurance producer by The Dunlap Connecticut Corporation in Wallingford, Connecticut.

4. The Dunlap Connecticut Corporation ceased operating as an insurance brokerage in December 31, 1999, when its insurance business was sold to Bruen, Deldin, Didio Associates. After December 31, 1999, the accounts previously handled by The Dunlap Connecticut Corporation, including Mr. Perrotti's account, were transferred to Bruen, Deldin, Didio Associates.

5. In early October 1999, I was contacted by Mr. Jay Lorinsky of the defendant First Nations Financial Services, Inc. about assisting in the procurement of insurance for Mr. Frank Perrotti, Junior, who was in the process of purchasing a yacht.

6. Accordingly, an application for insurance was submitted by my office to the defendant Marine MGA, Inc. A true and accurate copy of the insurance application, which lists Mr. Perrotti Jr. as the Applicant, is attached hereto as **Exhibit A**.

7. On October 14, 1999, Marine MGA, Inc. provided a quotation for the insurance coverage for the yacht. A true and accurate copy of the quotation is attached hereto as **Exhibit B**.

8. Coverage for Mr. Perrotti was bound by Marine MGA, Inc. on October 26, 1999, with an effective date of October 19, 1999, pursuant to a facsimile transmission from Mr. John

Sterling at Marine, MGA, Inc. to my assistant, Colleen O'Connor. A true and accurate copy of this facsimile transmission confirming insurance coverage for Mr. Perrotti is attached hereto as **Exhibit C**. The insurance for the yacht was provided by the defendant The Connecticut Indemnity Company.

_____
SCOTT A. HAINEY

Sworn to before me this __26__ day of __June__, 2007.

_____
Commissioner of the Superior Court
Notary Public

Joe Mango Jr.
Notary Public, State of Connecticut
My Commission Expires March 31, 2012

## YACHT APPLICATION
VESSELS WITH RATED SPEEDS IN EXCESS OF 50 MPH ARE INELIGIBLE FOR COVERAGE

NAME OF APPLICANT: Frank Perotti Jr

ADDRESS: 136 Bradley Rd., Woodbridge, CT  STATE: ___  ZIP: 06525

EFFECTIVE DATE: 10/19/99    TERM: 1 YEAR (12:01 A.M. STANDARD TIME AT PLACE OF ISSUANCE).

### COVERAGE / PREMIUM / LIMITS OF LIABILITY

| | COVERAGE | LIMITS OF LIABILITY | | PREMIUM |
|---|---|---|---|---|
| A. | HULL (INCLUDING EQUIPMENT AND MACHINERY) | $ 3,750,000 | AGREED VALUE | $ |
| | MOTOR(S) (OUTBOARDS ONLY ACV) | $ | | |
| B. | PROTECTION & INDEMNITY | $ 5,000,000 | PER OCCURRENCE | |
| C. | PRIMARY MEDICAL PAYMENTS | $2,000 (included in P & I Coverage) | PER ACCIDENT | $ |
| | EXCESS MEDICAL PAYMENTS | $ | | $ |
| D. | TRAILER | $ | | |
| E. | OTHER | $ | | $ |

HULL DEDUCTIBLE: $ 25,000    TRAILER DED: $100.    TOTAL PREMIUM: $

BUILDER: Denison Marine    HULL # OR SERIAL #: 405971    YEAR: 1994    LENGTH: 121'00"
TYPE: ___   MATERIAL: Aluminum    NAME: ___    MODEL: ___
COST TO PRESENT OWNER: $ 3,900,000    DATE PURCHASED: 10/1/99
LOSS PAYEE: ___
ADDRESS: ___

ENGINE(S): YR. ___  H.P. ___  MFG.-MODEL: ___  SER #: ___  MAX. SPEED: ___  FUEL: ___
YR. ___  H.P. ___  MFG.-MODEL: ___  SER #: ___

See Survey on file

TENDER: LENGTH ___  MFG: ___  VALUE: $ ___  MOTOR: ___  VALUE: $ ___
TRAILER: YEAR: ___  MFG: ___  SER #: ___

NO. & TYPE OF EXTINGUISHERS: ___  DATE LAST SERVICED: ___
BUILT IN CO2? ☐ YES ☐ NO  IF YES, MFG: ___  ☐ MANUAL ☐ AUTOMATIC  DATE LAST SERVICED: ___
☐ VHF RADIO TELEPHONE  ☐ DEPTH SOUNDER RECORDER  ☐ FUMES DETECTOR  ☐ LORAN  ☐ RADAR  ☐ GPS
OTHER: ___

