UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CLEAN WASTE, INC.,

    Plaintiff,

v.                                          CASE NO. 3:02CV2105 (RNC)

FIRST NATIONS FIN.
SERVS., INC.  ET AL

    Defendants.

## AFFIDAVIT OF FRANK J. LIBERTY

1. I make this affidavit in support of the Defendant First Nations Financial Services, Inc. Motion for Summary Judgement.

2. Annexed hereto are Exhibits 1-10, which have been previously been produced in the connected litigation entitled <u>Connecticut Indemnity v. Perrottti</u>.

3. Exhibit One is the Purchase and Sale Agreement for the Yacht in questioned and was produced by Robinson & Cole.

4. Exhibit Two is the Assignment of the Purchase and Sale Agreement produced by Robinson & Cole.

5. Exhibit Three is a copy of a letter from Bill Taylor to Mr. Fisette along with a deposit slip showing the transfer of $200,000.00 by Mr. Perrotti towards the purchase of the Yacht, produced by Robinson & Cole.

6. Exhibit 4 is a fax from Mr. Lorinsky to Mr. Haney dated October 6, 1999 enclosing a fax from Bill Taylor to Jay Lorinsky dated 9/23/99, produced by First Nations Financial

Services.

7. Exhibit 5 is the fax cover sheet to Exhibit 4 produced by First Nations Financial Services.

8. Exhibit 6 is the Deposition of Jay Lorinsky of First Nations Financial Services, dated December 18, 2003 and continued on March 31, 2004.

9. Exhibit 7 is a fax dated 10/6/99 from Jay to Scott re Liberty quotes produced by First Nations Financial Services.

10. Exhibit 8 is a 12/7/99 fax from First Nations Financial Services to Colleen @ Dunlap re signed Yacht Application produced by First Nations Financial Services.

11. Exhibit 9 is Roberts' Deposition Exhibit 15; Haney Deposition Exhibit 17.

12. Exhibit 10 is Robert's Deposition Exhibit 14; Haney Deposition Exhibit 13.


_____/s/_____
Frank J. Liberty


State of Connecticut

County of New London

Before me appeared Frank J. Liberty
on this 29th day of June 2007 who attested
that the above was true to the best
of his knowledge and belief.


_____/s/_____
Jacques Parenteau
Commissioner of the Superior Court