2

Case 3:02-cv-02105-RNC     Document 61-6     Filed 06/30/2007     Page 1 of 3

## ASSIGNMENT OF PURCHASE AND SALE AGREEMENT

**THIS AGREEMENT** made this 28th of day of September, 1999, by and between Frank Perrotti and Clean Waste Inc., a Cayman corporation ("Assignor"), with an office at Post Office Box 1034, One Capital Place, Grand Cayman, Cayman Islands, British West Indies.

**WHEREAS,** Assignor has entered into a Purchase and Sale Agreement dated September 7, 1999 ("Agreement") with Sun Boat Inc. ("Seller") for the purchase of a Cayman flag motor yacht "Sun Chaser," a 1986 121' Denison, official number 726775; and

**WHEREAS,** Assignor has agreed to assign the Agreement to Assignee and the Assignee has agreed to assume the obligations of the Assignor under the Agreement and to perform and comply with all obligations, convenants and conditions thereunder;

**NOW, THEREFORE,** in consideration of the foregoing and further in consideration of Ten ($10.00) Dollars and other good and valuable considerations, the receipt and sufficiency whereof is hereby acknowledged, the parties hereto agree as follows:

1.  The Assignor hereby assigns to the Assignee, and the Assignee hereby assumes from the Assignor, all of the Assignor's rights, title, interest and obligations under the Agreement and any additions or amendments thereto.

2   This Assignment may be executed in any number of counterparts, each of which shall be deemed to be an original. Each such counterpart shall be come effective when counterparts have been executed by all parties hereto.

3.  This Assignment embodies the entire agreement between the Assignor and the Assignee with respect to the subject matter hereof and thereof and supersedes all other prior arrangements and understandings relating to the subject matter hereto and thereof.

RC 0022

STAM1-657575-1

4 This Assignment and Acceptance shall be binding upon and inure to the benefit of the Assignor and the Assignee and their respective successors and assigns, except that neither party may assign or transfer any of its rights or obligations hereunder without the prior consent of the other party.

**IN WITNESS WHEREOF,** the parties have here unto set their respective hands and seals this 28th day of September, 1999.

**FRANK PERROTTI**

By: _[signature]_

**CLEAN WASTE INC.**

By: _[signature]_
Frank Perrotti, as President

RC 0023

2