3

Case 3:02-cv-02105-RNC    Document 61-7    Filed 06/30/2007    Page 1 of 3

Mr. Gary Fisette
Richard Bertram, Inc.
801 Seabreeze Boulevard
Fort Lauderdale, Florida

September 14, 1999

Dear Mr. Gary Fisette:

This is to confirm that I have deposited funds received from Mr. Frank Perrotti in the amount of $ 200,000. to be held in escrow as an account for the purchase of the yacht SUNCHASER in accordance with the terms and conditions of that certain Yacht Purchase and Sale Agreement dated September 7, 1999.

Please let me know if there is more you may require.

Sincerely,

Bill Taylor

RC 0033



RC 0034