4

# First Nations Financial Services, Inc.

Main Office
P.O. Box 341
318 Asylum Street
Norwich, CT  06360
(860) 887-6923
FAX:  (860) 889-1055

## FACSIMILE TRANSMITTAL COVER SHEET

Date: _10-6-99_    FAX No.: _203-294-6099_

To: _Scott Hainey @ Dunlap_

From: _Jay Lovinsky_

Reference: _____

Number of Pages Including Cover Sheet _34_

Comments: _____

_____

_____

_____

_____

**This message is only for the use of the addressee and may contain confidential and privileged information.  Any dissemination, distribution or copying of this communication other than by the intended recipient is strictly prohibited.  If you received this communication in error, please notify us immediately by telephone and destroy all copies of the communication.  Thank you.**

**If you have any problems receiving this FAX, please call the number indicated above.**

---

**First Class Service-First Class Solutions**

# Confidential

To: Mr. Jay Lorinski
Company:
Fax Number: 8891055

From: Bill Taylor
Company: Cannon Square Corporation
Fax Number: 1-860-5720036

Message:

ATTENTION OF:

Mr. Jay Lorinski

Attached please find the pre-purchase survey you requested for estimating insurance coverage.

The plan for the yacht at present calls for the vessel to be used between New York & Boston for approximately six weeks forward from the closing as weather permits and to be based in Mystic for the bulk of that period.

Negotiations are currently underway with Little Harbor Marine in Portsmouth, RI to have the yacht painted in the period from Mid-Nov. through Mid-March, 2000. In that event she would be hauled, stored inside and in lay-up for the majority of the Winter months at Little Harbor.

Can you provide an estimate for this scenario as well as an annual insurance cost assuming that the yacht will be based in Southern New England waters during the Summer months and moving to Southerly waters in Winter months in subsequent seasons. It is planned that she will serve as a private yacht for personal pleasure and occassional business meetings.

As yet it has not been determined whether the yacht will continue her British Registry or be returned to the U.S.  A preliminary decision will come this Friday after consultation with Frank's legal advisors and I will make certain that any memo issuing from that meeting is sent to you.

Missing from this survey is an appraisal of the miscellaneous works of art and paintings aboard the yacht that by report have certain market value.

The yacht is currently lying at Goat Island Marina in Newport, Rhode Island and arrangements can be made for the "collection" to be appraised if you will contact me with a date and time for the inspection.

We anticipate a "closing" on the yacht no later than October 6th with a likelihood that coverage would need to commence prior to that.

Let me know how I can help.

# JOSEPH W. LOMBARDI

### Marine Surveyor & Consultant

## OCEAN TECHNICAL SERVICES

P.O. Box 1576, Manchester, Massachusetts 01944 Office (978)-526-1894 Fax (978)-526-8390

### Vessel Survey Report No. 754

| | |
|---|---|
| Vessel surveyed at: <br> Dates of survey | Little Harbor Marine, Melville, RI <br> 14-21 September 1999 |
| Vessel surveyed: | "SUN CHASER" Ex-'ACQUISITION' <br> Aluminum Motor Yacht |
| Survey commissioned by: | Mr William Taylor <br> Sterling Yachts <br> P.O. Box 652 <br> Mystic, CT 06355 <br> on behalf of Mr. Frank Perrotti, Jr., Hamden, CT |
| Owner: | Sunboat, Inc. <br> P.O. Box 268 <br> Georgetown, Grand Cayman, Cayman Islands, B.W.I. |
| Purpose of survey: | Condition & Valuation Survey |

## DISCUSSION

The Code of Federal Regulations (33 & 46 CFR), American Boat & Yacht Council (ABYC), International Marine Organization (IMO), National Fire Protection Association (NFPA), the Society of Naval Architects and Marine Engineers (SNAME), the Federal Water Pollution Control Act are utilized in compiling this report; individual reference to subchapters of the above is not made within the body of this report.



## VESSEL DATA

| | |
|---|---|
| LOA: | 121' 00" |
| LWL: | Unknown |
| Beam: | 25' 00" |
| Draft: | 7' 00" |
| HIN: | DE1001081686 |
| Displacement: | 125 tons (dead weight) |
| Builder: | Denison Marine, Inc. |
| | 750 N.E. 7th Avenue |
| | P.O. Box 805 |
| | Dania, FL, USA |

Director Gunnel

# FACSIMILE COVER PAGE

| | | | |
|---|---|---|---|
| To : | Mr. Jay Lorinski | From : | Bill Taylor |
| Sent : | 9/23/99 at 7:49:52 AM | Pages : | 30 (including Cover) |
| Subject : | Perrotti - Yacht Purchase Survey | | |

Attached please find the pre-purchase survey you requested for estimating insurance coverage on the yacht.

The plan for the yacht at present calls for the vessel to be used between New York and Boston for approximately six weeks forward from the closing date of no later than October 6th. It seems likely that coverage would need to be in force prior to this date. It is planned that he yacht would be based primarily in Mystic during the period.

Negotiations are currently underway with Little Harbor Marine of Portsmouth, Rhode Island to have the yacht painted in the period from Mid-November, through Mid-March, 2000. In that event she would be hauled, stored inside and in lay-up for the majority of the Winter months at Little Harbor.

Can you provide an estimate for this scenario as well as an annual insurance estimate assuming that the yacht will be based in Southern New England during the Summer months and move coast-wise to Southern waters (Caribbean Sea) during the Winter months in subsequent seasons. It is planned that she will serve as a private yacht for personal pleasure use and occassional business meetings.

As yet it has not been determined whether the yacht will continue her British Registry or be returned to the U. S. A preliminary decision will come this Friday after consultation with Mr. Perrotti's legal advisors and I will make certain that any memo issuing from that meeting is sent to you.

Missing from the survey is an appraisal of the miscellaneous works of art and paintings aboard the yacht that by report have certain market value.

The yacht is currently lying at Goat Island in Newport, Rhode Island and arrangements can be made for the "collection" to be appraised if you will contact me with a date and time for the inspection.

Let me know how I can help.

Cordially,

Bill Taylor
( 860) 572-1111

# JOSEPH W. LOMBARDI

### Marine Surveyor & Consultant

## OCEAN TECHNICAL SERVICES

P.O. Box 1576, Manchester, Massachusetts 01944 Office (978)-526-1894 Fax (978)-526-8390

### Vessel Survey Report No. 754

| | |
|---|---|
| Vessel surveyed at: | Little Harbor Marine, Melville, RI |
| Dates of survey | 14-21 September 1999 |
| | |
| Vessel surveyed: | "SUN CHASER" Ex-'ACQUISITION'<br>Aluminum Motor Yacht |
| | |
| Survey commissioned by | Mr William Taylor<br>Sterling Yachts<br>P.O. Box 652<br>Mystic, CT 06355<br>on behalf of Mr. Frank Perrotti, Jr., Hamden, CT |
| | |
| Owner: | Sunboat, Inc.<br>P.O. Box 268<br>Georgetown, Grand Cayman, Cayman Islands, B.W.I. |
| | |
| Purpose of survey: | Condition & Valuation Survey |

## DISCUSSION

The Code of Federal Regulations (33 & 46 CFR), American Boat & Yacht Council (ABYC), International Marine Organization (IMO), National Fire Protection Association (NFPA), the Society of Naval Architects and Marine Engineers (SNAME), the Federal Water Pollution Control Act are utilized in compiling this report; individual reference to subchapters of the above is not made within the body of this report.



