

Case 3:02-cv-02105-RNC     Document 61-9     Filed 06/30/2007     Page 1 of 2

# FACSIMILE COVER PAGE

| | | | |
|---|---|---|---|
| To: | Mr. Jay Lorinski | From: | Bill Taylor |
| Sent: | 9/23/99 at 7:49:52 AM | Pages: | 30 (including Cover) |
| Subject: | Perrotti - Yacht Purchase Survey | | |

Attached please find the pre-purchase survey you requested for estimating insurance coverage on the yacht.

The plan for the yacht at present calls for the vessel to be used between New York and Boston for approximately six weeks forward from the closing date of no later than October 6th. It seems likely that coverage would need to be in force prior to this date. It is planned that he yacht would be based primarily in Mystic during the period.

Negotiations are currently underway with Little Harbor Marine of Portsmouth, Rhode Island to have the yacht painted in the period from Mid-November, through Mid-March, 2000. In that event she would be hauled, stored inside and in lay-up for the majority of the Winter months at Little Harbor.

Can you provide an estimate for this scenario as well as an annual insurance estimate assuming that the yacht will be based in Southern New England during the Summer months and move coast-wise to Southern waters (Caribbean Sea) during the Winter months in subsequent seasons. It is planned that she will serve as a private yacht for personal pleasure use and occassional business meetings.

As yet it has not been determined whether the yacht will continue her British Registry or be returned to the U. S. A preliminary decision will come this Friday after consultation with Mr. Perrotti's legal advisors and I will make certain that any memo issuing from that meeting is sent to you.

Missing from the survey is an appraisal of the miscellaneous works of art and paintings aboard the yacht that by report have certain market value.

The yacht is currently lying at Goat Island in Newport, Rhode Island and arrangements can be made for the "collection" to be appraised if you will contact me with a date and time for the inspection.

Let me know how I can help.

Cordially,

Bill Taylor
( 860) 572-1111