7

# First Nations Financial Services, Inc.

Main Office
P.O. Box 341
318 Asylum Street
Norwich, CT 06360
(860) 887-6923
FAX: (860) 889-1055

## FACSIMILE TRANSMITTAL COVER SHEET

Date: 10-6-99    FAX No.: 203-294-6099

To: Scott

From: JAF

Reference: Liberty Quotes

Number of Pages Including Cover Sheet: 5

Comments: Can you do better
Let me know

This message is only for the use of the addressee and may contain confidential and privileged information. Any dissemination, distribution or copying of this communication other than by the intended recipient is strictly prohibited. If you received this communication in error, please notify us immediately by telephone and destroy all copies of the communication. Thank you.

If you have any problems receiving this FAX, please call the number indicated above.

First Class Service-First Class Solutions



Liberty Mutual Insurance Company
20 Western Boulevard
PO Box 7500
Glastonbury, CT 06033
Tel: (860)659-4111
Toll Free: 1-800-245-5558
Fax: (860)659-3440

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: *Jay* | FROM: KIM KINGHORN |
| COMPANY: | DATE: |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: | |
| RE: | |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

STATEMENT OF CONFIDENTIALITY
THIS FACSIMILE CONTAINS INFORMATION INTENDED ONLY FOR PERSON(S) NAMED ABOVE. ANY USE, DISTRIBUTION, COPYING OR DISCLOSURE BY ANY OTHER PERSON IS STRICTLY PROHIBITED. IF YOU HAV RECEIVED THIS FAX IN ERROR, WE WOULD APPRECIATE IT IF YOU WOULD NOTIFY US BY TELEPHONE   PLEA DESTROY THE ORIGINAL TRANSMISSION IMMEDIATELY.



**Helmsman Insurance Agency, Inc.**

**FACSIMILE TRANSMISSION**

DATE October 6, 1999

TO: Glastonbury Business Sales   NAME: Jim Lavangie/Kim Kinghorn

FROM:
NEW ENGLAND DIV./WESTON        HIA        PAT THORNTON

Re: Clean Waste Inc.

Attached are two quotes for the yacht. At this point the only one that is available is quote #1. Quote #1 restricts navigation to 50 mile radius of Little Harbor Yachts and provides ACV valuation for the engines. Once all the recommendations have been completed we can move to Quote #2  9 Recommendations are from the survey conducted by Joseph Lombardi)

Quote #2 provides coverage for full navigation. Vessel would need to be re surveyed after all recommendations have been completed.

Only Quote #1 can be bound today.

Because of time we did not approach any additional markets. If we have time we will see what else is available

Please review and let me know if you have any questions.

FACSIMILE # (781) 899-0778    TELEPHONE # (617)243-7911

PAGE __1__ OF __4__ SENT BY: _____    TIME SENT: _____

# CIGNA Yacht Quotation

Paul

**Specialty Insurance**
**CIGNA**

OCT - 6 1999

| | |
|---|---|
| Date: 10/06/1999 | Quote #: Y06333163 |
| To: | Producer Code: 320052 |
| From: | Yacht Office: Boston Yacht Center |
| Telephone/Fax: | |

Thank you for the opportunity to provide a Yacht quote for the captioned applicant. Shown below is a summary of the insurance coverage you requested.

ABLE TO BIND AS OF TODAY ①

Applicant: CLEAN WASTE INC
Address: WOODBRIDGE, CT

Vessel Information: 1986 Denison 121' Cruiser
Vessel Location: PORTSMOUTH, RI 04011

Nav Area: NA-2N74 Atlantic

| Coverage | Limit | Deductible | Premium |
|---|---|---|---|
| Hull | $ 2,800,000 | $ 39,000 | $ |
| P & I | $ 1,000,000 | | $ |
| Medical Pmts | $ 25,000 | | $ |
| Uninsured Boater | $ 1,000,000 | | $ |
| Trailer | $ n/a | $ n/a | $ |
| Personal Property Max $10,000 any one item | $ 100,000 | $ 250 | $ |
| Towing & Labor | $ 10,000 | $ 0 | $ |
| Dinghy/Tender | $ | $ | $ |
| Occ. Charter | $ n/a | $ | $ |
| Crew 3 | | | |
| (Owner's Liability to Paid Crew) | $ 1,000,000 | $ | $ |
| Scheduled Pers. Prop. | $ n/a | $ n/a | $ |
| Scheduled Fine Arts | $ n/a | $ n/a | $ |
| Sched. Pers. Watercraft | $ n/a | $ n/a | $ |
| Scheduled Electronics | $ n/a | $ n/a | $ |
| Unscheduled Electronics | $ Max $10,000 any one item | $ 500. Ded. | $ |
| Other Premium Bearing Endts. | $ n/a | $ n/a | $ |
| | | Total Premium | $ 27,860 |

**Special Terms and Conditions**

Until all Recs are completed and re-survey is made and submitted for my review, vessel shall be restricted to 50 mile radius of Little Harbor Yachts in Portsmouth, RI.

ACV shall apply to engines
To increase P&I to $5 Million, add $3100.

