

# First Nations Financial Services, Inc.

Main Office
P.O. Box 341
318 Asylum Street
Norwich, CT 06360
(860) 887-6923
FAX: (860) 889-1055

## FACSIMILE TRANSMITTAL COVER SHEET

Date: 12-7-99    FAX No.: 1-203-694-6099

To: Colleen @ Dunlap

From: _____

Reference: _____

Number of Pages Including Cover Sheet 3

Comments: Signed App. from Perrotti

This message is only for the use of the addressee and may contain confidential and privileged information. Any dissemination, distribution or copying of this communication other than by the intended recipient is strictly prohibited. If you received this communication in error, please notify us immediately by telephone and destroy all copies of the communication. Thank you.

If you have any problems receiving this FAX, please call the number indicated above.

First Class Service-First Class Solutions

# YACHT APPLICATION
### VESSELS WITH RATED SPEEDS IN EXCESS OF 50 MPH ARE INELIGIBLE FOR COVERAGE

NAME OF APPLICANT: Frank Perrotti Jr

ADDRESS: 136 Bradley Rd., Woodbridge, CT 06525    ZIP:

EFFECTIVE DATE: 10/19/99    TERM: 1 YEAR (12:01 A.M. STANDARD TIME AT PLACE OF ISSUANCE).

| COVERAGE / PREMIUM | LIMITS OF LIABILITY | |
|---|---|---|
| A. HULL (INCLUDING EQUIPMENT AND MACHINERY) | $3,750,000 | AGREED VALUE $ |
| MOTOR(S) (OUTBOARDS ONLY ACV) | $ | |
| B. PROTECTION & INDEMNITY | $5,000,000 | PER OCCURRENCE |
| PRIMARY MEDICAL PAYMENTS | $2,000 (included in P & I Coverage) | PER ACCIDENT $ |
| C. EXCESS MEDICAL PAYMENTS | $ | $ |
| D. TRAILER | $ | |
| E. OTHER | $ | $ |

HULL DEDUCTIBLE: $25,000    TRAILER DED: $100    TOTAL PREMIUM: $

BUILDER: Denison Marine    HULL # OR SERIAL #: 905971    YEAR: 1986    LENGTH: 121'00"
TYPE:    MATERIAL: Aluminum    NAME:    MODEL:
COST TO PRESENT OWNER: $3,900,000    DATE PURCHASED: 10/1/99
LOSS PAYEE:
ADDRESS:

ENGINE(S): YR. ___ H.P. ___ MFG.-MODEL: ___ SER #: ___    MAX. SPEED: ___ FUEL: ___
YR. ___ H.P. ___ MFG.-MODEL: ___ SER #: ___

See Survey on file

TENDER: LENGTH: ___ MFG: ___ VALUE: $ ___ MOTOR: ___ VALUE: $ ___
TRAILER: YEAR: ___ MFG: ___ SER. #: ___

NO. & TYPE OF EXTINGUISHERS: ___    DATE LAST SERVICED: ___
☐ CO? ☐ YES ☐ NO IF YES, MFG: ___ ☐ MANUAL ☐ AUTOMATIC DATE LAST SERVICED: ___
☐ VHF/RADIO TELEPHONE ☐ DEPTH SOUNDER RECORDER ☐ FUME DETECTOR ☐ LORAN ☐ RADAR ☐ GPS
OTHER:

NAVIGATION AREA (SEE NEXT PAGE - INDICATE NUMBER): 9 & 22
PRINCIPAL PLACE OF MOORING: Portsmouth, RI    ☒ ON MOORING ☐ AT DOCK ☐ TRAILERED: ___
HAS THE VESSEL BEEN INSPECTED BY THE PRODUCER? ☐ YES ☒ NO
LAY-UP PERIOD: FROM: ___ (AT 12:01 A.M.) TO: ___ (AT 12:01 A.M.) IS VESSEL LAID UP: ☒ ON LAND ☐ IN WATER
HAS VESSEL BEEN RECENTLY SURVEYED? Yes    IF SO, BY WHOM? Joseph W Lombardi
HAVE ALL THE SURVEY RECOMMENDATIONS BEEN COMPLIED WITH? Yes
WILL THE VESSEL HAVE ANY FULL OR PART-TIME EMPLOYEES? Full-time
IS THE VESSEL CHARTERED OR USED COMMERCIALLY? ☐ YES ☒ NO IF YES, GIVE DETAILS: ___

YEARS OF BOATING EXPERIENCE: N/A    DESCRIBE PREVIOUS BOATS OWNED: N/A
USCGA OR U.S. POWER SQUADRON COURSE? ☐ YES ☒ NO PRESENT MARINE INSURER: ___
HAS INSURANCE EVER BEEN CANCELLED OR NON-RENEWED? ☐ YES ☒ NO IF YES, WHY? ___
ANY MARINE CLAIMS IN LAST 3 YEARS? ☐ YES ☒ NO IF YES, GIVE FULL PARTICULARS: ___

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY COVERAGE THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

AGENT: Scott Hawley

[signature: Paul Parsons Jr.]

# NAVIGATION CODES

**NOTES**

**[blank] - 7 Months Navigation - Northeast**
"Warranted confined to the use and navigation of inland lakes and rivers in Maine, New Hampshire, Vermont, New York, Massachusetts, Connecticut and Rhode Island - excluding the Great Lakes."

**INLAND WATERS - 7 Months Navigation - Continental**
"Warranted confined to the use and navigation of inland lakes and rivers including the Great Lakes."

**SPECIAL NORTH ATLANTIC COASTAL - 7 Months Navigation**
"Warranted confined to the use and navigation of coastal waters, and waters tributary thereto, of the Atlantic Ocean from Eastport, ME to [illegible], MA."

**BARNAGAT BAY - 8 Months Navigation**
"Warranted and confined to the use and navigation of the Barnagat Bay and its tributaries, not south or east of Beach Haven [illegible] and not north of Bridge Avenue Bridge on the Point Pleasant Canal, New Jersey."

**CHESAPEAKE BAY - 8 Months Navigation**
"Warranted confined to the use and navigation of the Chesapeake Bay and tributaries between the Maryland-Delaware line [illegible] and Portsmouth, VA, but not east of the Cape Henry-Cape Charles line."

**NEW ENGLAND COASTAL WATERS - 7 Months Navigation**
"Warranted confined to the use and navigation of the Atlantic coastal waters and tributaries between Eastport, ME and [illegible], NY including Long Island Sound, Block Island Sound, Gardner Bay, Peconic Bay and Great South Bay."

**JERSEY COAST - 8 Months Navigation**
"Warranted confined to the use and navigation of coastal waters and tributaries between Sandy Hook, NJ and Lewes, DE [illegible] Delaware Bay."

**MID ATLANTIC - 8 Months Navigation**
"Warranted confined to the use and navigation of coastal waters and tributaries between Eastport, ME and Virginia Beach, [VA]."

**ATLANTIC COASTAL WATERS - 7 Months Navigation**
"Warranted confined to the use and navigation of coastal waters, and waters tributary thereto, of the Atlantic Ocean and Gulf of [Mexico] excluding the Bahamas, from Eastport, ME to Pensacola, FL."

**ATLANTIC COASTAL WATERS - 12 Months Navigation**
"Warranted confined to the use and navigation of coastal waters, and waters tributary thereto, of the Atlantic Ocean and Gulf of Mexico, including the Bahamas, from Eastport, ME to Pensacola, FL."

**PORT RISK ONLY**
"[illegible] the insured vessel shall [illegible] the lockup and use of commission for the entire term of the policy and not used for any [illegible] whatsoever."