

Case 3:02-cv-02105-RNC    Document 61-14    Filed 06/30/2007    Page 1 of 2

New York Home Office:
David M. Bruen
Robert C. Deldin
Soro DiDio
Jeffrey P. Deldin, CPCU, AFSB

621 Clock Tower Commons
Brewster, New York 10509-4028
845-279-5151 • fax 845-279-8482

Connecticut Branch:
Joseph R. Blumberg, CPCU
Scott Hainey
Joseph M. Mango

1062 Barnes Road
Wallingford, CT 06492
203-269-7200 • fax 203-269-8155





EXHIBIT
HAINEY
17

December 21, 2000

Mr. John Sterling
Marine MGA
1117 Elm Street
Manchester, NH 03101

RE: Frank Perrotti

John,

I received your from December 21. The vessel is a tender to the yacht! I gave that to you in October. As for the second part of your fax, I fail to understand why these issues are not completed.

1. When I added the tender to the yacht, I reported that the value was fine. The reason the add was inflated was that the vessel was for sale and the owner wanted to make a profit. This was reported to you on October 16.
2. I cannot believe that the navigation is not resolved! I specifically forwarded Captain John McCaughey to you, so that the issue would be handled correctly. He gave you the navigation of the vessel, it should have been adjusted per his specifications.

Please fix this immediately or forward back to me ASAP the specific details that you mentioned.

Regards,

Scott A. Hainey



EXHIBIT
ROBERTS
15

**Insurance Services For Changing Times**

BDD 0013