EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE, INC. | |
| **Plaintiff** | CIVIL ACTION NO. |
| -against- | 3:02cv02105 (RNC) |
| THE CONNECTICUT INDEMNITY COMPANY, INC., FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DiDIO ASSOCIATES, INC., and MARINE MGA, INC. | |
| **Defendants** | |

### AFFIDAVIT OF SCOTT A. HAINEY

STATE OF CONNECTICUT  )
                      ) ss: June 21, 2007
COUNTY OF New Haven   )

SCOTT A. HAINEY, being duly sworn deposes and says:

1. I am over the age of eighteen (18) years old and firmly believe in the obligations of an oath.

2. I am an insurance producer licensed by the State of Connecticut and employed by an insurance brokerage, Bruen, Deldin, Didio Associates, located at 1062 Barnes Road, Wallingford, Connecticut 06492.

3.     I am began working as an insurance producer with Bruen, Deldin, Didio Associates on January 1, 2000. From 1998 until December 31, 1999, I was employed as an insurance producer by The Dunlap Connecticut Corporation in Wallingford, Connecticut.

4.     The Dunlap Connecticut Corporation ceased operating as an insurance brokerage in December 31, 1999, when its insurance business was sold to Bruen, Deldin, Didio Associates. After December 31, 1999, the accounts previously handled by The Dunlap Connecticut Corporation, including Mr. Perrotti's account, were transferred to Bruen, Deldin, Didio Associates.

5.     In early October 1999, I was contacted by Mr. Jay Lorinsky of the defendant First Nations Financial Services, Inc. about assisting in the procurement of insurance for Mr. Frank Perrotti, Junior, who was in the process of purchasing a yacht.

6.     Accordingly, an application for insurance was submitted by my office to the defendant Marine MGA, Inc. A true and accurate copy of the insurance application, which lists Mr. Perrotti Jr. as the Applicant, is attached hereto as **Exhibit A**.

7.     On October 14, 1999, Marine MGA, Inc. provided a quotation for the insurance coverage for the yacht. A true and accurate copy of the quotation is attached hereto as **Exhibit B**.

8.     Coverage for Mr. Perrotti was bound by Marine MGA, Inc. on October 26, 1999, with an effective date of October 19, 1999, pursuant to a facsimile transmission from Mr. John

Sterling at Marine, MGA, Inc. to my assistant, Colleen O'Connor. A true and accurate copy of this facsimile transmission confirming insurance coverage for Mr. Perrotti is attached hereto as **Exhibit C**. The insurance for the yacht was provided by the defendant The Connecticut Indemnity Company.

_____
SCOTT A. HAINEY

Sworn to before me this __26__ day of __June__, 2007.

_____
Commissioner of the Superior Court
Notary Public

Joe Mango Jr.
Notary Public, State of Connecticut
My Commission Expires March 31, 2012