EXHIBIT C

# UNTED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CLEAN WASTE, INC.** | ) | |
| | ) | |
| **Plaintiff** | ) | **CIVIL ACTION NO.:** |
| | ) | |
| **vs.** | ) | **3:02 CV 2105 (RNC)** |
| | ) | |
| **THE CONNECTICUT INDEMNITY CO., et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

### AFFIDAVIT OF SCOTT A. HAINEY

**STATE OF CONNECTICUT** }
**COUNTY OF** $\mathcal{N}$ew Haven }    ss. June 21, 2007

Scott A. Hainey, having been duly sworn, hereby deposes and says:

1.    I am over the age of 18 years and believe in the obligations of an oath.

2.    I am Vice President of Bruen Deldin Didio Associates, Inc. ("BDD"), a Defendant in the above-captioned matter.

3.    Pursuant to a Purchase and Sale Agreement, dated December 31, 1999, (the "P&S") BDD purchased substantially all of the assets of The Dunlap Connecticut Corp. ("Dunlap") relating to or associated with its insurance agency business. BDD assumed none of Dunlap's liabilities under the P&S.

4.     From 1998 until December 31, 1999, I was employed by Dunlap.  From January 1,

2000 until the present I have been employed by BDD.

5.     From January 1, 2000 until at least August, 2000, I had no involvement with, and was

unaware of any new information relating to, the yacht insurance policy issued to

Frank Perrotti, Jr. by the Connecticut Indemnity Company, effective October 19,

1999.

SCOTT A. HAINEY
Vice President
Bruen Deldin Didio Associates, Inc.

Subscribed and sworn to before me this __20__ day of June, 2007.

Joe Mango Jr.
Notary Public, State of Connecticut
My Commission Expires March 31, 2012

Notary Public

138509v1 07765.001

2