UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEAN WASTE, INC. | ) | CIVIL ACTION NO.: |
| | ) | |
| Plaintiff | ) | 3:02 CV 2105 (RNC) |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CONNECTICUT INDEMNITY CO., et al. | ) ) | |
| | ) | |
| Defendants | ) | JULY 2, 2007 |

**DEFENDANT BRUEN DELDIN DIDIO ASSOCIATES, INC.'S
LOCAL RULE 56(a)1 STATEMENT**

Pursuant to Local Rule 56(a)1, the Defendant Bruen Deldin Didio Associates, Inc. ("BDD") hereby sets forth its statements of material fact as to which BDD contends there is no genuine issue to be tried:

1.   A yacht insurance policy was issued to Frank Perrotti, Jr. ("Perotti") by the Connecticut Indemnity Company, effective October 19, 1999 (the "Policy"). Affidavit of Scott Hainey, dated June 21, 2007 (the "Hainey Affidavit") at ¶ 5. A copy of the Hainey Affidavit is attached to BDD's Memorandum of Law in Support of Summary Judgment at Exhibit C.  Coverage for the Policy was bound by Marine MGA, Inc. on October 26, 1999.  Affidavit of Scott Hainey, also dated June 21, 2007, and submitted in support of the Motion for Summary Judgment filed by the Defendant The Dunlap Corp., dated June 29, 2007 (the "Dunlap Affidavit") at ¶ 8.  A copy of the Dunlap Affidavit is attached to BDD's Memorandum of Law in Support of Summary Judgment at Exhibit B.

2. Pursuant to a Purchase and Sale Agreement, dated December 31, 1999, (the "P&S") BDD purchased substantially all of the assets of the Defendants, The Dunlap Connecticut Corp. ("Dunlap"), relating to or associated with its insurance agency business.  Hainey Affidavit at ¶ 3.

3. BDD assumed none of Dunlap's liabilities under the P&S.  Hainey Affidavit at ¶ 3.

4. From 1998 until December 31, 1999, Hainey was employed by Dunlap.  Hainey Affidavit at ¶ 4.

5. From January 1, 2000 until the present, Hainey has been employed by BDD.  Hainey Affidavit at ¶ 4.

6. From January 1, 2000 until at least August, 2000, BDD had no involvement with, and was unaware of any new information relating to the Policy.  Hainey Affidavit at ¶ 5.

7. In May, 2001, CIC received notice of the Jones Act claim made by Johan Fourie due to injuries he sustained in a fall on board the Yacht in April, 2000.  March 31, 2004 Deposition Testimony by Donald Roberts, a claims consultant for the Defendant CIC ("Roberts Dep. Tr.") at 24-26 and Exh. 9, attached to BDD's Memorandum of Law in Support of Summary Judgment at Exhibit D.

8. In July of 2001, Mr. Roberts sent a letter to Perrotti on behalf of CIC, notifying Perrotti that the Policy was rescinded.  Roberts Dep. Tr. at 26, 29-30 and Exh.

13, attached to BDD's Memorandum of Law in Support of Summary Judgment at Exhibit D.

                              **THE DEFENDANT,**
                              **BRUEN DELDIN DIDIO ASSOCIATES, INC.**

By:   /s/ Mary E.R. Bartholic
       Mary E.R. Bartholic (ct 17518)
       Cohn Birnbaum & Shea P.C.
       100 Pearl Street
       Hartford, CT 06103
       Telephone: (860) 493-2200
       Fax: (860) 727-0361
       mbartholic@cb-shea.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July, 2007 a copy of the foregoing Defendant Bruen Deldin Didio Associates, Inc.'s Local Rule 56(a)1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

     /s/ Mary E.R. Bartholic
     Mary E.R. Bartholic

#138676/07765.001