IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CONNECTICUT INDEMNITY COMPANY, FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DIDIO ASSOCIATES, INC. and MARINE MGA, INC., <br><br> Defendants. | CASE NO. 3:02 CV 2105 (RNC) |

**DEFENDANTS THE CONNECTICUT INDEMNITY COMPANY AND MARINE MGA, INC.'S MOTION FOR SUMMARY JUDGMENT**

The Defendants The Connecticut Indemnity Company ("CIC") and Marine MGA, Inc. ("MGA") respectfully move for summary judgment dismissing the Complaint with prejudice and without costs pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1.

The undisputed facts show that Plaintiff Clean Waste, Inc. ("Clean Waste") cannot maintain this action because it is not an insured under and has no rights under the CIC Marine Hull and Protection & Indemnity insurance contract (the "Policy") that is subject of this dispute. Alternatively, Clean Waste is precluded from raising the very same issues and claims the Court already decided in The Connecticut Indemnity Company v. Frank Perrotti, Jr., Civil Action No. 3:01 CV 1410 (RNC) (the "CIC Action") pursuant to the doctrines of judicial estoppel, collateral estoppel and res judicata. Further, the Complaint should be dismissed against CIC and MGA

DM1\1154581.1

because Clean Waste's proposed state-based claims and claims for negligence, and reformation of the Policy are fundamentally flawed and have no basis under Federal Admiralty law.

CIC and MGA's motion is based upon CIC and MGA's Local Rule 56(a)(1) Statement and the Exhibits attached thereto and the Memorandum of Law in Support.

Wherefore, CIC and MGA pray that this Honorable Court grant their Motion for Summary Judgment and dismiss Plaintiff's Complaint against them with prejudice and without costs.

Dated: Newark, New Jersey
       July 2, 2007

                                              /s/ James W. Carbin
                                              James W. Carbin (CT13762)
                                              **DUANE MORRIS LLP**
                                              744 Broad Street, Suite 1200
                                              Newark, New Jersey 07102
                                              (973) 424-2000
                                              Attorneys for Defendants,
                                              Marine MGA, Inc. and