## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants Connecticut Indemnity Company and Marine MGA, Inc.'s Motion for Summary Judgment, Rule 56(a)(1) Statement and Memorandum of Law in Support of Motion for Summary Judgment was filed electronically on this 2nd of July 2007 and was served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable accept electronic filing. Parties may access this filing through the Court's system.

Dated: Newark, New Jersey
       July 2, 2007

    /s/ James W. Carbin
James W. Carbin (CT13762)
**DUANE MORRIS LLP**
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2000
Attorneys for Defendants,
Connecticut Indemnity Company
and Marine MGA, Inc.