# ACORD INSURANCE BINDER

10-5-99

THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM

**PRODUCER** PHONE (A/C, No, Ext): 860-887-6923
First Nations Financial Services, Inc.
318 Asylum Street
Norwich  CT  06360

**COMPANY:** Liberty Mutual

**EFFECTIVE DATE/TIME:** 10-5-99
**EXPIRATION DATE:** 10-5-00

THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY PER EXPIRING POLICY #

**INSURED:**
Clean Waste Inc.
P.O. Box 652
Mystic  Ct  06355

**DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location):**
1986 Dennison
Little Harbor Marine
Portsmouth, R.I.

## COVERAGES / LIMITS

| COVERAGE/PERILS/FORMS | AMOUNT | DEDUCTIBLE |
|---|---|---|
| Hull | 3,000,000 | 10,000 |
| Electronics | 750,000 | 10,000 |
| Contents | 750,000 | 10,000 |

**LIABILITY:** [X] COMPREHENSIVE FORM

| | EACH OCCURRENCE | AGGREGATE |
|---|---|---|
| BODILY INJURY | | 2,000,000 |

0471

EXHIBIT A

ACORD 75-N (12/93)

THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM.

| PRODUCER | | COMPANY | BINDER # |
|---|---|---|---|
| Helmsman Insurance Agency, Inc  JG | | CIGNA Corporation Group | TBD5 1 |

| EFFECTIVE | | EXPIRATION | |
|---|---|---|---|
| DATE | TIME | DATE | TIME |
| 10/15/99 | 12:01 X AM / PM | 12/15/99 | X 12:01 AM / NOON |

9 Riverside Road
Weston, MA 02493

THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY PER EXPIRING POLICY #:

CODE:         SUB CODE:
AGENCY CUSTOMER ID:

DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location)

INSURED: Clean Waste Inc.
136 Bradley Road
Woodbridge, CT 06525

## COVERAGES

| TYPE OF INSURANCE | COVERAGE/FORMS | DEDUCTIBLE | COINS % | AMOUNT |
|---|---|---|---|---|
| **PROPERTY** CAUSES OF LOSS: ☐ BASIC ☐ BROAD ☐ SPEC | | | | |
| **GENERAL LIABILITY** ☐ COMMERCIAL GENERAL LIABILITY ☐ CLAIMS MADE ☐ OCCUR | RETRO DATE FOR CLAIMS MADE: | EACH OCCURRENCE | | $ |
| | | FIRE DAMAGE (Any one fire) | | $ |
| | | MED EXP (Any one person) | | $ |
| | | PERSONAL & ADV INJURY | | $ |
| | | GENERAL AGGREGATE | | $ |
| | | PRODUCTS - COMP/OP AGG | | $ |
| **AUTOMOBILE LIABILITY** ☐ ANY AUTO ☐ ALL OWNED AUTOS ☐ SCHEDULED AUTOS ☐ HIRED AUTOS ☐ NON-OWNED AUTOS | | COMBINED SINGLE LIMIT | | $ |
| | | BODILY INJURY (Per person) | | $ |
| | | BODILY INJURY (Per accident) | | $ |
| | | PROPERTY DAMAGE | | $ |
| | | MEDICAL PAYMENTS | | $ |
| | | PERSONAL INJURY PROT | | $ |
| | | UNINSURED MOTORIST | | $ |
| **AUTO PHYSICAL DAMAGE** DEDUCTIBLE ☐ ALL VEHICLES ☐ SCHEDULED VEHICLES COLLISION: OTHER THAN COL: | | ACTUAL CASH VALUE STATED AMOUNT OTHER | | $ |
| **GARAGE LIABILITY** ☐ ANY AUTO | | AUTO ONLY - EA ACCIDENT | | $ |
| | | OTHER THAN AUTO ONLY: EACH ACCIDENT | | $ |
| | | AGGREGATE | | $ |
| **EXCESS LIABILITY** ☐ UMBRELLA FORM ☐ OTHER THAN UMBRELLA FORM | RETRO DATE FOR CLAIMS MADE: | EACH OCCURRENCE | | $ |
| | | AGGREGATE | | $ |
| | | SELF-INSURED RETENTION | | $ |
| **WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY** | | WC STATUTORY LIMITS | | |
| | | E.L. EACH ACCIDENT | | $ |
| | | E.L. DISEASE - EA EMPLOYEE | | $ |
| | | E.L. DISEASE - POLICY LIMIT | | $ |
| SPECIAL CONDITIONS/ OTHER COVERAGES | Yacht Coverage: 1986 Denison 121' Cruiser (see attached) | FEES | | $ |
| | | TAXES | | $ |
| | | ESTIMATED TOTAL PREMIUM | | $ |

