# ENVIRONMENTAL DAMAGE ENDORSEMENT

In consideration of additional premiums indicated, we agree to pay on your behalf those reasonable costs and expenses, subject to the terms and conditions of this endorsement, resulting from the unintentional spillage of a contaminant from the insured vessel.

This endorsement will cover:

- Those sums for which you are legally liable to pay as the result of damage to property of others.
- Those reasonable costs directly associated with the actual clean-up of a covered event.
- Those reasonable costs or expenses legally imposed on you by government authorities assisting or monitoring the clean-up.
- Administrative charges and civil penalties levied against you by a judiciary body as the result of a covered event.
- Those reasonable costs and expenses to defend you against legal action from a covered event.

**Limit of Liability:** We agree to pay up to a maximum of $500,000 in any one policy year for those reasonable costs and expenses covered by this endorsement, regardless of the number of covered claims made or expenses incurred.

This additional coverage will not apply if you or any additional insured refuses or knowingly fails:

- To report the covered event as is required by law(s) and you or any additional insured had reason to know of the covered event.
- To provide all reasonable cooperation and assistance as is required by law(s) or by someone acting under their legal authority.

We do not provide coverage under this endorsement for:

- Liability which has been assumed by you or any additional insured under contract or agreement.
- Liability arising out of any event that occurs on land or in the air.
- Liability for any covered event that is caused by or resulting from any intentional act or wilful misconduct by you or any additional insured.
- Liability for bodily injury, disease, death or mental illness or anguish.
- Liability arising out of the spillage of any radio active or nuclear material.
- Any claim for punitive damages, or any fine, penalty or cost of defense arising out of a criminal violation.
- Any assessment or Liability for Natural Resource Damage unless legal action commences within one(1) year of a covered event.

For purposes of this endorsement, the following definitions shall apply:

- You or your means the Named Insured as specified on the declarations page of this policy.
- Covered Event means the sudden accidental and unexpected discharge, leakage or spillage of a contaminant from the insured vessel in an accident that is specific in time and place and within the policy period.
- Contaminant means any petroleum product, chemical, lubricant, or solvent normally associated with the use and operation of small craft.

SPECIAL NOTE: IT IS REQUIRED BY LAW THAT YOU MUST NOTIFY THE PROPER AUTHORITIES IN THE EVENT OF A DISCHARGE OF A POLLUTANT FROM YOUR VESSEL. EVEN IF YOU HAVE REPORTED A CLAIM TO YOUR AGENT OR INSURANCE COMPANY, YOU ARE STILL REQUIRED BY LAW TO REPORT A DISCHARGE TO THE PROPER AUTHORITIES.

AGENT

BDD 0099

30361297.FAP

# ENVIRONMENTAL DAMAGE ENDORSEMENT

consideration of additional premiums indicated, we agree to pay on your behalf those reasonable costs and penses, subject to the terms and conditions of this endorsement, resulting from the unintentional spillage of a contaminant from the insured vessel.

This endorsement will cover:

- Those sums for which you are legally liable to pay as the result of damage to property of others.
- Those reasonable costs directly associated with the actual clean-up of a covered event.
- Those reasonable costs or expenses legally imposed on you by government authorities assisting or monitoring the clean-up.
- Administrative charges and civil penalties levied against you by a judiciary body as the result of a covered event.
- Those reasonable costs and expenses to defend you against legal action from a covered event.

Limit of Liability: We agree to pay up to a maximum of $500,000 in any one policy year for those reasonable costs and expenses covered by this endorsement, regardless of the number of covered claims made or expenses incurred.

This additional coverage will not apply if you or any additional insured refuses or knowingly fails:

- To report the covered event as is required by law(s) and you or any additional insured had reason to know of the covered event.
- To provide all reasonable cooperation and assistance as is required by law(s) or by someone acting under their legal authority.

We do not provide coverage under this endorsement for:

- Liability which has been assumed by you or any additional insured under contract or agreement.
- ability arising out of any event that occurs on land or in the air.
- Liability for any covered event that is caused by or resulting from any intentional act or willful misconduct by you or any additional insured.
- Liability for bodily injury, disease, death or mental illness or anguish.
- Liability arising out of the spillage of any radio active or nuclear material.
- Any claim for punitive damages, or any fine, penalty or cost of defense arising out of a criminal violation.
- Any assessment or Liability for Natural Resource Damage unless legal action commences within one(1) year of a covered event.

