# EXHIBIT E

CERTIFICATE OF BRITISH REGISTRY
PARTICULARS OF SHIP Signal Letters (if any)....ZCCQ 4

| OFFICIAL NUMBER: 726775 | NAME OF SHIP: N.E.W.S. | NUMBER, YEAR AND PORT OF REGISTRY: 77 IN 1996 GEORGE TOWN |
|---|---|---|
| NUMBER, YEAR AND PORT OF PREVIOUS REGISTRY (IF ANY): EX AMERICAN "AQUASTION" O.N. 905971 | | WHETHER A SAILING, STEAM OR MOTOR SHIP (IF STEAM OR MOTOR, HOW PROPELLED): MOTOR SHIP TWIN SCREW |
| DATE KEEL LAID: BUILT: 1985 MODIFIED:1990 | DATE MEASURED: 8 MAY 1996 | WHERE BUILT: DANIA U.S.A. |

NAME AND ADDRESS OF BUILDERS:
BUILT: DENISON MARINE INC.
DANIA, FL U.S.A.
MODIFIED: DERECKTOR GUNNEL
DANIA, FL. U.S.A.

| TYPE OF SHIP: PLEASURE YACHT | Material used to construct hull: ALUMINIUM | PARTICULARS: | METRIC UNITS |
|---|---|---|---|
| | | Length | 33.23 |
| | | Breadth | 7.37 |
| | | Moulded depth | 2.82 |
| | | Moulded draught | 2.12 |

THE TONNAGES OF THIS SHIP IN ACCORDANCE WITH HER INTERNATIONAL TONNAGE CERTIFICATE (1969) ARE:

GROSS TONNAGE: 225

NET TONNAGE: 67

| Number of passengers for whom accomodation is certified in cabins of not more than 8 berths. | -------- |
|---|---|
| Number of other passengers. | -------- |
| Number of seamen and apprentices for whom accommodation is certified. | -------- |

PARTICULARS OF PROPELLING ENGINES, ETC., (if any), as supplied by Builders, Owners, or Engine Makers:

| ENGINES & SHAFTS | DESCRIPTION | WHEN MADE | NAME & ADDRESS OF MAKERS | NO. AND DIAMETER OF CYLINDERS | | ESTIMATED BRAKE POWER OF SHAFT (kW) |
|---|---|---|---|---|---|---|
| | | | | Reciprocating | Other type | |
| No. of sets: TWO | Engines: INTERNAL COMBUSTION | Engines: 1985 | MTU POSTFACH 2040 7990 FRIEDRICHSHAFEN 1 GERMANY | Number of Cylinders: TWELVE (12) | Number of Cylinders: | 2367 kW |
| No. of Shafts: TWO | Boilers: Description: Number:- Loaded Pressure: | Boilers: | | Diameter: 165 mm Length of Stroke: 155 mm | Diameter: | ESTIMATED SPEED: 21 KNOTS |

CIC EXHIBIT number 14 8-9-04

Name, Residence, and Occupation of the Owner — Number of Sixty-fourth shares

CLEAN WASTE INC. (BY WAY OF BILL OF SALE DATED 5 OCT. 1999)    64 SHARES
HAVING ITS PRINCIPAL PLACE OF BUSINESS AT:
ONE CAPITAL PLACE
P.O. BOX 1034 GEORGE TOWN, GRAND CAYMAN

Dated at GEORGE TOWN, CAYMAN ISLANDS the 1st day of March Two Thousand

PLAINTIFF'S EXHIBIT

CAYMAN ISLANDS SHIPPING REGISTRY    ALFRED ........ ASST. REGISTRAR

NOTICE: A Certificate of Registry is not a document of title. It does not necessarily contain notice of all claims of ownership, nor in no case does it contain an entire record of any mortgages affecting the ship. In case of any change of ownership it is important to the purchaser of the interest of all parties that the change should be registered according to law. Changes of ownership, address or other registered particulars should be notified to the Registrar at the Port of Registry. Should the Vessel be lost, broken up, or cease to be entitled to be registered in the Cayman Islands, notice thereof, together with the Certificate of Registry, if in existence, should immediately be given to the Registrar of Shipping at George Town in the Cayman Islands.

PER 00015