# EXHIBIT F

# YACHT APPLICATION
## VESSELS WITH RATED SPEEDS IN EXCESS OF 50 MPH ARE INELIGIBLE FOR COVERAGE

NAME OF APPLICANT: Frank Perrotti Jr.
ADDRESS: 136 Bradley Rd., Woodbridge, CT 06525
EFFECTIVE DATE: 10/6/99   TERM: 1 YEAR (12:01 A.M. STANDARD TIME AT PLACE OF INSURANCE)

| COVERAGE | LIMITS OF LIABILITY | | |
|---|---|---|---|
| HULL, EQUIPMENT AND MACHINERY | $3,750,000 | AGREED VALUE | |
| PROTECTION & INDEMNITY | $5,000,000 | PER OCCURRENCE / PER ACCIDENT | |

HULL DEDUCTIBLE: $25,000   TENDER DED: $150   TOTAL PREMIUM:

BUILDER: Ocean Yacht   HULL OR SERIAL #: 405471   YEAR: 1986   LENGTH: 63'
MATERIAL: Aluminum   NAME: ___   MODEL: ___
COST TO PRESENT OWNER: $3,900,000   DATE PURCHASED: 10/1/99

See Survey on file

NAVIGATION AREA: ___ PRINCIPAL PLACE OF MOORING: Westbrook, CT
HAS VESSEL BEEN RECENTLY SURVEYED: YES   IF SO BY WHOM: Joseph W Lombardi
WILL THE VESSEL HAVE ANY FULL OR PART-TIME EMPLOYEES: Full-Time
CHARTERED OR USED COMMERCIALLY: NO

YEARS OF BOATING EXPERIENCE: N/A
PRESENTLY INSURED: N/A
INSURANCE EVER BEEN CANCELLED OR NON-RENEWED: NO
ANY MARINE CLAIMS IN LAST 5 YEARS: NO

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

AGENT: [signature]

CIC EXHIBIT 12  8-9-04
EXHIBIT STERLING 1  4-21-04 DMD
MGA 000069

## NAVIGATION CODES

**NE** — Marine Navigation - Northeast
"Insurance provided for the use and navigation of inland lakes and rivers in Maine, New Hampshire, Vermont, New York, Massachusetts, Connecticut and Rhode Island, excluding the Great Lakes."

**IW** — INLAND WATERS - 7 Months Navigation
"Insurance provided for the use and navigation of inland lakes and rivers, excluding the Great Lakes."

**NAC** — SPECIAL NORTH ATLANTIC COASTAL - 7 Months Navigation
"Insurance confined to the use and navigation of coastal waters, and waters tributary thereto, of the Atlantic Coast from ... "

**BB** — BARNEGAT BAY - 9 Months Navigation
"Insurance confined to the use and navigation of the Barnegat Bay and its tributaries, not south or east of Barnegat ... and not north of Oyster Creek Bridge on the Point Pleasant Canal, New Jersey."

**CB** — CHESAPEAKE BAY - 9 Months Navigation
"Insurance confined to the use and navigation of the Chesapeake Bay and tributaries between the Maryland-Delaware line ... & PA lands and Portsmouth, VA, but not east of the Cape Henry-Cape Charles line."

**NEC** — NEW ENGLAND COASTAL WATERS - 7 Months Navigation
"Insurance provided for the use and navigation of the Atlantic coastal waters and tributaries between Eastport, ME and Norfolk, VA, including Long Island Sound, Block Island Sound, Buzzards Bay, Narraganset Bay and Cape Cod Bay."

**JC** — JERSEY COAST - 9 Months Navigation
"Insurance confined to the use and navigation of coastal waters and tributaries between Sandy Hook, NJ and Lewes, DE ... Delaware Bay."

**NA** — NORTH ATLANTIC - 9 Months Navigation
"Insurance confined to the use and navigation of coastal waters and tributaries between Eastport, ME and Virginia Beach..."

**AC** — ATLANTIC COASTAL WATERS - 9 Months Navigation
"Insurance confined to the use and navigation of coastal waters, and waters tributary thereto of the Atlantic Coast and Gulf of ... including the Bahamas, from Eastport, ME to Pensacola, FL."

**AC12** — ATLANTIC COASTAL WATERS - 12 Months Navigation
"Insurance confined to the use and navigation of coastal waters, and waters tributary thereto of the Atlantic Coast and Gulf of ... including the Bahamas, from Eastport, ME to Pensacola, FL."

**LO** — LAYED-UP
"Insured warranted vessel is laid-up and out of commission for the entire term of the policy and not used for any ... navigational purposes."

