# EXHIBIT G

```
                    UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF CONNECTICUT
- - - - - - - - - - - - - - - - x
                                :
CT INDEMNITY CO.                :   No. 3:01CV01410(RNC)
                                :
            Plaintiff,          :
                                :
       vs                       :
                                :
FRANK PERROTTI, JR.             :
                                :   HARTFORD, CONNECTICUT
            Defendant.          :   AUGUST 9, 2004
                                :
- - - - - - - - - - - - - - - - x

                                    BENCH TRIAL

                                    VOLUME I
```



```
    BEFORE:

        HON. ROBERT N. CHATIGNY, CHIEF U.S.D.J.

APPEARANCES:

    FOR THE PLAINTIFF:

        DUANE MORRIS
            744 Broad Street
            Suite 1200
            Newark, New Jersey 07102-3889
        BY: JAMES W. CARBIN, ESQ.

    FOR THE DEFENDANT:

        SENNING & RIEDER
            16 Saybrook Road
            Essex, Connecticut 06426
        BY: JOHN L. SENNING, ESQ.
            RICHARD RIEDER, ESQ.


                              Darlene A. Warner, RDR-CRR
                              Official Court Reporter
```

1

2                         SCOTT HAINEY,

3        called as a witness, having been first duly

4         sworn, was examined and testified as follows:

5

6              THE CLERK:  Please be seated.

7              Please state your name and spell your last name

8    for the record.

9              THE WITNESS:  Scott A., last name is Hainey,

10   H-A-I-N-E-Y.  Amston, Connecticut.

11

12                      DIRECT EXAMINATION

13   BY MR. CARBIN:

14   Q.   Good morning, Mr. Hainey.

15   A.   Good afternoon.

16   Q.   Good afternoon.  You'll have a number of exhibits on

17   the bunch there before you.

18   A.   Okay.

19   Q.   Can you pull out Exhibit 26?  I can help you find it.

20        I show you CIC Exhibit 26.  Take a moment to look at

21   it, if you would.  Tell me when you've had a chance to look

22   at it.

23   A.   Okay.

24   Q.   Have you ever seen that document before?

25   A.   No.  There is one page I have seen, which is 119.

1   A.   That's correct.

2   Q.   And you filled this out after -- when Mr. Lorinsky

3   approached you about getting insurance on the vessel, is

4   that right?

5   A.   After Mr. Lorinsky had called, I called Mr. Sterling at

6   Marine MGA and he forwarded me an application and

7   Mr. Lorinsky had forwarded me the Lombardi survey and the

8   Taylor letter. And I used that information to fill out this

9   application, with help from Mr. Sterling.

10  Q.   Let's be clear on what you got from Mr. Lorinsky. You

11  say you got a copy of the Lombardi survey of the vessel?

12  A.   Yes.

13  Q.   And you say you got a copy of a letter written to

14  Mr. Taylor from Mr. Lorinsky?

15  A.   That's correct.

16  Q.   And with that information you proceeded to fill out the

17  application form you got from Mr. Sterling?

18  A.   Correct. With help. I had to make phone calls to

19  Mr. Sterling --

20  Q.   You've answered my question, sir.

21  A.   Okay.

22  Q.   At the time you filled out this application, had you

23  ever heard of Clean Waste, Inc.?

24  A.   No.

25  Q.   Did you know Clean Waste, Inc. was the owner of the

1   vessel?
2   A.   No.
3   Q.   Did you know Clean Waste, Inc. was incorporated in the
4   Cayman Islands?
5   A.   No.
6   Q.   Did you know Clean Waste had its offices in the Cayman
7   Islands?
8   A.   No.
9   Q.   Did you know that the vessel M/Y N.E.W.S. was
10  homeported in Georgetown, Cayman Islands?
11          MR. SENNING:  Objection.  There's been no
12  definition or foundation as to what "homeport" means.
13          THE COURT:  Can you lay a foundation?
14  BY MR. CARBIN:
15  Q.   Let's look at the application.  I'll withdraw that
16  question and come back to it, Your Honor.
17       Let's look at the application.
18       Where did you get the information about where the
19  vessel was, physically was, when you filled out this
20  application?
21  A.   From the Taylor letter.  Said it was in Portsmouth,
22  Rhode Island.
23  Q.   And that's what you used to complete the application?
24  A.   That's correct.
25  Q.   Did you have any information that the vessel is going