NAVIGATION AREA (SEE NEXT PAGE - INDICATE NUMBER): 912
PRINCIPAL PLACE OF MOORING: Portsmouth, RI    ☒ ON MOORING ☐ AT DOCK ☐ TRAILERED
HAS THE VESSEL BEEN INSPECTED BY THE PRODUCER? ☐ YES ☒ NO
LAY-UP PERIOD: FROM: ___ (AT 12:01 A.M.) TO: ___ (AT 12:01 A.M.) IS VESSEL LAID UP: ☒ ON LAND ☐ IN WATER
HAS VESSEL BEEN RECENTLY SURVEYED? Yes  IF SO, BY WHOM? Joseph W. Lombardi
HAVE ALL THE SURVEY RECOMMENDATIONS BEEN COMPLIED WITH? Yes
WILL THE VESSEL HAVE ANY FULL OR PART-TIME EMPLOYEES? Full-time
IS THE VESSEL CHARTERED OR USED COMMERCIALLY? ☐ YES ☒ NO  IF YES, GIVE DETAILS: ___

YEARS OF BOATING EXPERIENCE: N/A  DESCRIBE PREVIOUS BOATS OWNED: ___
USCGA OR U.S. POWER SQUADRON COURSE? ☐ YES ☒ NO  PRESENT MARINE INSURER: N/A
HAS INSURANCE EVER BEEN CANCELLED OR NON-RENEWED? ☐ YES ☒ NO  IF YES, WHY? N/A
ANY MARINE CLAIMS IN LAST 3 YEARS? ☐ YES ☒ NO  IF YES, GIVE FULL PARTICULARS: ___

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

AGENT: Dunkel Agency / Scott Dunkel

## EXHIBIT A

BDD 0102

MARINE MGA FACSIMILE TRANSMISSION

TO: SCOTT @ DUNLOP AGENCY

RE: FRANK PERROTTI - NEW BUSINESS, YACHT SUBMISSION

SCOTT,

  BASED ON THE INFORMATION YOU HAVE PROVIDED, WE ARE ABLE TO OFFER THE FOLLOWING QUOTATION ON THIS RISK:

HULL: $3,750,000 (INCLUDING ELECTRONICS)
   ANNUAL PREMIUM: $15,938
   DEDUCTIBLE: $25,000

PROTECTION & INDEMNITY (INCLUDING JONES ACT)
   ANNUAL PREMIUM AT $1,000,000 PER OCCURRENCE: $1,350
   ANNUAL PREMIUM AT $5,000,000 PER OCCURRENCE: $3,850

SUBJECT TO:
   CONNECTICUT INDEMNITY YACHT FORM
   SUBLIMITS:
   - $2,500 TOWING & ASSISTANCE
   - $50,000 PERSONAL EFFECTS, NOT MORE THAN $5,000 ANY ONE ITEM
   - $500,000 ENVIRONMENTAL DAMAGE ENDORSEMENT
   - $25,000 MEDICAL PAYMENTS & UNINSURED BOATER

NAVIGATION: NORTHEAST COASTAL WATERS WITH VESSEL LAID UP AT LITTLE HARBOR MARINE FOR REPAIRS DURING WINTER MONTHS.

  PLEASE NOTE, THE PERSONAL EFFECTS COVERAGE IS THE HIGHEST AVAILABLE. I AM TRYING ANOTHER MARKET TO SEE IF THIS CAN BE PURCHASED.

  PLEASE REVIEW AND LET ME KNOW IF YOU HAVE ANY QUESTIONS.

$19,788

EXHIBIT B

FROM: JOHN STERLING    DATE: 10/14/1999    TIME: 2:54 PM

BDD 0052

| MARINE MGA FACSIMILE TRANSMISSION |
|---|

TO: COLLEEN O'CONNOR @ DUNLAP CORPORATION

FROM: JOHN STERLING @ MARINE MGA

RE: FRANK PERROTTI - YACHT 1986 121' DENISON
    NEW BUSINESS EFFECTIVE: 10/19/99

COLLEEN,

   THIS NOTE WILL CONFIRM COVERAGE IS BOUND ON THIS RISK, PER THE PROVISIONS OF THE RECENTLY FAXED APPLICATION. THE EFFECTIVE DATE WILL BE: 10/19/99. PLEASE FORWARD THE ORIGINAL SIGNED APPLICATION FOR OUR FILES.

   DURING THE POLICY YEAR WE WILL BE HAVING THIS VESSEL INSPECTED BY OUR REPRESENTATIVE. WE WOULD LIKE TO DO THIS AS THE WINTER REFIT IS NEARING COMPLETION. THEREFORE WE ASK THAT YOU KEEP US UP TO DATE ON THE LOCATION AND PROGRESS OF THESE REPAIRS.

   PLEASE LET ME KNOW IF YOU HAVE ANY QUESTIONS.

        - JOHN S

| FROM: JOHN STERLING | DATE: 10/26/1999 | TIME: 9:45 AM |
|---|---|---|

# EXHIBIT C

BDD 0046