## VESSEL DATA

| | |
|---|---|
| LOA: | 121' 00" |
| LWL: | Unknown |
| Beam: | 25' 00" |
| Draft: | 7' 00" |
| HIN: | DE100108I686 |
| Displacement: | 125 tons (dead weight) |
| Builder: | Denison Marine, Inc. |
| | 750 N.E. 7th Avenue |
| | P.O. Box 805 |
| | Dania, FL, USA |
| Modified: | Derector Gunnel |
| | Dania, FL |
| Designers: | Denison (original hull) |
| | C.M.P. Associates, N.A. |
| | P.O. Box 030562 |
| | Ft. Lauderdale, FL 33303  954-524-1421 |
| Year Built: | 1986 (original hull) |
| | 1990 (hull modifications) |
| Designer's Hull No.: | 108 |
| Hull No.: | 905971 (U.S.) |
| | 726775 (Cayman Islands, Certificate of British Registry) |
| Gross tons: | 225 (International Tonnage Certificate on file) |
| Net tons: | 67 |
| Homeport (off.): | Georgetown, Cayman Islands, B.W.I. |
| Berthed: | Newport, RI |
| Radio Call Sign: | ZCCQ4 (Cayman Is. Certificate onboard) |
| Cruising Certificates: | Dept. of the Treasury, U.S. Customs Sailing permit onboard. |
| Date of last haulout: | June 1999 |

No other supporting data provided at time of survey

## PREAMBLE

The undersigned surveyor was asked to perform a structural survey of the vessel at her berth at the Goat Island Marina in Newport, RI and hauled out of the water at the Little Harbor facility in Melville, Rhode Island.

The prospective owner will be utilizing the boat as a personal yacht in New England waters for the summer months with the boat transiting the East Coast south in the fall to points in the Gulf of Mexico and Caribbean Sea during winter with return trips coastwise in the spring. With this in mind, I have been examining 'SUN CHASER' to determine her suitability to perform as an ocean going, blue water vessel, as well as examining her present structural integrity.

*My observations will be marked throughout the body of this report in bold script and this will obviate the need for a separate 'Recommendations' column.*

The owner possesses few drawings of the vessel, nor is there any stability data in existence which would provide a minimum of confidence in the redesign of the hull.

*A complete set of hull drawings is needed, consisting of at minimum: outboard profile, curves of forms and table of offsets, docking plan, bilge pumping system, fuel system, fresh water plumbing and electrical diagrams, and an inclining experiment (which would provide stability data) taking into consideration the addition of the welldeck/fantail at the transom.*

## HULL & DECK

The vessel was observed in the water pierside and in the slings for hull inspection; she presents a very acceptable cosmetic condition and appearance and she appears to be floating on her designed lines. She has been redesigned as a family cruiser with a luxury hull pedigree; this vessel has also been lengthened in 1990 at the Derector Yard in Dania, Florida, at the stern to provide more storage and living space.

## HULL & DECK (cont.)

Her deck layout consists of the following:

a.) Flybridge. A Plexiglas windshield is fitted with an anodized aluminum frame for the canvas bimini. A companionway consisting of a folding lexan hatch and aluminum folding door provides access to the navigation bridge below. A spacious control station is provided with step-up platform and a pair of swivel seats; a plexy shield and black canvas cover are provided. A U-shaped bench around the perimeter of the flybridge is provided with adequate cushions; a varnished teak caprail is fitted to the bulwarks. Adequate storage for PFDs and other deck gear is afforded beneath the benches.

A centerline aluminum base is provided for the mast; this is itself well bolted to this base; deck spotlights, communications and radar antennas are well secured to this mast. The base contains a SUB-ZERO icemaker and loose storage. The following hardware is also furnished to the flybridge:

1.) C. PLATH magnetic compass.
2.) WABCO/WESTINGHOUSE (Micro-Commander Type) engine controls.
3.) DATAMARINE S-200 DL depth gauge & S-100KL speed/distance log gauge.
4.) S.P. RADIO RT2047 VHF radio.
5.) DATAMARINE MULTI-LINK
6.) GARMIN 75 GPS
7.) CETREK NAV
8.) GLENDINNING engine synchronizers.
9.) CARLISLE-FINCH searchlight w/ remote control @ helm station.
10.) ROBERTSON AP300X autopilot.
11.) ENGINE EFFICIENCY ASSOC. alarm panel w/ alpha-numeric panel.
12.) MTU tachometers and remote start/stop.
13.) C. PLATH autopilot w/ gyrocompass and rudder angle indicator. Jog switch for port, centerline & starboard wing stations.
14.) RAY 400 loudhailer/PA system.
15.) PANASONIC intercom system.
16.) HYDRA-POWER remote control jog stick for hydraulically actuated bow thruster.
17.) FURUNO 8100D radar.
18.) Five air horn trumpets.
19.) Four BOSE speakers.
20.) Fold-down varnished teak table aft of centerline locker.
21.) (2) VDO air use gauges.

## HULL & DECK (cont.)

*Plexiglas windshield has UV breakdown evident. Paint system is failing at hatches and locker doors and around base of mast. Condition of canvas bimini is excellent as is canvas elsewhere on benches and at helm stations. The port wing WABCO control unit is inoperable, but parts have been ordered. Steering and associated electronic gear was operational at time of sea trials.*

b.) Boatdeck, located just aft of the flying bridge with steps leading down just aft of athwartships lockers containing aluminum gangway/railing, LEESON air compressor for dive bottles ((8) stored in racks; thence between two HBI hard bottom inflatable (HIN HBI102050D989 port & HIN HBI02053D989 stbd) resting on aluminum chocks. A single YAMAHA 130 outboard engine is fitted (model 130EXTD, s/n 701488 port & model 130EXTD, s/n 701519 stbd.). A MAR-QUIPT 3,500 lb. SEA CRANE is fitted on the centerline with a two-part 1/2" 6 x 19 stainless steel wire falls and a 2 ton CROSBY hook fitted. A pair of SEA-DOO (model SPX) 780 cc PWC are fitted on chocks inboard of the inflatables; canvas covers are supplied. A stainless steel ladder exits to the aft deck.