In addition, the following optional quotes are available as indicated below:

| | Hull Limit | Hull Deductible | P&I Limit | Total Premium |
|---|---|---|---|---|
| Option 2: | $ n/a | $ n/a | $ n/a | $ n/a |
| Option 3: | $ n/a | $ n/a | $ n/a | $ n/a |

This quote will expire in 60 days. To order a policy, please check the appropriate box below and submit a completed application.

☐ Issue per original  ☐ Issue per Option 2  ☐ Issue per Option 3

RESURVEY - NEEDED — See page # of 22 Survey.
REMARKS

MA-5586d (6/87)

WAS AND ENGINE SURVEY DONE?

## REMARKS

A nice, older vessel approaching her mid-life. Well fitted out and a very smooth ride on 4-5 foot seas as experienced at time of sea trials. Her main propulsion machinery, ship's main systems and generators were flawless in performance and realized close to 19 knots with a full load of fuel and water.

Her cosmetics are starting to show age and a paint job on the exterior above the shear is a necessity. Her auxiliary inflatable boats are in need of sea trials, cleaning and possible refit. The outboards are a question mark.

A complete corrosion test (performed at her habitual berth at Goat Island) and an ultrasonic gauging of the bottom and inspection of shafts, rudders, thru-hull fittings, and bottom plating has been completed and is presented with this report. The shell plating is in good repair; likewise all structural scantlings appear to be in good condition. No areas of pitting or corrosion were found at time of survey.

The owners must/should become very familiar with all ship's operational systems and be aware of their limitations. The possibility of much water engressing the lazarette and her limitations of shedding copious amounts of sea water from the fantail is a situation that should be rectified immediately. *This vessel is presently not adequate for offshore work and must be restricted to coastwise service (not more than 100 miles from shore).*

With the completion of the above named italicized recommendations, this vessel should present a favorable Hull and P & I profile.

Joseph Lombardi
Principal Surveyor

NOTE: This report or condition survey is issued by the undersigned who has exercised reasonable care in conducting a visual inspection of the accessible areas of [illegible fine print continues]

# CIGNA Yacht Quotation

CIGNA Property & Specialty Insurance

**CIGNA**

Paul

Date: 10/06/1999
To: [redacted]
Telephone/Fax: [redacted]

Quote #: Y06333163
Producer Code: 320052
Yacht Office: Boston Yacht Center

② [circled]

Thank you for the opportunity to provide a Yacht quote for the captioned applicant. Shown below is a summary of the insurance coverage you requested.

Applicant: CLEAN WASTE INC
Address: WOODBRIDGE, CT

Vessel Information: 1996 Denison 121' Cruiser
Vessel Location: PORTSMOUTH, RI 04871
Nav Area: MA-7W49 Atlantic

*This quote is offered only after vessel recs are all attended to and OK the re-survey.*

| Coverage | Limit | Deductible | Premium |
|---|---|---|---|
| Hull | $ 3,900,000 | $ 39,000 | $ |
| P & I | $ 1,000,000 | $ | $ |
| Medical Pmts | $ 25,000 | $ | $ |
| Uninsured Boater | $ 1,000,000 | $ | $ |
| Trailer | $ n/a | $ n/a | $ |
| Personal Property *MAX $10,000 any one item* | $ 100,000 | $ 250 | $ |
| Towing & Labor | $ 10,000 | $ 0 | $ |
| Dinghy/Tender | $ included | $ 250 | $ |
| Occ. Charter | $ n/a | $ | $ |
| Crew ..4 | | | |
| (Owner's Liability to Paid Crew) | $ 1,000,000 | $ | $ |
| Scheduled Pers. Prop. | $ n/a | $ n/a | $ |
| Scheduled Fine Arts | $ n/a | $ n/a | $ |
| Sched. Pers. Watercraft | $ n/a | $ n/a | $ |
| Scheduled Electronics | $ n/a | $ | $ |
| Unscheduled Electronics | $ *max $1k, no: any 1 item* | $ | $ |
| Other Premium Bearing Endts. | $ n/a | $ n/a | $ |
| | | **Total Premium** | $ 33,560 |

Rp 5,660
Full Nav

**Special Terms and Conditions**
Based on 12 months navigation, St. John, NB-Carrabelle, FL., Bahamas, Bermuda, & Caribbean Sea to 12 degrees N. latitude.
Includes War and Confiscation coverage; Part B. Liability shall be extended to cover crew as covered persons; tenders shall be included with deductible of $250 (provide descriptions). I require a minimum of captain plus 3 crew aboard and in charge at all times (even if owner is aboard-owner has no past experience).
Also, recs & resurvey will have been done and ok'd.

ACV shall apply to engines.

In addition, the following optional quotes are available as indicated below:

| | Hull Limit | Hull Deductible | P&I Limit | Total Premium |
|---|---|---|---|---|
| Option 2: | $ n/a | $ n/a | $ n/a | $ n/a |
| Option 3: | $ n/a | $ n/a | $ n/a | $ n/a |

This quote will expire in 60 days. To order a policy, please check the appropriate box below and submit a completed application.

☐ Issue per original   ☐ Issue per Option 2   ☐ Issue per Option 3

To increase P.I. to $5mil, Add $3700.

MA-95806 (9/97)

*Vessel must be ReSurvey and all Rec's complied with.*