NAME & ADDRESS
Clean Waste Inc.
136 Bradley Road
Woodbridge, CT 06525

☐ MORTGAGEE   ☐ ADDITIONAL INSURED
☐ LOSS PAYEE
LOAN #:

AUTHORIZED REPRESENTATIVE
*Jane Greenlaw* (signature)

ACORD 75-S (1/88)    NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE    © ACORD CORPORATION 1993

EXHIBIT B

# CONDITIONS

This Company binds the kind(s) of insurance stipulated on the reverse side. The insurance is subject to the terms, conditions and limitations of the policy(ies) in current use by the Company.

This binder may be cancelled by the Insured by surrender of this binder or by written notice to the Company stating when cancellation will be effective. This binder may be cancelled by the Company by notice to the Insured in accordance with the policy conditions. This binder is cancelled when replaced by a policy. If this binder is not replaced by a policy, the Company is entitled to charge a premium for the binder according to the Rules and Rates in use by the Company.

### Applicable in California

When this form is used to provide insurance in the amount of one million dollars ($1,000,000) or more, the title of the form is changed from "Insurance Binder" to "Cover Note".

### Applicable in Delaware

The mortgagee or Obligee of any mortgage or other instrument given for the purpose of creating a lien on real property shall accept as evidence of Insurance a written binder issued by an authorized insurer or its agent if the binder includes or is accompanied by: the name and address of the borrower; the name and address of the lender as loss payee; a description of the insured real property; a provision that the binder may not be canceled within the term of the binder unless the lender and the insured borrower receive written notice of the cancellation at least ten (10) days prior to the cancellation; except in the case of a renewal of a policy subsequent to the closing of the loan, a paid receipt of the full amount of the applicable premium, and the amount of insurance coverage.
Chapter 21 Title 25 Paragraph 2119.

### Applicable in Florida

Except for Auto Insurance coverage, no notice of cancellation or nonrenewal of a binder is required unless the duration of the binder exceeds 60 days. For auto insurance, the Insurer must give 5 days prior notice, unless the binder is replaced by a policy or another binder in the same company.

### Applicable in Nevada

Any person who refuses to accept a binder which provides coverage of less than $1,000,000.00 when proof is required: (A) Shall be fined not more than $500.00; and (B) is liable to the party presenting the binder as proof of insurance for actual damages sustained therefrom.

BINDER OF INSURANCE
YACHT – ALL RISK

This insurance is subject to the terms, conditions and limitations of the policy in current use by the Company.

This binder may be cancelled by the Insured by surrender of this binder stating when cancellation will be effective. This binder may be cancelled by the Company by notice to the Insured in accordance with the policy conditions. This binder is cancelled when replaced by a policy. If this binder is not replaced by a policy, the Company is entitled to charge a premium for the binder according to the Rules and Rates in use by the company.