For purposes of this endorsement, the following definitions shall apply:

- You or your means the Named Insured as specified on the declarations page of this policy.
- Covered Event means the sudden accidental and unexpected discharge, leakage or spillage of a contaminant from the insured vessel in an accident that is specific in time and place and within the policy period.
- Contaminant means any petroleum product, chemical, lubricant, or solvent normally associated with the use and operation of small craft.

PECIAL NOTE: IT IS REQUIRED BY LAW THAT YOU MUST NOTIFY THE PROPER AUTHORITIES IN THE EVENT F A DISCHARGE OF A POLLUTANT FROM YOUR VESSEL. EVEN IF YOU HAVE REPORTED A CLAIM TO YOUR GENT OR INSURANCE COMPANY, YOU ARE STILL REQUIRED BY LAW TO REPORT A DISCHARGE TO THE ROPER AUTHORITIES.

AGENT

BDD 0099

30081297 F/U

# Hacker Boat Company

OFFICER
William J. Morgan
President

FACTORY:
Silver Bay, New York 12874
(518) 543-6060

## First Assignment

For the value received, the undersigned hereby transfers this statement of origin and the boat described herein to _Clean Waste, Inc._
address: _Post office Box 1034, One Capital Place, Shedan Rd. Georgetown, Cayman_
and certifies that the boat is new and has not been registered in this or _Island_ any other state; he also warrants the title of said boat at time of delivery, subject to the liens and encumbrances, if any, as set out below: _BWI_

| amt of lien | date | to whome due | address |
|---|---|---|---|
| None | | | |

Date _Oct 5_ _19 2000_; at _____ _Silver Landing, N.Y._
by: _Hacker Boat Co. Inc._  _Dolores Kunker_  _Secretary_
TRANSFEROR (FIRM NAME)   SIGN HERE   POSITION

before me personally appeared _Dolores Kunker_ whom by me being duly sworn upon oath says that the statements set forth above are true and correct. Subscribed and sworn to before me this ___5___ day of _Oct_ _2000_
_____ Notary Public. Date commission expires _____
seal:

Notary Public, State of New York
Warren County No. 4701600
My Comm. Expires Mar. 30, __01__

## Second Assignment

For value received, the undersigned hereby transfers this statement of origin and the boat described therein to _____
address: _____

| amt of lien | date | to whom due | address |
|---|---|---|---|
| | | | |

Date_____ 19___ at_____
_____ by_____
Transferor (firm name)   Sign here   position
Before me personally appeared_____ whom by me being duly sworn upon oath says that the statements set forth above are true and correct. Subscribed and sworn to before me this_____ day of_____ 19__
_____ Notary Public. Date commission expires_____
seal:

## Third Assignment

Hacker Boat Co., Inc.
Rt. 9 N. Silver Bay, NY 12874
(518) 543-6731
Fax: (518) 543-6732

# BILL OF SALE for 2000 HACKER

```
FACILITY #: 7038193
DATE: October 6, 2000
NAME: Clean Waste INC.
ADDRESS: P.O. Box 1034
One Capital Place, Shedan Road
Georgetown, Cayman Islands, B.W.I.

MAKE: Hacker Craft                    $72,500.00
MODEL: Sport Boat
SIZE: 22ft
HULL#: HKQ00359H000
ENGINE: YANMAR Diesel                 $12,187.00
MODEL: 4jhe-dte
SERIAL#: E30548
Credit on 350XL engine                -$5,077.60
PROPULSION: Inboard
MATERIAL: Mahogany
NEW: 2000
OPTIONS:
Wood floors                           $1,000.00
Standard mooring cover                $1,125.00
Power source                             $90.00
Depth Finder                            $275.00
Single C/D w. 4 speakers                $740.00
Ski tow ring                             $75.00
Pad on rear deck                         $50.00
                          TOTAL: $82,964.40
PAID IN FULL
NO NEW YORK STATE TAX PAID
```

SIGNED: Dolores Kunker          DATE: October 6, 2000

Hacker Craft

EXHIBIT "F"