# YACHT APPLICATION
## VESSELS WITH RATED SPEEDS IN EXCESS OF 50 MPH ARE INELIGIBLE FOR COVERAGE

NAME OF APPLICANT: Frank Perrotti Jr.
ADDRESS: 136 Bradley Rd., Woodbridge, Ct. 06525  ZIP:
EFFECTIVE DATE: 10/19/99  TERM: 1 YEAR (12:01 A.M. STANDARD TIME AT PLACE OF ISSUANCE)

| COVERAGE | | LIMITS OF LIABILITY | |
|---|---|---|---|
| A. HULL (INCLUDING EQUIPMENT AND MACHINERY) | $ 3,750,000 | AGREED VALUE | $ |
| MOTOR(S) (OUTBOARDS ONLY ACV) | $ | | |
| B. PROTECTION & INDEMNITY | $ 5,000,000 | PER OCCURRENCE | |
| PRIMARY MEDICAL PAYMENTS | $2,000 (included in P & I Coverage) | PER ACCIDENT | $ |
| C. EXCESS MEDICAL PAYMENTS | $ | | $ |
| D. TRAILER | $ | | |
| E. OTHER | $ | | $ |

HULL DEDUCTIBLE: $ 25,000  TRAILER DED: $100  TOTAL PREMIUM: $

BUILDER: Derecktor Maine  HULL # OR SERIAL #: 405971  YEAR: 19__  LENGTH: 121'00"
TYPE: ___  MATERIAL: Aluminum  NAME: ___  MODEL: ___
COST TO PRESENT OWNER: $ 3,900,000  DATE PURCHASED: 10/1/99
LOSS PAYEE:
ADDRESS:

ENGINE(S): YR ___ H.P. ___ MFG.-MODEL ___ SER # ___  MAX. SPEED: ___ FUEL: ___
YR ___ H.P. ___ MFG.-MODEL ___ SER # ___

See Survey on file

TENDER: LENGTH ___ MFG ___ VALUE: $ ___ MOTOR ___ VALUE: $ ___
TRAILER: YEAR ___ MFG ___ SER # ___
NO. & TYPE OF EXTINGUISHERS: ___ DATE LAST SERVICED: ___
BUILT IN CO2? ☐ YES ☐ NO  IF YES, MFG: ___ ☐ MANUAL ☐ AUTOMATIC DATE LAST SERVICED: ___
☐ VHF/RADIO TELEPHONE ☐ DEPTH SOUNDER RECORDER ☐ FUME DETECTOR ☐ LORAN ☐ RADAR ☐ GPS
OTHER: ___

NAVIGATION AREA (SEE NEXT PAGE, INDICATE NUMBER): 922
PRINCIPAL PLACE OF MOORING: Portsmouth, RI  ☒ ON MOORING ☐ AT DOCK ☐ TRAILERED
HAS THE VESSEL BEEN INSPECTED BY THE PRODUCER? ☐ YES ☒ NO
LAY-UP PERIOD: FROM: ___ (AT 12:01 A.M.) TO: ___ (AT 12:01 A.M.) IS VESSEL LAID UP: ☒ ON LAND ☐ IN WATER
HAS VESSEL BEEN RECENTLY SURVEYED? Yes  IF SO, BY WHOM? Joseph W. Lombardi
HAVE ALL THE SURVEY RECOMMENDATIONS BEEN COMPLIED WITH? Yes
WILL THE VESSEL HAVE ANY FULL OR PART-TIME EMPLOYEES? Full-time
IS THE VESSEL CHARTERED OR USED COMMERCIALLY? ☐ YES ☒ NO IF YES, GIVE DETAILS:

YEARS OF BOATING EXPERIENCE: N/A  DESCRIBE PREVIOUS BOATS OWNED: N/A
USCGA OR U.S. POWER SQUADRON COURSE? ☐ YES ☒ NO  PRESENT MARINE INSURER: N/A
HAS INSURANCE EVER BEEN CANCELLED OR NON-RENEWED? ☐ YES ☒ NO  IF YES, WHY?
ANY MARINE CLAIMS IN LAST 3 YEARS? ☐ YES ☒ NO  IF YES, GIVE FULL PARTICULARS:

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

AGENT: Dunlap Agency / Scott Hawley

CIC EXHIBIT 13  8-9-04
PLAINTIFF'S EXHIBIT Perrotti 13  6/26/02

Applicant's Signature: _____

## NAVIGATION CODES

940　　INLAND WATERS - 7 Months Navigation - Northeast
　　　"Warranted confined to the use and navigation of inland lakes and rivers in Maine, New Hampshire, Vermont, New York, Massachusetts, Connecticut and Rhode Island - excluding the Great Lakes."