*Paint finish has bubbled or been chipped away at the companionway, around hatches and locker doors.*

*The port locker cover (behind the wrap-around seating) jams against the centerline unit when attempting to close.*

*The lower unit from the outboard of the starboard inflatable boat has been reinstalled; no details known at time of survey; both motors were not operated at time of survey. The starboard inflatable has had and needs additional rail glue work. Crane was operated at time of survey, fine.*

*The vessel's MARQUIPT crane needs to be certified.*

c.) Navigation Bridge. A teak interior ceiling and a varnished teak/holly sole is fitted; Formica covering is utilized forward of the helm station. A stairwell to port and starboard leads to the main salon and passageway respectively. The following equipment is fitted at this station:

1.) PANASONIC 13 station telephone/intercom system w/ SATCOM /mobile hook-ups.

## HULL & DECK (cont.)

2.) JRC IMARSAT satellite communications system.
3.) (2) BELL ATLANTIC cellular phones.
4.) (2) SEA RECOVERY watermaker remote control panels.
5.) (3) MTU electronic engine control/monitor systems.
6.) DATAMARINE LINK-depth, LINK-speed/log, LINK -wind speed gauges.
7.) Fuel monitoring system.
8.) (1) TRIDENT barometer.
9.) SEA 223 SSB radio.
10.) RAY 400 loudhailor/fog horn.
11.) S.P. RADIO RT2047 VHF radio.
12.) DYTEK water temperature gauge.
13.) GLENDINNING main engine synchronizers.
14.) WABCO-WESTINGHOUSE main engine controls.
15.) C. PLATH 'HAMBURG' magnetic compass.
16.) HYDRA-POWER remote control toggle switch for bow thruster.
17.) Emergency main engine shut-down system.
18.) (2) VDO air use gauges.
19.) TRIMBLE NT200D GPS
20.) C. PLATH NAVIPILOT -RP automatic pilot.
21.) PANASONIC 1381 color monitor showing all ship's system.
22.) ALDEN MARINE WEATHERFAX TR-4 weather fax machine.
23.) (2) DE LAVAL 'TRANSAMERICA' tank level monitors - freshwater.
24.) HEWLETT-PACKARD 750 FAX machine.
25.)        "            "        Desk Jet 694C printer.
26.) C. PLATH jog stick @ bench seat location.
27.) FURUNO AD converter (model AD-10S)
28.) COMPAQ laptop computer in starboard locker.
29.) Custom SEAROC Q stabilizer control system.
30.) 12V & 24V DC breaker panel w/ 12V & 24V volt/amp gauges.
31.) (2) Ship's lighting control panels.
32.) C. WILLIAM STEIN air pressure gauge for all air controls.
33.) CARLISLE & FINCH remote control for searchlight.
34.) PC and monitor (generic).
35.) MAPTEK map plotter w/ separate monitor.
36.) (3) wipers.

*This space in excellent cosmetic condition with good visibility forward. Some of the teak varnish finish is worn around the flybridge companionway and around bottoms of sills..*

## HULL & DECK (cont.)

c.) Maindeck. Painted bulwarks with a 3/4" laid teak deck with paid seams and bunged fasteners. A king plank is fitted with margin planks outboard. A dogging BOMAR hatch is fitted on the centerline forward. The foredeck comprises the anchor windlass with splash shield before the bridge. A pair of integral storage lockers are fitted outboard for lines and assorted deck gear. Ample aluminum deck hardware and chocks are fitted. A LOFRANS 4,400 pound pull electric anchor windlass is fitted with manual brakes, double chain wildcats and two chain stoppers are fitted; a pair of 250 lb. anchors with approximately 200' of 3/8" chain is supplied. A stainless steel bell is supplied. A single HUBBELL 100 AMP 125/250 VAC cord and two (2) pigtails were coiled on the foredeck, a pair of BOSE speakers is fitted forward.

The cabin sides have tinted safety glass windows and varnished teak handrails. The bulwarks around the perimeter of the vessel have massive varnished teak caprails with opening rail sections at the door stations. A pair of lexan doors are fitted before the aftdeck salon with a clear canvas curtain aft. A pair of stairs leads to the fantail; these stairs lift and provide access to the lazerette. A pair of electric IDEAL (model B, 1000 lb. cap.) deck winches with foot-actuated pedals are provided, fine.

*LOFRANS anchor windlass was operable at time of survey. Much of the paint system is blistering in corners, around fasteners, around overhead lighting frames, vent louvers, sliding doors and on the overhead outboard to port. Cabin sides are largely in fine cosmetic condition with minor descaling/bubbling of paint noted.*

d.) Fantail. The fantail is accessed from the aft salon with a pair of lifting steps; a 5/8" x 2" laid teak deck with paid seams and bunged fasteners is fitted and in good condition; this deck is self-bailing. A WELLS electric grill, freezer and fresh water sink are provided. A RYBOVICH varnished teak and stainless steel padded fighting chair is fitted on the centerline. Six (6) PERKO pole holders are fitted to the caprail. An IDEAL deck winch is fitted on the centerline aft to assist with line handling. Two compartments (on opposing sides of this space) contain four (4) HUBBELL 125/250 V AC shore power plugs and four HUBBELL phone/TV plugs; main breakers are fitted nearby. A trio of electro-hydraulic opening hatches are fitted which

## HULL & DECK (cont.)

allow access to the lazerette; a remote control pad is utilized to raise/depress all three hatches, fine.

A pair of aluminum transom doors are fitted to allow access to the swimplatform, itself covered with a laid teak deck. Two shower stations are provided.

*Both stairs that lift to access the lazerette need to be fitted as they do not allow full opening at time of survey. The fantail has chipped/bubbled paint at the doors for the shore power stations and on the centerline food preparation and freezer areas. The teak decking is largely in excellent shape.*

*Better (larger) freeing ports should be cut into bulwarks to allow copious amounts of water to be shedded quickly. The hatches should rest within watertight frames.*

## HULL & DECK (cont.)

### TOPSIDES

The hull is constructed of aluminum plate, butt welded. The vessel is primarily longitudinally framed with main transverse frames located at various intervals; ample longitudinal flat bar stock extends from the forefoot to the transom. The vessel's shell plating on the topside is faired as is the case with most aluminum yachts. Watertight bulkheads are located at Frames # 0, 4, 14, 21, and 38.