| | |
|---|---|
| AGENCY: | Customhouse Marine Insurance Services, Inc.<br>2300 Crown Colony Drive<br>Quincy, MA 02169 |
| INSURED: | Clean Waste, Inc.<br>136 Bradley Road<br>Woodbridge, CT |
| COMPANY: | Cigna |
| TERM: | 10/6/99 – 10/6/00 |
| VESSEL: | 1986 Denison 121' Cruiser "Sunchaser" |
| HULL COVERAGE: | $1,900,000.          DEDUCTIBLE: $39,000. |
| P&I COVERAGE: | $1,000,000. |
| MEDICAL PAYMENTS: | $25,000. |
| UNINSURED BOATER: | $1,000,000. |
| PERSONAL PROPERTY: | $ 100,000.          DEDUCTIBLE: $250.<br>Maximum $10,000. Any one item. |
| TOWING & LABOR: | $10,000. |
| CREW 2: | $1,000,000 (Owner's Liability to Paid Crew) |
| UNSCHEDULED ELECTRONICS: | $10,000. Maximum any one item  DEDUCTIBLE: $500. |
| SPECIAL CONDITIONS: | Coverage is for PORT RISK, at Little Harbor Yachts in RI<br>Too add Coverage for Navigation, the following concerns must be Addressed and complied with:<br><br>1.) All Recommendations per Joseph Lombardi survey must be complied with and written confirmation is acknowledged by the Insured. |

2.) Since the vessel was lengthened by a prior owner, if the original Construction plans cannot be produced (showing the stability of the vessel) a new set of plans must be created by a qualified naval architect and a stability test must be done and analyzed.

3.) Complete resume of captain and crew must be provided along with copy of their licenses.

4.) The vessel is to be laid-up from the effective date until mid March

5.) I will also need signed application along with a copy of the bill of sale or the purchase and sale agreement.

TOTAL PREMIUM:    $27,960.

CUSTOMHOUSE MARINE INS. SERVICES, INC.
BY _____

Helmsman
Insurance
Agency, Inc.

CARRIER:         Cigna

TERM:            10/15/99 to 10/15/2000

COVERAGE:        Yacht Coverage
                 1986 Denison 121' Cruiser

LIMIT:
| Coverage | Limits | Deductible |
|---|---|---|
| Hull | 3,900,000 | $39,000 |
| P&I | 1,000,000 | $ nil |
| Medical Payments | 25,000 | $ nil |
| Uninsured Boater | 1,000,000 | $ nil |
| Trailer | n/a | n/a |
| Personal Prop. | 100,000 | $ 250 |
| Towing & Labor | $ 10,000 | n/a |
| Crew 3 | 1,000,000 | $ nil |

Owners Liability to Paid Crew
Unscheduled Electronics   Max $10,000   $500 ded

TERMS & CONDITIONS:
Port coverage subject to:
1. All recommendations per Joseph Lombardi Survey must be complied with and written confirmation is acknowledged by insured
2. Since the vessel was lengthened by prior owner, if the original construction plans cannot be produced (showing the stability of the vessel) a new set of plans must be created by a qualified naval architect and a stability test must be done and analyzed
3. complete resume of captain and crew must be produced along with licenses.
4. the vessel to be laid up from the effective date to mid March
5. original signed application along with a copy of the bill of sale or purchase of sale

# YACHT APPLICATION

VESSELS WITH RATED SPEEDS IN EXCESS OF 50 MPH ARE INELIGIBLE FOR COVERAGE

NAME OF APPLICANT: Frank Pucci Jr.
ADDRESS: 136 Bradley Rd., Woodbridge, CT 06525  ZIP:
EFFECTIVE DATE: 10/19/99   (TERM: 1 YEAR 12:01 A.M. STANDARD TIME AT PLACE OF ISSUANCE)

| PREMIUM | COVERAGE | LIMITS OF LIABILITY | |
|---|---|---|---|
| | HULL (INCLUDED EQUIPMENT AND MACHINERY) | $3,750,000 | AGREED VALUE |
| | (EXCEPT OUTBOARD MOTOR M.V. ACV) | | |
| | PROTECTION & INDEMNITY | $5,000,000 | PER OCCURRENCE |
| | PRIMARY MEDICAL PAYMENTS | (1,000 included P & I coverage) | PER ACCIDENT |
| | EXCESS MEDICAL PAYMENTS | | |
| D. | TRAILER | | |
| E. | OTHER | | |

HULL DEDUCTIBLE: $25,000   TRAILER DED: $100   TOTAL PREMIUM:

BUILDER: Cruiser _____ HULL # OR SERIAL #: 405971   YEAR: 1986  LENGTH: 31'
MFG: _____  MATERIAL: Aluminum   NAME: _____  MODEL: _____
COST TO PRESENT OWNER: $3,900,000   DATE PURCHASED: 10/1/99
LOSS PAYEE: _____
ADDRESS: _____

ENGINE(S): YR _____ HP _____ MFG-MODEL _____ SER # _____ MAX SPEED _____ FUEL _____

YR _____ HP _____ MFG-MODEL _____ SER # _____

See Survey on File

TENDER: LENGTH _____ MFG _____ VALUE $ _____ MOTOR _____ VALUE $ _____
TRAILER: YEAR _____ MFG _____ SER # _____

# TYPE OF EXTINGUISHERS: _____   DATE LAST SERVICED: _____
[ ] YES [ ] NO  IF YES, MFG _____  [ ] MANUAL [ ] AUTOMATIC  DATE LAST SERVICED: _____
[ ] VHF RADIO TELEPHONE  [ ] DEPTH SOUNDER/RECORDER  [ ] FUME DETECTOR  [ ] LORAN  [ ] RADAR  [ ] GPS

NAVIGATION AREA (SEE NEXT PAGE): INDICATE NUMBER: 920
PRINCIPAL PLACE OF MOORING: Westbrook, CT  [X] ON MOORING [ ] AT DOCK [ ] TRAILERED
HAS THE VESSEL BEEN INSPECTED BY THE PRODUCER? [ ] YES [X] NO
LAY-UP PERIOD: FROM _____ (AT 12:01 A.M.) TO _____ (AT 12:01 A.M.) IS VESSEL LAID UP [X] ON LAND [ ] IN WATER
HAS VESSEL BEEN RECENTLY SURVEYED? Yes  IF SO BY WHOM: Joseph M Lombardi
HAVE ALL THE SURVEY RECOMMENDATIONS BEEN COMPLIED WITH? _____
WILL THE VESSEL HAVE ANY FULL OR PART-TIME EMPLOYEES? Full-time
IS VESSEL CHARTERED OR USED COMMERCIALLY? [ ] YES [X] NO  IF YES, GIVE DETAILS: _____

YEARS OF BOATING EXPERIENCE: N/A   DESCRIBE PREVIOUS BOATS OWNED: N/A
USCGA CP, U.S. POWER SQUADRON MEMBER? [ ] YES [X] NO   PRESENT MARINE INSURER: N/A
HAS INSURANCE EVER BEEN CANCELLED OR NON-RENEWED? [ ] YES [X] NO  IF YES, WHY?
ANY MARINE CLAIMS IN LAST 3 YEARS? [ ] YES [X] NO  IF YES GIVE FULL PARTICULARS: _____

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

AGENT: _____

EXHIBIT C

BDD-0103

## NAVIGATION CODES

**INLAND WATERS - 7 Months Navigation - Northeast**
"Insurance confined to the use and navigation of inland lakes and rivers in Maine, New Hampshire, Vermont, New York, Massachusetts, Connecticut and Rhode Island - excluding the Great Lakes."

**INLAND WATERS - 7 Months Navigation - Continental**
"Insurance confined to the use and navigation of inland lakes and rivers including the Great Lakes."

**SPECIAL NORTH ATLANTIC COASTAL - 7 Months Navigation**
"Insurance confined to the use and navigation of coastal waters, and waters tributary thereto, of the Atlantic Ocean from Eastport, ME to [illegible]."

**BARNEGAT BAY - 7 Months Navigation**
"Insurance not restricted to the use and navigation of the Barnegat Bay and its tributaries, not south or east of Beach Haven Inlet and not north of Brielle Avenue Bridge on the Point Pleasant Canal, New Jersey."

**CHESAPEAKE BAY - 7 Months Navigation**
"Insurance confined to the use and navigation of the Chesapeake Bay and tributaries between the Maryland-Delaware line [illegible] & D Canal and Portsmouth, VA, but not east of the Cape Henry-Cape Charles line."