939　　INLAND WATERS - 7 Months Navigation - Continental
　　　"Warranted confined to the use and navigation of inland lakes and rivers including the Great Lakes."

924　　SPECIAL NORTH ATLANTIC COASTAL - 7 Months Navigation
　　　"Warranted confined to the use and navigation of coastal waters, and waters tributary thereto, of the Atlantic Ocean from Eastport, ME to Provincetown, MA."

950　　BARNAGAT BAY - 8 Months Navigation
　　　"Warranted and confined to the use and navigation of the Barnagat Bay and its tributaries, not south or east of Beach Haven Inlet and not north of Bridge Avenue Bridge on the Point Pleasant Canal, New Jersey."

927　　CHESAPEAKE BAY - 8 Months Navigation
　　　"Warranted confined to the use and navigation of the Chesapeake Bay and tributaries between the Maryland-Delaware line on the C & D Canal and Portsmouth, VA, but not east of the Cape Henry-Cape Charles line."

925　　NEW ENGLAND COASTAL WATERS - 7 Months Navigation
　　　"Warranted confined to the use and navigation of the Atlantic coastal waters and tributaries between Eastport, ME and Montauk, NY including Long Island Sound, Block Island Sound, Gardiner Bay, Peconic Bay and Great South Bay."

945　　JERSEY COAST - 8 Months Navigation
　　　"Warranted confined to the use and navigation of coastal waters and tributaries between Sandy Hook, NJ and Lewes, DE including Delaware Bay."

929　　MID ATLANTIC - 8 Months Navigation
　　　"Warranted confined to the use and navigation of coastal waters and tributaries between Eastport, ME and Virginia Beach, VA."

920　　ATLANTIC COASTAL WATERS - 7 Months Navigation
　　　"Warranted confined to the use and navigation of coastal waters, and waters tributary thereto of the Atlantic Ocean and Gulf of Mexico, including the Bahamas, from Eastport, ME to Pensacola, FL."

922　　ATLANTIC COASTAL WATERS - 12 Months Navigation
　　　"Warranted confined to the use and navigation of coastal waters, and waters tributary thereto, of the Atlantic Ocean and Gulf of Mexico, including the Bahamas, from Eastport, ME to Pensacola, FL."

839　　PORT RISK ONLY
　　　"Warranted the insured vessel shall be laid-up and out of commission for the entire term of the policy and not used for any purpose whatsoever."

# YACHT APPLICATION
### VESSELS WITH RATED SPEEDS IN EXCESS OF 50 MPH ARE INELIGIBLE FOR COVERAGE

NAME OF APPLICANT: Frank Peretti, Jr.
ADDRESS: 136 Bradley Rd., Woodbridge, CT 06525   ZIP:
EFFECTIVE DATE: 10/1/99   TERM: 1 YEAR (12:01 A.M. STANDARD TIME AT PLACE OF ISSUANCE)

| | COVERAGE | LIMITS OF LIABILITY | | |
|---|---|---|---|---|
| PREMIUM | | | | |
| | HULL (INCLUDES EQUIPMENT AND MACHINERY) | $3,750,000 | AGREED VALUE | $ |
| | OUTBOARDS (OUTBOARDS ONLY ADV) | $ | | |
| | PROTECTION & INDEMNITY | $5,000,000 | PER OCCURRENCE | |
| | PRIMARY MEDICAL PAYMENTS | $2,000 (included in P & I Coverage) | PER ACCIDENT | $ |
| | EXCESS MEDICAL PAYMENTS | $ | | $ |
| | TRAILER | $ | | |
| | OTHER | $ | | |

HULL DEDUCTIBLE: $25,000    TRAILER DED: $100.    TOTAL PREMIUM: $

BUILDER: Ocean Yachts    HULL # OR SERIAL #: 405471    YEAR: 19EC   LENGTH: 121
MFG:                     MATERIAL: Aluminum    NAME:    MODEL:
COST TO PRESENT OWNER: $3,900,000    DATE PURCHASED: 10/1/99
LOSS PAYEE:
ADDRESS:

ENGINE(S): YR ___ H.P. ___ MFG-MODEL ___ SER # ___   MAX SPEED ___ FUEL ___
         YR ___ H.P. ___ MFG-MODEL ___ SER # ___