Interior scantlings are as follows:

a.) Bottom longitudinal intercostals are sized 1/4" x 3 1/2" flat bar stock on various centers. Bottom main longitudinals (2) forward are sized 3/8" plate and are tapered to conform with shell plating.

b.) Bottom transverse frames are sized 1/4" x 2 1/2" x 8" T-stock on 28" centers at the forward end of the vessel (forward of engineroom) and 1/4" x 2" x 6" T-stock on 28" centers (aft of the engineroom).

c.) Bottom transverse frames within the engineroom are sized 5/126" x 8 1/2" flat bar stock on various centers.

d.) Main engine beds sized 3/4" x 5" tapered flat stock.

e.) Side shell longitudinals/intercostals sized 1/4" x 3" flat bar stock at various intervals.

f.) Bulkheads sized 1/4" plate.

g.) Cabin sole is of 1/2" and 3/4" marine plywood with 3/16" x 1 1/2" x 1 1/2" transverse and longitudinal frames on various centers.

h.) Side plating is sized 1/4" above the chines.

i.) Bottom plating up to the chines and the wind/waterline forward of the stabilizers sized 5/16" plate.

j.) Bottom plating from the stabilizers to the shaft tubes is sized 3/8" plate.

k.) Bottom plating aft of the shaft tubes to the transom wall is sized 1/2" plate.

l.) Transom sized 1/4" aluminum plate.

## HULL & DECK (cont.)

1.) Deckhouse and trunk have 3/16" and 1/4" plating respectively with 1/4" x 1 1/2" x 1 1/2" angle stock beams on various centers.

*There is no exterior plate compression on the topsides and below the waterline and frames are not standing proud on the hull surface; the antifouling paint system is failing below the waterline and particular care must be taken with respect to renewing the bottom coatings; there are many areas of pitting of shell plating and this must be addressed. There are many areas of the hull at the wind/waterline where the paint system has failed miserably allowing bare aluminum to be exposed with the resultant pitting.*

*Interior framing is in fine repair with no signs of broken welds or stressed framing throughout the vessel. Watertight bulkheads are in good structural repair, although there are many perforations of these bulkheads (particularly in the engineroom) that need to be sealed.*

*NOTE: Inspection of most of the interior scantlings is very limited due to installation of interior ceilings, cabinetry, sound-proofing and equipment. Removal of interior appendages in the absence of suspected weak structural members is not within the scope of this survey.*

*All of the topside stainless steel side ports and gaskets are in good condition with no leakage observed.*

## INTERIOR SPACES

Interior spaces utilize varnished teak plywood cabinetry with Formica and cloth sheathing and are in good cosmetic condition. All main space bilges are essentially dry with little cleaning needed. Much use has been made of varnished teak trim, fabric covered walls and ceilings. Much use of fiberglass insulation has been done in living/berthing spaces; the engineroom and lazerette have been soundproofed to dampen main engine and generator noise.

## CREW SPACES

Consisting of staterooms, head and centerline crew lounge forward below maindeck and forward of the engineroom watertight bulkhead. The cabin sole is constructed

## HULL & DECK (cont.)

of 3/16" x 1 1/2" x 1 1/2" L-shaped aluminum stock longitudinal and transverse frames supporting 1/2" and 3/4" plywood sole with carpet. The spaces beneath the centerline passageway is utilized for storage. Crew lounge has a SUBZERO reefer, PIONEER AM/FM/cassette stereo w/ speakers, SONY color TV and VCR, stainless steel sink and ample storage lockers. Stainless steel dogging oval side ports are fitted forward. Fabric covered walls and overhead are fitted with Masonite countertops fitted.

*Crew lounge and staterooms needs paint and new carpeting. Plumbing below the cabin sole is starting to look tired and inspection. Dogging watertight door to engineroom is fine with a proper seat noted.*

## GALLEY

The forward-most space on the maindeck fitted with adequate storage lockers and counterspace. Curtains hang from the port side windows. The following equipment is installed and operational at time of survey:

1.) KITCHENAID microwave oven.
2.) FRIGIDAIRE four burner electric stove w/ oven.
3.) Two (2) SUBZERO (model 501R) full-sized reefers.
4.) Two (2) SUBZERO half-sized freezers.
5.) MAYTAG dishwasher.
6.) NUTONE food preparation system.
7.) KITCHENAID INSTANT HOT WATER spigot.
8.) DISPOSALL
9.) Stainless steel sink w/ MOEN fixtures.

*Space in good structural condition with minor cracking of side shell linoleum forward of the side window. Space needs to be scrubbed. Reefers need to have bases vacuumed and cleared of standing dirt and dust. Installed equipment was fully operational at time of survey.*

## HULL & DECK (cont.)

### DINING ROOM

Fitted athwartships just aft of the galley with varnished teak wall paneling and varnished matching pecan panels fitted. The space has fabric-covered ceiling. Sliding side curtains are supplied. A Masonite dining table and eight (8) chairs are supplied. A decorative vase is fitted to the port aft corner of the space with a painting (unknown artist) hanging on the aft centerline bulkhead. A lowboy is fitted to starboard and integral cabinets are fitted on the forward bulkhead with a large framed mirror well secured.

*This space is generally in fine cosmetic condition. Overhead cloth panels are spotted throughout and need refitting.*

### HEAD

A head is fitted to the passageway to starboard with a marble counter for the sink. A print and painting (artists unknown) adorn the walls. Varnished teak cabinetry and fabric sheathed walls are installed.

*Space is in excellent cosmetic condition. The marble counter for the sink is cracked.*

### WET BAR

Fitted to port; a SUBZERO reefer and a SCOTSMAN icemaker are supplied. Varnished teak lockers with adequate space is provided for liquor and crystal.

*Space is in excellent cosmetic condition. Installed equipment was fully operational at time of survey.*

### MAIN SALON

A beautiful wide space with varnished teak paneling with carpeted sole. Cloth window curtains are provided. varnished pecan matching panels are fitted to the forward lockers. Access to the aftdeck salon is via a pair of stainless steel framed sliding doors with tinted safety glass; sliding cloth curtains are provided. Recessed lighting fixtures are fitted to the hide-sheathed ceiling. Track lighting is fitted over the sliding glass doors aft.

## HULL & DECK (cont.)

The space contains the following:

1.) One (1) Emille Gruppe painting.
2.) One (1) YAMAHA player baby grand piano.
3.) One (1) marble-topped dining table with four (4) armed chairs.
4.) One (1) cloth love seat and one (1) cloth sofa.
5.) Two (2) cloth chairs.
6.) One varnished teak deck and chair w/ three (3) lamps.
7.) One (1) glass covered end table and one (1) wooden cabinet.

*Space is in excellent cosmetic condition. Installed equipment was fully operational at time of survey.*
The following electronic equipment is installed at the entertainment center:

1.) MITSUBISHI 33" color TV.
2.) SONY SLV-L7HF VCR
3.)    "    DM1000ES Digital sound transfer processor.
4.)    "    EV-S350 NTSC VCR
5.)    "    RX77ES cassette deck.
6.) LEXICON CP-2 Digital audio surround processor.
7.) JVC remote pad.
8.) SONY CDP-C900ES 10 disc CD player
9.) Three ADCOM EFA-535 amplifiers.
10.) SONANCE 260 Pre-amp.