**NEW ENGLAND COASTAL WATERS - 7 Months Navigation**
"Insurance confined to the use and navigation of the Atlantic coastal waters and tributaries between Eastport, ME and [illegible], NJ including Long Island Sound, Block Island Sound, Gardner Bay, Peconic Bay and Great South Bay."

**JERSEY COAST - 5 Months Navigation**
"Insurance confined to the use and navigation of coastal waters and tributaries between Sandy Hook NJ and Lewes, DE [illegible]."

**MID ATLANTIC - 8 Months Navigation**
"Insurance confined to the use and navigation of coastal waters and tributaries between Eastport, MD and Virginia Beach [illegible]."

**ATLANTIC COASTAL WATERS - 7 Months Navigation**
"Insurance confined to the use and navigation of coastal waters, and waters tributary thereto, of the Atlantic Ocean and Gulf of Mexico including the Bahamas, from Eastport, ME to Pensacola, FL."

**ATLANTIC COASTAL WATERS - 12 Months Navigation**
"Insurance confined to the use and navigation of coastal waters, and waters tributary thereto, of the Atlantic Ocean and Gulf [illegible] including the Bahamas, from Eastport, ME to Pensacola, FL."

**LAY-UP RISK ONLY**
"Insured vessel is covered for [illegible] lay-up and out of commission for the entire term of the policy and not used for any purpose whatsoever."

TOTAL P.03

Case 3:02-cv-02105-RNC   Document 66-6   Filed 07/02/2007   Page 9 of 10

# YACHT POLICY

**YT 607311**

RENEWAL OF POLICY NUMBER     NEW


EXHIBIT
HAINEY
9/27/02 OSH

Named Insured and Address:
FRANK PERROTTI, JR
136 BRADLEY RD
WOODBRIDGE, CT 06525

Agency Name and Address:
DUNLOP AGENCY
8 FAIRFIELD BLVD
WALLINGFORD, CT 06492
06-91-3544

From 10-19-1999 to 10-19-2000
Both dates at 12:01 A.M. standard time at place of issuance.

COVERAGE UNDER THIS POLICY APPLIES ONLY TO THOSE SECTIONS FOR WHICH LIMITS AND PREMIUMS ARE DESIGNATED BELOW.

| COVERAGE | LIMITS | | PREMIUM |
|---|---|---|---|
| **SECTION A** HULL | $3,750,000 | AGREED VALUE | 15,938 |
| DEDUCTIBLE $25,000 | Applicable to Hull Insurance. Section "A" only | | |
| **SECTION B** PROTECTION & INDEMNITY | $5,000,000 | EACH OCCURRENCE | 3,850 |
| LONGSHOREMEN'S & HARBOR WORKERS' COMPENSATION INSURANCE | AS PROVIDED IN PUBLIC ACT 803 OF THE 69th CONGRESS, AS AMENDED | | |
| **SECTION C** PRIMARY MEDICAL PAYMENTS | $2,000 IF SECTION B IS COMPLETED | EACH PERSON IN ANY ONE ACCIDENT | INCL |
| EXCESS MEDICAL PAYMENTS | $ 23,000 | | |
| SECTION D  YACHT TRAILER  $50 DEDUCTIBLE APPLICABLE TO TRAILER | $ | | |
| SECTION E  TOWING & ASSISTANCE - Limit $250 ANY ONE YEAR x $2,500 PER YEAR | | | |
| ENVIRONMENTAL DAMAGE ENDORSEMENT (AS PER THE ATTACHED) | | | INCL |
| OTHER   PERSONAL PROPERTY $ | UB-$25,000, YT EXT | | INCL |
| | | TOTAL PREMIUM | 19,788 |

DESCRIPTION OF VESSEL: Year 1986    Mfg. DENISON MARINE    121'
Name _____    Hull # or Ser. # DEI001081686    TYPE _____
DESCRIPTION OF MOTOR: Year 1986 Mfg. MTU-12-V    Ser. # 553-0910/553-0909 Horsepower 1,530
TWIN