See Survey on file

TENDER: LENGTH ___ MFG ___ VALUE $ ___ MOTOR ___ VALUE $ ___
TRAILER: YEAR ___ MFG ___ SER # ___

NUM & TYPE OF EXTINGUISHERS: ___    DATE LAST SERVICED: ___
FIXED SYSTEM: ☐ YES ☐ NO  IF YES, MFG ___   ☐ MANUAL ☐ AUTOMATIC  DATE LAST SERVICED: ___
☐ VHF RADIO TELEPHONE  ☐ DEPTH SOUNDER RECORDER  ☐ FUME DETECTOR  ☐ LORAN  ☐ RADAR  ☐ GPS

NAVIGATION AREA (SEE NEXT PAGE, INDICATE NUMBER): #2
PRINCIPAL PLACE OF MOORING: ___, CT     ☒ ON MOORING ☐ AT DOCK ☐ TRAILERED
HAS THE VESSEL BEEN INSPECTED BY THE PRODUCER? ☐ YES ☒ NO
LAY-UP PERIOD: FROM ___ (AT 12:01 A.M.) TO ___ (AT 12:01 A.M.)  IS VESSEL LAID UP ☒ ON LAND ☐ IN WATER
HAS VESSEL BEEN RECENTLY SURVEYED? Yes    IF SO, BY WHOM? Joseph W. Lombardi
HAVE ALL THE SURVEY RECOMMENDATIONS BEEN COMPLIED WITH? Yes
WILL THE VESSEL HAVE ANY FULL OR PART-TIME EMPLOYEES? Full-time
IS VESSEL CHARTERED OR USED COMMERCIALLY? ☐ YES ☒ NO  IF YES, GIVE DETAILS:

YEARS OF BOATING EXPERIENCE: N/A   DESCRIBE PREVIOUS BOATS OWNED: N/A
USCGA OR U.S. POWER SQUADRON COURSES? ☐ YES ☒ NO    PRESENT MARINE INSURER: N/A
HAS INSURANCE EVER BEEN CANCELLED OR NON-RENEWED? ☐ YES ☒ NO   IF YES, WHY?
ANY MARINE CLAIMS IN LAST 5 YEARS? ☐ YES ☒ NO   IF YES, GIVE FULL PARTICULARS:

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

AGENT: [signature] Scott Hawley

PER 00162

## NAVIGATION CODES

**NE** - 7 Months Navigation - Northeast
"Coverage confined to the use and navigation of inland lakes and rivers in Maine, New Hampshire, Vermont, New York, Connecticut, Rhode Island, and Massachusetts - excluding the Great Lakes."

**INLAND WATERS** - 7 Months Navigation - Continental
"Coverage confined to the use and navigation of inland lakes and rivers including the Great Lakes."

**SPECIAL NORTH ATLANTIC COASTAL** - 7 Months Navigation
"Coverage confined to the use and navigation of coastal waters, and waters tributary thereto, of the Atlantic Ocean from Newport, RI to Norfolk, VA."

**BARNEGAT BAY** - 7 Months Navigation
"Coverage confined to the use and navigation of the Barnegat Bay and its tributaries, not south or east of Beach Haven and not north of Bridge Avenue Bridge on the Point Pleasant Canal, New Jersey."

**CHESAPEAKE BAY** - 7 Months Navigation
"Coverage confined to the use and navigation of the Chesapeake Bay and tributaries between the Maryland-Delaware line at the C & D Canal and Portsmouth, VA, but not east of the Cape Henry-Cape Charles line."

**NEW ENGLAND COASTAL WATERS** - 7 Months Navigation
"Coverage confined to the use and navigation of the Atlantic coastal waters and tributaries between Eastport, ME and Montauk, NY, including Long Island Sound, Block Island Sound, Gardner Bay, Peconic Bay and Great South Bay."

**JERSEY COAST** - 5 Months Navigation
"Coverage confined to the use and navigation of coastal waters and tributaries between Sandy Hook, NJ and Lewes, DE and Delaware Bay."

**MID ATLANTIC** - 5 Months Navigation
"Coverage confined to the use and navigation of coastal waters and tributaries between Eastport, ME and Virginia Beach, VA."

**ATLANTIC COASTAL WATERS** - 7 Months Navigation
"Coverage confined to the use and navigation of coastal waters, and waters tributary thereto, of the Atlantic Ocean and Gulf of Mexico, including the Bahamas, from Newport, RI to Pensacola, FL."

**ATLANTIC COASTAL WATERS** - 12 Months Navigation
"Coverage confined to the use and navigation of coastal waters, and waters tributary thereto, of the Atlantic Ocean and Gulf of Mexico, including the Bahamas, from Eastport, ME to Pensacola, FL."

**NO RISK - INT'L**
"Coverage for the insured vessel is limited to the ship, and is a consideration for the return term of the policy and not used for any use whatsoever."

PER 00163