*Installed equipment was fully operational at time of survey. All entertainment equipment, air conditioning and lighting was operational at time of survey.*

### FOYER

Accessed from a circular stairwell (with a clear banister) in the main salon; this space is finished in satin-finished teak paneling and inlaid burlwood cabinetry in an octagon shape; the washer/dryer is fitted within a locker; additional storage is supplied.

*In fine cosmetic condition. Washer/dryer were not inspected at time of survey.*

## HULL & DECK (cont.)

### OWNER'S STATEROOM

The main full-width owner's stateroom is located on the centerline of the vessel with a king-sized bed, carpeted sole, two standing lockers, ample storage lockers, and entertainment center. Two dogging stainless steel side ports and curtains are fitted. There are two private baths adjoining with a marble tub/shower to port and shower stall to starboard. Recessed lighting is utilized with digital air conditioning controls fitted.

The following entertainment equipment is fitted:

1.) MITSUBISHI TV
2.) MITSUBISHI HSU70 VCR
3.) SONY RMR-TP1 digital signal transfer processor.

*In fine cosmetic condition. All entertainment equipment, air conditioning and lighting was operational at time of survey. The marble countertop in the port head has a chipped corner; also, a marble panel behind the toilet is loose.*

### GUEST STATEROOMS

Both fitted just aft of the owner's stateroom with a pair of double beds to starboard and a queen-sized bed to port. Adequate storage is provided with fabric covered wall and ceiling. Sole is carpeted.

The following entertainment equipment is fitted to both staterooms:

1.) SONY TRINITRON KV-1370R 13" TV.
2.) PHILCO VCP
3.) PIONEER AM/FM/cassette stereo w/ speakers.

*In fine cosmetic condition. All entertainment equipment, air conditioning and lighting was operational at time of survey. Tile in baths needs cleaning and possible grouting/sealing.*

## MACHINERY

The vessel is powered by a pair of MTU (model 12V 331-TC 92, s/n 553 0910 port & s/n 553-0909 stbd.) 1,530 BHP, V-12 cylinder, four stroke, air start, wet exhaust, turbo-charged, fresh water cooled diesel engines originally installed in 1986; engine hour meters are installed with 4,376.76 hours port and 4,383.78 hours starboard, logs and records were present at time of survey. Both main engines have just received the 'Step 5' service from MTU approximately 600 hours ago or 6-700 hours overdue; not a cause for concern as both main engines ran well at time of sea trials with acceptable oil pressure and operating temperatures observed. Top RPMs achieved at sea trials with a SE wind of 15-22 knots and a 3-5' swell was 2,250 RPMs for a top speed in excess of 19 knots; the vessel is also heavy on fuel. Engine idle was 650 RPMs as called for by MTU.

These engines power a pair ZF (model BW 450, s/n 530 port & s/n 529 stbd) 3.48:1 hydraulic reduction gear thence to a pair of 3 1/2" tapered stainless steel shafts to a pair of five bladed bronze propellers (size unknown); the running gear passes through a pair aluminum flax packing gland and a pair of raw water cooled cutlass bearings at both the hull opening and at the pair of V-struts; SPURS line cutters are installed to both shafts. An extra pair of propellers are supplied.

The engines are fresh water cooled via aluminum sea chests and raw water strainers before the heat exchanger, exhaust is vented (wet) via lagged steel risers for discharge to the vessel's underwater shell; AIRSEP crankcase ventilators are fitted to both main engines. MTU tachometers and gauges are fitted at both control stations with WABCO/WESTINGHOUSE engine controls fitted. A ENGINE EFFICIENCY ASSOCIATES (model EZ-1000A) alarm and monitoring system is installed and operational.

*Main engines were run at time of survey. Exhaust temperatures were normal and consistent throughout the RPM ranges. Very smooth operation noted.*

*Both reduction gears operated well at time of survey with a good neutral observed from both units. Operational temperatures and clutch pressures were excellent as observed at time of sea trials. Both shafts appear to be in good alignment with drive train.*

## MACHINERY (cont.)

*Due to excellent apparent operation of both main engines, reduction gears, running gear and controls, no additional main engine diagnostics were performed at time of survey.*

### FUEL TANKS

The vessel has five (5) integral steel fuel tanks; a reportedly total capacity of 11,624 gallons is fitted with 11,290 usable (according to vessel tank plan dated 19 June 1990). Fill hoses and vent lines are hard plumbed directly to the tanks from the maindeck. Steel pipe fuel supply and return lines are utilized for the main engine with a well labeled fuel manifold with shut-off valves and RACOR fuel/water separators installed inline. Fuel filters are RACOR 1000 with an ALFA LAVAL (model MAB-103 B-24 fuel oil purifier and an OBERDORFER (model 7000R) fuel oil transfer pump supplied. Location of these tanks is as follows:

1.) Port & Starboard wing tanks located between Frames # 21 and 25 1/2. 877 gal. each.

2.) Forward fuel tank located between Frames # 25 1/2 and 30. 3,895 gallons.

3.) Aft fuel tank located between Frames # 30 and 38. 4,335 gallons.

4.) Lazerette fuel tank located between Frames # 39 and 41, 2,550 gallons.

5.) Fuel oil day tank located in engineroom. 446 gallons.

Two (2) lube oil tanks are located in the engineroom; new lube oil tanks holds 131.8 gallons, used lube oil tank holds 130.6 gallons.

*Fuel system is well integrated to this vessel with a sophisticated and operational fuel transfer system installed; this was operational at time of survey. No observed leaks at time of survey; no air testing was performed on tanks as vessel had just refueled.*

## MACHINERY (cont.)

### FRESH WATER SYSTEM

There are three (3) integral fresh water tanks installed with the forward tank (338 gallons) located between Frames # 6 and 8 with a pair of fresh water tanks (874 & 697 gallons respectively) located in the lazerette. Piping consists of the following:

1.) HW & CW mains............. 3/4" copper tube
2.) HW & CW branches......... 1/2" to 3/8" copper tube.
3.) Vents.................................... 1" IPS aluminum pipe.
4.) Fills..................................... 1 1/2" IPS aluminum pipe.

The OBERDORFER fresh water pumps, CULLIGAN MK 100 water conditioner system, AERMOTOR (model HJ 550) hot water circulation pump, A.O. SMITH (model ELJF-10) hot water calorifiers, pressure tanks, suction manifolds, water heater, filters and watermaker are mounted on the aft side of the lazerette bulkhead. An additional hot water heater is located forward in the cuddy cabin. Both watermakers were decommissioned at time of survey; owner states that both units are operational.