DESCRIPTION OF TRAILER: Year ___ Mfg. ___    Ser. # ___

| NAVIGATION LIMITS WARRANTY: WARRANTED THAT THE YACHT SHALL BE CONFINED TO THE USE AND NAVIGATION OF AREA # 929    AS FULLY DESCRIBED ON THE PAGE ATTACHED TO THESE DECLARATIONS. | LOSS PAYEE: BY REVIEWED CHO DATE 12/22/99 |
|---|---|

LAY-UP WARRANTY: WARRANTED THAT THE DESCRIBED YACHT SHALL BE LAID UP AND OUT OF COMMISSION AND NOT USED BY THE INSURED FOR ANY PURPOSE DURING THE PERIOD
FROM 11-1   (AT 12:01 AM) TO 4-1   (AT 12:01 AM)

NAVIGATIONAL ASSISTS:  ☐ Radio Telephone-VHF   ☐ Depth Recorder   ☐ Radar/LORAN/GPS   ☐ Fire Extinguisher System
                      ☐ Power Squadron or Coast Guard Auxiliary Course   ☐ Vapor Detector   ☐ Diesel

It is further warranted that the equipment has been properly installed and will be maintained in good and efficient working order during the term of this insurance.

Undersigned this 14TH day of DEC , 99JD   By _____ Agent
AG
RECEIVED DEC 20 1999
DUNLAP CT

E01-1 DCL (08-93) (PAGE 1 OF 2)   101A0195 FN

EXHIBIT D   BBB-0097

# NAVIGATION CODES

### 940 INLAND WATERS - 7 Months navigation - New England & New York

"Warranted confined to the use and navigation of inland lakes and rivers in Maine, New Hampshire, Vermont, New York, Massachusetts, Connecticut and Rhode Island - excluding the Great Lakes."

### 939 INLAND WATERS - 7 Months Navigation - Continental

"Warranted confined to the use and navigation of inland lakes and rivers including the Great Lakes."

### 924 SPECIAL NORTH ATLANTIC COASTAL - 7 Months Navigation

"Warranted confined to the use and navigation of coastal waters and tributaries of the Atlantic Ocean from Eastport, ME to Provincetown, MA - including Mass Bay."

### 950 BARNAGAT BAY - 8 Months Navigation

"Warranted and confined to the use and navigation of Barnagat Bay and its tributaries, not south or east of Beach Haven Inlet and not north of Bridge Avenue Bridge on the Point Pleasant Canal, New Jersey."

### 927 CHESAPEAKE BAY - 8 Months Navigation

"Warranted confined to the use and navigation of the Chesapeake Bay and its tributaries between the Maryland-Delaware line on the C & D Canal and Portsmouth, VA, but not east of the Cape Henry-Cape Charles line."

### 925 NEW ENGLAND COASTAL WATERS - 7 Months Navigation

"Warranted confined to the use and navigation of coastal waters and tributaries of the Atlantic Ocean between Eastport, ME and Montauk, NY including Long Island Sound, Block Island Sound, Gardner Bay, Peconic Bays and Great South Bay."

### 945 JERSEY COAST - 8 Months Navigation

"Warranted confined to the use and navigation of coastal waters and tributaries of the Atlantic Ocean between Sandy Hook, NJ and Lewes, DE including Delaware Bay."

### 929 MID ATLANTIC - 8 Months Navigation

"Warranted confined to the use and navigation of coastal waters and tributaries of the Atlantic Ocean between Eastport, ME and Virginia Beach, VA."

### 920 ATLANTIC COASTAL WATERS - 7 Months Navigation

"Warranted confined to the use and navigation of coastal waters and tributaries of the Atlantic Ocean and Gulf of Mexico, including the Bahamas, from Eastport, ME to Pensacola, FL."

### 922 ATLANTIC COASTAL WATERS - 12 Months Navigation

"Warranted confined to the use and navigation of coastal waters and tributaries of the Atlantic Ocean and Gulf of Mexico, including the Bahamas, from Eastport, ME to Pensacola, FL."

### 889 PORT RISK ONLY

"Warranted the insured vessel shall be laid-up and out of commission for the entire term of the policy and not used by the Insured for any purpose whatsoever."