*The fresh water system was fully operational at time of survey. The watermaking plants (Two units with a 3,000 gallon/day capability) were not operated at time of survey.*

### AIR CONDITIONING

The vessel is set up with an AQUA AIR reverse cycle air conditioning system. The raw water inlets (with strainers) are in the engineroom with three circulation pumps (CENTURY 1HP AC motor driving a OBERDORFER (model 700 F13) pump). The following compressors and blowers are noted:

1.) Aft Salon: An AGH-12 and an AGBVW-01 unit is fitted both port and starboard.
2.) Flybridge: An AGH-12 unit is fitted both port and starboard.
3.) Galley: An AQCQ-16 and an AGOW-07 units are fitted.
4.) Diningroom: An AQOW-24 unit is fitted.
5.) Heads: An AQBVW-01 unit is fitted in each head.
6.) Main salon: Two AGH-03 units are fitted
7.) Engineroom: Three AQ-60 chillers are installed to starboard
*This system was fully operational at time of survey.*

## MACHINERY (cont.)

### STEERING SYSTEM

A WAGNER N80 hydraulic steering is utilized from both steering stations. A pair of hydraulic vane pumps and regulators are fitted in the engineroom with an expansion tank and heat exchanger also supplied. The cast iron block valve and automatic steering pump are located in the lazerette with the hydraulic power and control rams attached to the quadrants.

*Hydraulic steering system worked well at time of survey from wheelhouse and flybridge. No observed leaks from seals or hydraulics. Rudders and bearings in good condition with no play observed in system.*

### BOW THRUSTER

A HYDRA-POWER electro-hydraulic bow thruster is supplied powered by a PTO off the starboard generator. Hull tube and welds are in good repair.

*This system was fully operational at time of survey.*

### STABILISERS

A pair of pneumatic NIAD stabilizers are fitted with KOOP NAUTIC controls (model FAL 124).

*This system was fully operational at time of survey and sea trials.*

### TOILET SYSTEM

A series of MICROPHOR air-actuated toilets (charged by a pair of CHAMPION PNEUMATIC MACHINERY CO. (model 12A5PA)) compressors are fitted and operational with a holding tank fitted on the centerline of the engineroom; a OBERDORFER (model 406M) blackwater pump/macerator is fitted for overboard discharge, fins.

*This system was fully operational at time of survey.*

## MACHINERY (cont.)

### LAUNDRY WASHERS AND DRYERS

A WESTINGHOUSE  dryer (model DE250EDD5) and a PRIMUS washer is fitted forward in the crew quarters; a MAYTAG (model LSE 1000) over/under washer/dryer are fitted in the guest quarters.

*The crew's system was fully operational at time of survey; owner's units were not inspected at time of survey.*

### ELECTRONICS

The wiring harness is well run with well labeled breaker panels throughout the vessel. GFI-protected AC outlets are fitted in all head and galley areas. A DENNISON 120/240 V AC and 12/24 V DC main breaker panel (new 1990) is fitted on the centerline of the engineroom with well labeled breakers; appropriate volt/amp gauges are fitted to both the AC & DC sides of the harness. Six (6) 8D batteries are located on the shelves on the rear bulkhead of the engineroom with the following equipment noted:

1.) Two (2) SENTRY battery converters.
2.) Two (2) STABILENE voltage regulators.
3.) Two (2) LAMARCHE (model A42-200-A/B1) isolation transformers.

*The main panel has high levels of dust and accumulated dirt within the panel and must be cleaned to prevent electrical shorts and fires. There are dead end wires throughout the vessel (particularly in the forward bilges, flybridge, and crew berthing areas) that must be sorted out. Proper attention to labeling of all systems is a must.*

*All incorrect splices and tape jobs must be removed.*

*A list of currently installed electronic gear is included within this report.*

<u>ELECTRONICS (cont.)</u>

DIESEL GENERATORS

The vessel has a single JOHN DEERE (model M6414t/HE/75L, s/n 4142-6086) port diesel (489 hours?) developing 84 kW @ 1,800 RPMS driving a LIMA (model 3170A-0812, s/n AD107011CKL) 75 kW, 60 HZ, single phase 240V AC generator and a pair of JOHN DEERE (model M6414T/HE/50L, s/n AD104745CJE & s/n 4142-6680) diesels (4,383.78 hours starboard & 4,376.76 hours port) developing 54 kW @ 1,200 RPMS driving a pair of LIMA (model 3194-0110, s/n AD104745CJE center & model MCH434C2, s/n AD104745CJE starboard); all units are fresh water cooled with VERNATONE fiberglass mufflers and approved wet exhaust system piping for discharge at the sides of the transom. AEROQUIP pressure-fitted fuel supply and return lines, well labeled fuel manifold, shut-off valves and RACOR 1000 fuel/water separators are installed inline, fine. A single 8D battery is fitted for each generator.

*All units were operational at time of survey with good oil pressure and operational temperatures noted at time of survey. All motors carried the load of the harness without difficulty. All motors are covered with sound boxes; the soundproofing will need replacement as necessary. The starboard generator is allowing too much fuel in the water, which would indicate a possible stuck injector; inspect and repair as necessary.*

*The starting batteries should be moved out of the bilge areas and elevated.*

*The hydraulic hatches to the lazerette need to be made watertight as there is presently the possibility the copious amounts of seawater could enter this space and extinguish all of the generators and create an unsafe flooding situation.*

The vessel has eight (8) HUBBELL 100 amp 120/250 V AC shore power plugs (four on the fantail and four in the engineroom); there are eight (8) HUBBELL phone/TV plugs fitted (at the same locations as the shore plugs). Main breakers are fitted for each shore power connection.

*In fine condition with appropriate shore power cords (2) and pigtails (2) supplied.*

## SAFETY

The following safety gear is fitted:

1.) A pair of GUEST manual spotlights, 16" searchlight w/ remote control toggles from both helm stations.
2.) A Class B EPIRB (battery fine till 4/2002)
3.) A type IV lifering w/ floatlight.
4.) An ACR Class I 406 MHz EPIRB.
5.) Sufficient number of type I PFD's.
6.) Two 10 men GIVENS liferafts (not observed at time of survey due to units had been shipped to be inspected/tagged per required annual inspection).
7.) Well labeled bilge pumping system.
8.) Automatic/manual 1301 HALON system in lazerette.
9.) Seven size I CO-2 and 1301 HALON extinguishers throughout vessel.
10.) Horns, navigation lights, docklines, fenders.
11.) Two bottle fixed automatic 1301 HALON system in engineroom.
12.) Emergency BALDOUR electro-hydraulic steering pump.
13.) MARQUIPT swim ladder, MARQUIP side dock brows (2).
14.) Six (6) scuba tanks and BAUER compressor.

*The liferafts were not sighted at time of survey. EPIRBs are in good condition with good battery life remaining. All extinguishers need to be inspected and tagged (annually).*

*Additional firefighting protection would be a good addition to this vessel, particularly in the galley and berthing areas. A comprehensive bilge alarm system would also be appropriate.*

*It is the responsibility of the owner to properly outfit his vessel with all U.S. COAST GUARD and locally approved safety gear.*

## VALUATION

This craft has a present market value (excluding works of art) of $ 3,900,000.00.

## REMARKS

A nice, older vessel approaching her mid-life. Well fitted out and a very smooth ride on 4-5 foot seas as experienced at time of sea trials. Her main propulsion machinery, ship's main systems and generators were flawless in performance and realized close to 19 knots with a full load of fuel and water.

Her cosmetics are starting to show age and a paint job on the exterior above the sheer is a necessity. Her auxiliary inflatable boats are in need of sea trials, cleaning and possible refit. The outboards are a question mark.

A complete corrosion test (performed at her habitual berth at Goat Island) and an ultrasonic gauging of the bottom and inspection of shafts, rudders, thru-hull fittings, and bottom plating has been completed and is presented with this report. The shell plating is in good repair; likewise all structural scantlings appear to be in good condition. No areas of pitting or corrosion were found at time of survey.

The owners must/should become very familiar with all ship's operational systems and be aware of their limitations. The possibility of much water engrossing the lazerette and her limitations of shedding copious amounts of sea water from the fantail is a situation that should be rectified immediately. This vessel is presently not adequate for offshore work and must be restricted to coastwise service (not more than 100 miles from shore).

With the completion of the above named italicized recommendations, this vessel should present a favorable Hull and P & I profile.

Joseph Lombardi
Principal Surveyor

NOTE: This yacht or workboat survey is issued by the undersigned who has exercised reasonable care in conducting a visual inspection of the accessible areas in conjunction with a marine survey of the subject vessel. All details and particulars in this report are believed to be true, but are not guaranteed accurate. All judgments, conclusions, and recommendations are expressions of opinion of the undersigned based upon his skill, training, and experience after a routine examination of the vessel and after discussions with owners or others familiar with the vessel. No part of this report is issued as an expressed or implied warranty of the condition of the vessel, of the value of the vessel or of the cost of any repairs. Unless specifically stated otherwise in this report, the undersigned has not removed fasteners, has not removed fixed structures or equipment, and has not disassembled hull or machinery for inspection or testing; therefore this report does not cover latent defects not readily discovered without such removal or disassembly. Unless specifically stated otherwise in this report, the undersigned has not operated the engine, machinery, equipment, or appurtenances. The undersigned has conducted this survey and issued this report for the sole use of the specified requesting party for an agreed fee based upon the intended use of the report and the legal liability of the undersigned; accordingly, others are not to use this report and not to rely upon the contents of this report without payment to the undersigned of an additional agreed fee based upon revaluation of the same factors; further, the undersigned shall have no liability for consequential damages, no liability for personal injury damages, no liability for property loss damages, and no liability for punitive damages, all of which shall be deemed to have been knowingly and voluntarily waived upon use of this report; further, in no event shall the total liability of the undersigned for this report ever exceed the fee paid by the requesting party for issuance of this report, regardless of the number of copies of same and regardless of whether under theory of tort, contract, warranty, products, outrage, or otherwise

09/23/99  THU 05:29 FAX 1 978 526 8390      OCEAN TECH. SERVICES

# CORROSION ANALYSIS of M/Y SUN CHASER

Readings Taken:    14 September 1999

Location:    Goat Island, Newport, RI

Conditions:    Air temperature 85 degrees (F), Water temperature 61 degrees (F),

Instrumentation:    M.C. Miller Silver: Silver chloride half cell operating through a ceramic salt bridge and connected to a digital Fluke meter set to millivolt (mV) scale.

As part of the survey conducted on the M/Y SUN CHASER, a corrosion analysis was taken to assess the rate at which the underwater steel was eroding as a result of electrolytic action. From the readings, which were taken on or around 20 foot centers along the sides of the ship, there were no apparent "hot spots". Ultrasonic gauging of her bottom plating has been done to present a baseline of data and coupled with these readings will show average annual plate loss.

An overview of corrosion as it relates to the millivolt scale might be helpful. Aluminum has a base voltage in an electrolyte of around 500 mV. The lower the number the more noble the metal and hence the less corrosion. Gold for example is less than 0. To protect the hull the most common technique is to provide a "sacrificial" anode such as zinc or aluminum. This has the effect of driving the voltage well above the scale where it is eroding, hence protecting the metal. Aluminum is well protected if the readings are between 800 mV and 1,000 mV. It is possible to damage metal by over protecting it. Aluminum is over protected at around 1,100 mV and a 1,200 mV damage to coatings and the metal is quite likely.

When measuring for corrosion, the survey also measures wide differences in voltages from one part of the vessel to another. Where there are discrepancies in excess of 200 mV, there is possibly stray current effecting the vessel or widely dissimilar metals being used in close proximity to each other. Either case is the worst possible situation and requires immediate attention. The greater the discrepancy in readings, the faster the metal is being corroded and the sooner failure will occur.

It should be recognized that other factors can influence the rate of plate corrosion, such as water current and chemical contamination in the water or in the vessel's bilge. These conditions were observed on the M/Y SUN CHASER.

# CORROSION ANALYSIS of M/Y SUN CHASER

## CORROSION METER READINGS

Stem
0.7346
deep reading*
0.7567

| Port | Starboard |
|------|-----------|
| 0.7217 | 0.7211 |
| 0.7491 | 0.7332 |
| 0.7128 | 0.7456 |
| 0.7461 | 0.7110 |
| 0.7232 | 0.7943 |
| 0.7456 | 0.7874 |
| 0.7064 | 0.7678 |
| 0.7122 | 0.7489 |
| 0.7779 | 0.7843 |
| 0.7443 | 0.7967 |
| 0.7963 | 0.7741 |

Stern
0.7232
0.7621*

1.) All readings are in volts. Readings taken on approximately 10' centers.

2.) "Deep Reading" refers to points where the half cell was lowered 6 feet below the water surface.

# M/Y SUN CHASER

## AUDIO GAUGE OF SHELL PLATING

The thickness gauging was performed while the vessel in the slings at the PROMET facility in Providence, Rhode Island. The areas gauged and inspected were only those areas which were accessible.

In general the shell plates were found to be in good condition with much less wastage than anticipated. The area with the thinnest shell plating is the wind/waterline.

At the time of survey, the vessel's original hull shell plate expansion plan was not available.

## Instrumentation and Calibration

| | |
|---|---|
| Thickness gauge: | Krautkramer-Branson DMS s/n 00005YLM & 00BPTP |
| Transducer: | "          "     KBA560 dual element probe. |
| Calibration standard: | 5 step steel block. |
| Material velocity: | .2532-.2541 in/ms |
| Measurement range: | 1.75" |
| Mode: | Dual-multi (through coatings) |
| Data recorded onboard?: | Yes |

Both the instruments and calibration standards were allowed to acclimatize to local conditions before calibration and measurement. The instrument calibration was rechecked after each series of readings were completed.

## Presentation of Readings

The readings are presented in the tables as they were taken. Longitudinal measurements were taken from BOW to STERN. Transverse measurements (half girths) are taken from the WATERLINE to KEEL or as noted.
This gauging report is based upon measurements made while the vessel was in the slings at Providence, Rhode Island and pertains to the physical condition of the vessel at the time of survey. It is to be understood that this report represents a

08/23/99  THU 05:30 FAX 1 978 526 8390        OCEAN TECH. SERVICES                    ☑026

small sampling of the vessel's shell plate area and the undersigned recommends that the vessel be thoroughly re-inspected upon drydocking. The undersigned does not warrant, guarantee, nor ensure the performance of the vessel or it's machinery, completeness of it's equipment, accuracy of it's instruments, nor function of it's equipment beyond that observed at the time of survey.


Joseph Lombardi - Principal Surveyor

# AUDIO GAUGE OF BOTTOM PLATES

The vessel's bottom plates were inspected for thickness utilizing a
KRAUTKRAMER-BRANSON DMS A-Scan meter with the following results:

Bow-Stern, port, wind/waterline above chines on 2' centers (.250" original plate)

.250 .247 .235 .227 .245 .241 .247 .221 .237 .229 .237 .238 .233 .255 .239 .212
         .250 .233 .228 .234 .239 .243 .241 .250 .237 .245 .233 .256

.234 .245 .231 .230 .234 .235 .245 .237 .234 .235 .234 .247
.233 .245 .253 .222 .235 .247 .250 .245 .235 .254 .241 .240

Bow-Stern, starboard, wind/waterline at chines on 2' centers (.250" original plate)

.228 .235 .243 .252 .259 .216 .230 .231 .257 .235 .250 .243 .244 .235 .230 .251
         .234 .236 .243 .212 .224 .245 .245 .248 .250 .254 .234 .239

.245 .234 .245 .241 .240 .237 .233 .222 .238 .246 .241 .240
.245 .243 .248 .241 .240 .231 .221 .219 .250 .245 .235 .240

Stem readings port (.312" original plate):

.305 .294 .315 .290 .297 .305

Stem reading starboard (.312" original plate):

.297 .305 .292 .307 .301 .300

Transom face port to starboard (.250" original plate):

.225 .226 .241 .228 .241 .243 .233 .231 .211 .245 .254 .245 .239

Bottom plating, port, bow-stern from stem to stabilizer on 2' centers (.312" original plate):

.300 .295 .278 .280 .290 .287 .300 .295 .300 .296 .297 .284 .294 .290 .302 .305
          .288 .290 .300 .301 .293 .291 .307 .303 .287 .292 .281 .287 .303 .300
          .301 .296 .285 .293 .291 .300 .273 .272 .281 .291 .282 .270 .276 .288
          .298 .289 .270 .294 .288 .250 .285 .291 .287 .258 .248 .253 .281 .293
          .283 .292 .307 .305 .290 .280 .296 .283 .254 .256 .275 .267 .275 .259

.294 .293 .295 .307 .299 287 .287 .267
.283 .292 .307 .305 .290 .280 .288 .290
.294 .290 .302 .305 .288 .290 .300 .301
.293 .291 .307 .303 .302 .305 .300 .302
.288 .290 .300 .301 .293 .291 .307 .310

Bottom Plating, starboard, bow-stern from stem to stabilizer on 2' centers (.312" original plate):

.270 .280 .287 .258 .248 .253 .281 .293 .300 .301 .287 .300 .295 .300 .296 .297
          .303 .287 .292 .281 .287 .273 .272 .281 .291 .282 .270 .276 .288 .300
          .298 .289 .270 .294 .288 .250 .285 .291 .287 .258 .248 .253 .281 .293
          .283 .292 .307 .305 .290 .280 .296 .283 .254 .256 .275 .267 .275 .259
          .280 .296 .283 .254 .256 .275 .267 .275 .259 292 .307 .305 .290 .280

.293 .291 .300 .273 .272 .281 .291 .282
.278 .258 .281 .293 .283 .292 .307 .305
.296 .285 .293 .291 .300 .273 .272 .281
.302 .296 .277 .284 .294 .293 .302 .305
.305 .300 .302 .298 .290 .310 .301 .293

Bottom plating, port, bow-stern from stabilizer to shaft tubes on 2' centers (.375" original plate):

.340 .332 .327 .342 .351 .326 .319 .335 .329 .336 .324 .339 .354 .324 .367
.334 .355 .367 .329 .337 .345 .303 .328 .332 .345 .347 .339 .334 .321 .371
.325 .310 .295 .339 .334 .321 .327 .310 .345 .355 .334 .354 .364 .345 .367
.362 .338 .341 .329 .333 .348 .352 .334 .339 .347 .325 .362 .365 .370 .358
.339 .345 .365 .355 .367 .370 .329 .335 .304 .287 .308 .380 .352 .375 .370

Bottom Plating, starboard, bow-stern from stem to stabilizer on 2' centers (.375" original plate):

.315 .334 .345 .351 .332 .337 .346 .320 .339 .354 .324 .321 .327 .310 .365
.357 .359 .327 .345 .354 .359 .316 .337 .323 .305 .372 .327 .342 .351 .358
.369 .375 .354 .364 .345 .356 .366 .349 .356 .334 .355 .310 .295 .339 .371
.355 .359 .364 .384 .375 .365 .374 .334 .349 .359 .333 .319 .335 .329 .361
.347 .375 .380 .352 .375 .365 .334 .327 .310 .324 .343 .367 .329 .337 .359

Bottom plating, port, bow-stern from shaft tubes to transom face on 2' centers (.500" original plate):

.469 .458 .450 .462 .467 .478 .490 .501 .473 .467 .478 .475 .479 .500 .575 .464
.479 .450 .447 .465 .447 .465 .441 .447 .458 .453 .469 .457 .468 .443 .455 .459
.462 .468 .455 .443 .452 .469 .476 .480 .481 .457 .455 .450 .443 .444 .455 .460
.471 .425 .424 .415 .430 .427 .425 .437 .415 .422 .447 .441 .450 .425 .426 .441
.428 .411 .443 .467 .478 .490 .501 .473 .467 .478 .457 .478 .498 .481 .486

Bottom plating, starboard, bow-stern from shaft tubes to transom face on 2' centers (.500" original plate):

.473 .453 .496 .440 .466 .452 .491 .454 .440 .493 .420 .437 .462 .398 .481 .452
.485 .430 .467 .470 .439 .452 .448 .457 .469 .476 .480 .481 .457 .455 .450 .443
.444 .455 .460 .471 .425 .424 .415 .430 .425 .424 .415 .430 .427 .425 .479 .450
.447 .465 .447 .465 .458 .450 .462 .465 .470 .465 .473 .479 .467 .478 .490 .501
.473 .467 .478 .467 .478 .490 .501 .473 .467 .478 .441 .447 .458 .453 .469 .457