# EXHIBIT H

The Connecticut Indemnity Company - A Stock Insurance Company and A Member of Orion Capital
Home Office: 9 Farm Springs Road, Farmington, CT 06032 • (860) 674-6600

2030

## YACHT POLICY



**YT 607311**

RENEWAL OF POLICY NUMBER:   NEW

Named Insured and Address:
FRANK PERROTTI, JR
136 BRADLEY RD
WOODBRIDGE, CT 06525

Agency Name and Address:
DUNLOP AGENCY
8 FAIRFIELD BLVD
WALLINGFORD, CT 06492
06-91-3544

From 10-19-1999 to 10-19-2000
Both dates at 12:01 A.M. standard time at place of issuance.

EXHIBIT
ROBERTS
3
3-31-04 DMW

COVERAGE UNDER THIS POLICY APPLIES ONLY TO THOSE SECTIONS FOR WHICH LIMITS AND PREMIUMS ARE DESIGNATED BELOW:

| | COVERAGE | LIMITS | |
|---|---|---|---|
| SECTION A | HULL | $3,750,000 | AGREED VALU |
| | DEDUCTIBLE $ 25,000 | Applicable to Hull Insurance. Section "A" o | |
| SECTION B | PROTECTION & INDEMNITY | $ 5,000,000 | EACH OCCURRENC |
| | LONGSHOREMEN'S & HARBOR WORKERS' COMPENSATION INSURANCE | AS PROVIDED IN PUBLIC ACT 803 OF THE 69th CONGRESS, AS AMENDED | |
| SECTION C | PRIMARY MEDICAL PAYMENTS | $2,000 IF SECTION B IS COMPLETED | EACH PERS( IN ANY ON ACCIDENT |
| | EXCESS MEDICAL PAYMENTS | $ 23,000 | |
| SECTION D | YACHT TRAILER $50 DEDUCTIBLE APPLICABLE TO TRAILER | $ | |
| SECTION E | TOWING & ASSISTANCE - Limit ~~$250 ANY ONE YEAR~~ $2,500 PER YEAR | | |
| | ENVIRONMENTAL DAMAGE ENDORSEMENT (AS PER THE ATTACHED) | | INCL |
| OTHER | PERSONAL PROPERTY $ | UB-$25,000, YT EXT | $ INCL |

PLAINTIFF'S
EXHIBIT NO. 2
7-29-04

TOTAL PREMIUM   $19,788.

DESCRIPTION OF VESSEL: Year 1986   Mfg. DENISON MARINE   Length 121'
Name ____   Hull # or Ser. # DEI001081686   TYPE ____
DESCRIPTION OF MOTOR: Year 1986 Mfg. MTU-12-V   Ser. # 553-0910/553-0909 Horsepower 1,530
TWIN
DESCRIPTION OF TRAILER: Year ____ Mfg. ____   Ser. # ____

NAVIGATION LIMITS WARRANTY:
WARRANTED THAT THE YACHT SHALL BE CONFINED TO THE USE AND NAVIGATION OF AREA # 929   AS FULLY DESCRIBED ON THE PAGE ATTACHED TO THESE DECLARATIONS.

LOSS PAYEE:

LAY-UP WARRANTY: WARRANTED THAT THE DESCRIBED YACHT SHALL BE LAID UP AND OUT OF COMMISSION AND NOT USED BY THE INSURED FOR ANY PURPOSE DURING THE PERIOD
FROM 11-1   (AT 12:01 AM) TO 4-1   (AT 12:01 AM)

NAVIGATIONAL ASSISTS:  ☐ Radio Telephone-VHF  ☐ Depth Recorder  ☐ Radar/LORAN/GPS  ☐ Fire Extinguisher System
☐ Power Squadron or Coast Guard Auxiliary Course  ☐ Vapor Detector  ☐ Diesel

It is further warranted that the equipment has been properly installed and will be maintained in good and efficient working order during the term of this insurance.

Countersigned this 14TH day of DEC , 99JD   By _____ Agent

MARINE MGA

10201-1 DCL (05-93) (PAGE 1 OF 2)

The Connecticut Indemnity Com¡
Home Office: ͨ  ͫn Springs Drive, Farmington, CT 06032 - (203) 67

# Yacht Policy




We will provide the insurance described in this policy in return for the premium and your compliance with the policy provisions and conditions.

## GENERAL CONDITIONS

1. **INSURED:** "You" and "your" mean the person or organization named as the Insured on the enclosed Declarations Page, as well as members of th immediate family of the insured who live in the same household, or anyone else operating the insured vessel with the prior permission of the name insured as long as the actual use is within the scope of such permission. "You" and "Your" do not include a captain or crew who work on you boat, or anyone operating or working for a marina, yacht club, boat repair yard or similar business.
   We do not insure other people using your boat with your permission for their liability to you.
   "WE," "OUR" and "US" mean the insurance company named in the Declarations page.
2. **RESTRICTIONS ON THE USE OF YOUR YACHT:** There are certain restrictions on the use of your yacht under this policy. We will not cover losses tha occur while your yacht is being used in any way that is prohibited by this policy.
   These are the restrictions:
   (a) The yacht must be used only for private pleasure purposes. It cannot be chartered, leased or used for any commercial purposes unless approve by us in writing.
   (b) The yacht cannot be taken out of the navigation area described on the declarations page without prior written permission by us.
   (c) The yacht cannot be used for any illegal purpose including the transportation of any illegal substance.
   (d) Your yacht must be laid-up and out of commission in accordance with the customs in your area during the term designated on the declaration page and not used for any purpose.
3. **TRANSFER OF INTEREST:** This policy will be void if your yacht is sold, assigned, transferred, or pledged without our previous permission in writin
4. **HELD COVERED:** If the navigational limits or the lay-up warranty of this policy as stated on the declarations page are breached due to circumstanc beyond your control, this policy shall remain in effect provided written notice is given to us as soon as the facts regarding the breach are knov to you and additional premium is paid at our rates.
5. **WHAT YOU MUST DO IN THE EVENT OF A LOSS:** If you have a loss or claim that you think might be covered under this policy, you must do the followir
   (a) Notify your agent or us in writing immediately. You must also provide us with all available information about the accident and arrange with to survey and inspect the damage to your vessel prior to the start of repairs.
   If a claim is made or a suit is brought against you, you must immediately notify us and forward to us every demand, notice, summons, or oth process received by you or your representative.
   (b) If your yacht or other property covered by this policy is damaged you must take all lawful and reasonable steps to protect the yacht from furtl damage. We will reimburse you for the reasonable expenses of protecting the property. These payments for protecting the damaged property will made in addition to any other payments we make for losses covered by this policy, without a reduction of the policy Limit of Liability stated on t declarations page in Section A.
   (c) You will not abandon or assign your yacht, after a loss, to this company nor any other party without our written permission.
6. **WHEN WE WILL PAY FOR LOSSES:** We will pay for losses covered under this policy within 30 days after we receive proof of loss that is satisfactory to
7. **COOPERATION WITH US:** In the event of a loss covered by this policy, cooperate with us fully. Do not assume any obligations, admit any responsibi or make any settlements or payments without first getting our written permission.
   If you are sued and you receive our written approval to defend the lawsuit, we will pay defense costs. Payments for the cost of your legal defer will be in addition to payments we make under your coverage for watercraft liability insurance. If we do pay for your defense we will have the ri¡ to select the attorney who will defend you. We can also control the defense, and we will have the right to settle a claim or suit if we think that is be
8. **TIME LIMIT FOR SUIT:** No suit or legal action against us for the payment of any claim will be allowed in any court of law unless you have met the terms of this policy and unless you commence such suit within twelve (12) months after the loss, or the shortest time limit allowed by the la of the state in which this policy was signed.
9. **OUR RIGHT TO RECOVER:** You may acquire the right to recover for a loss from someone else. You must do everything possible to preserve your ri to recover. Once we pay your loss under this policy, this right of recovery will belong to us.

10. **OTHER INSURANCE:** We will not pay for any loss if there is other insurance in effect which would cover the loss. Our insurance will only apply above the limits of any other policy in effect.
11. **LEGAL ACTION AGAINST US:** If you are found liable as a result of an accident covered by this policy, we will pay up to the limit of this policy as stated in the declarations page. We will pay even if you are bankrupt or insolvent. No one may begin legal action against us unless all the terms of the policy have been met, nor until thirty (30) days after the required proofs of claim have been filed with us.
12. **CONCEALMENT OR MISREPRESENTATION:** All coverage provided by us will be voided if you intentionally conceal or misrepresent any material fact or circumstance relating to this insurance, whether before or after a loss.
13. **RACING:** Your policy shall be void during the time that your powerboat (except a sailboat with an auxiliary engine) is engaged in any official race or speed contest. This does not apply to predicted log type events.
14. **SEIZURE OR REQUISITION:** We will not cover a loss that results from the lawful or unlawful capture, seizure, requisition, or detainment of your yacht by a civil authority, or any attempt at any of these.



15. **WAR:** We will not cover any loss you incur resulting from war, war-like hostilities, or war-like operations. This includes declared and undeclared wars, civil wars, revolutions, or any civil unrest.
16. **NUCLEAR EXCLUSION:** We will not pay for loss or damage to your yacht that is caused in whole or in part, either directly or indirectly by a nuclear reaction or nuclear radiation. However, if a nuclear reaction or nuclear radiation causes a fire, we will cover damage caused directly by the fire.
17. **CANCELLING THE POLICY:** You may cancel this policy by returning it to our authorized agent or by advising us or our authorized agent in writing stating the future date you want it to be cancelled.
    We can cancel this policy by providing written notice to you, at the address shown in this policy or last known address. If this is done, the cancellation shall not be effective until 10 days after the date of mailing. The mailing of this notice shall be sufficient proof of the notice to cancel.
18. **RETURN PREMIUM:** If this policy is cancelled, you may be entitled to a premium refund. If you request cancellation, the return premium will be computed on a short rate basis. If we cancel, the return premium will be computed on a pro-rata basis. If we pay for a constructive total loss to your yacht, the full annual premium for the policy will be considered fully earned and you will receive no return premium.
19. **CONFORMITY TO STATUTE:** Terms of this policy which are in conflict with the statutes of the State wherein this policy is issued are hereby amended to conform to such statutes.

## SECTION "A" — HULL INSURANCE

1. **WHAT WE INSURE:** We insure your yacht along with its sails, machinery, furniture and other equipment of and in the vessel as is required aboard for the safety and operation of the vessel. We will also cover dinghies, tenders and other small boats you own and use with your yacht. Subject to the other conditions and exclusions under this policy, we will cover this property afloat or ashore or in transit on land by a suitable land conveyance.
2. **VALUATION:** We have agreed with you on the value of your yacht and other covered property. This amount is shown in section A of the Declarations Page. In the event of damage to your yacht, we will pay for cost of repairs without deduction for depreciation, except for sails, covers of fabric or similar materials, and outboard motors. Covered losses to these items will be paid on the basis of their actual cash value taking into account reductions for depreciation.
3. **DEDUCTIBLE:** We will subtract the deductible amount stated in section A of the Declarations Page from any payment we make for a loss covered under this section. However, the deductible amount will not be subtracted if there is a total loss to your yacht.
4. **EQUIPMENT ON SHORE:** If any covered property of your yacht is separated and is laid up on shore during the policy period, this policy will cover the property to an amount not exceeding 50% of the limit of liability stated in Section A on the declarations page. The amount of insurance on your yacht will be decreased by the amount covered on shore.
5. **FIRE EXTINGUISHER WARRANTY:** You warrant, in consideration of a rating credit received, that if the yacht covered has a built-in fire extinguishing system permanently installed, that the tank and/or tanks of the system will be weighed, checked and recharged, if necessary, at least once a year by an authorized service facility and the system will be kept in good and efficient working order at all times.
6. **CAUSES OF LOSS THAT ARE COVERED:**
    (a) We will cover accidental direct physical loss or damage to the property insured from any external cause.
    (b) We will also cover physical loss or damage caused by the following:
        (1) fire, explosions, bursting of boilers, breakage of shafts;
        (2) negligence of master, mariners, engineers or pilots, provided such loss or damage is not due to a lack of diligence by you;
        (3) any hidden defect in the machinery or the hull (excluding the cost of replacing or repairing any defective part).
7. **CAUSES OF LOSS THAT ARE NOT COVERED:** We will not cover loss or damage caused by any of the following. Such loss is not covered regardless of any other cause or event contributing concurrently or in any sequence to the loss:
    (a) Intentional misconduct or misuse of your yacht or a lack of reasonable care in the maintenance, operation or seaworthiness of your yacht.
    (b) Wear and tear, gradual deterioration, weathering, inherent vice, insects, vermin, mold, marine life, electrolytic or galvanic action, corrosion or dampness of atmosphere.
    (c) Loss of any equipment except when there is physical evidence of forcible entry and/or removal from your yacht.
    (d) Loss or damage to your vessel or engine caused by freezing, extremes of temperature or ice whether such damage is inside or outside the hull.
    (e) Loss, damage or expense caused by the weight of the yacht exceeding the rated capacity of the trailer or other land conveyance vehicle.
    (f) Loss or damage to your yacht due to willful misconduct, or any dishonest act by your employees or persons to whom you entrust your yacht or property.

ATTACH ENDORSEMENTS HERE

8. **CONSTRUCTIVE TOTAL LOSS:** We will not pay for a constructive total loss unless the cost of recovering and repairing your yacht is greater than the agreed value as stated on the declarations page in Section A. Our coverage shall cease under this policy upon payment for such a loss unless your policy is reinstated in writing by us. If we pay for a constructive total loss of your yacht, the full annual premium for this policy will be considered fully earned and you will receive no return premium. When we pay for a total loss, the rights to all salvage will be ours.

9. **REPAIRS:** If the hull of your yacht is made in whole or in part of plywood, plastic, fiberglass, metal or other molded materials, we have the option of limiting payment to the reasonable cost of applying suitable patches, or bottom paint, in accordance with good repair practices to the damaged area.

10. **UNREPAIRED DAMAGE:** If the damage to your yacht or its equipment is not repaired, we will be liable only for the actual cash value of damaged parts. Our liability, however, will not exceed what it would cost to repair or replace the damaged property with material of like kind and quality. We will not pay for unrepaired damage in addition to a payment for a subsequent total loss of the watercraft and its equipment.

11. **COLLISION LIABILITY:** We will pay for the following in addition to any other payment under this section. If, while waterborne, your yacht collides with any other watercraft and you become legally liable for property damage to the other watercraft, we agree to pay, on your behalf, the amount for which you are legally liable, but the amount paid will not exceed the "Amount of Insurance" in Section "A" of the policy. We will not, however, pay for the cost of removing wrecks or obstructions or for loss of life or personal injury under this section.

## SECTION "B" — PROTECTION & INDEMNITY

1. **CLAIMS THAT ARE COVERED**
   We will pay sums which you or a covered person becomes legally obligated to pay for any of the following:
   (a) Bodily injury or death which results from your ownership or use of the yacht.
   (b) Loss or damage to any property of others whether it is on board your yacht or not, which arises from your ownership or use of your yacht. This includes loss or damage to any other fixed or movable object, such as a float or a dock or any property that is on that object.
   (c) Costs that result from the raising, removal or destruction of the wreck of your yacht, or an attempt at any of these. We will also cover any bodily injury, death, or loss or damage to property that arises because you fail to raise, remove or destroy the wreck of your yacht.
   (d) Costs resulting from the rescue of you, your passengers, or members of your crew.
   (e) Your liability to paid crew as defined in Admiralty Law.

2. **LIMIT OF LIABILITY**
   The limit of liability shown for Protection and Indemnity under Section B of the Declarations Page is our maximum limit of liability under this section. This is the most we will pay, regardless of the number of injured persons, claims made, or watercraft involved in any one accident, or series of accidents arising out of the same events.

3. **LEGAL REPRESENTATION**
   If your liability is contested, we will pay the cost and expense of your defense. We will have the option of naming attorneys who will represent you in the defense. Whenever required you must attend hearings and trials and shall assist in effecting settlements, giving evidence and assisting us in the conduct of suits and litigation proceedings.

4. **COVERAGE FOR VESSELS YOU DO NOT OWN**
   We will extend the liability coverage provided by this section to cover your use of a private pleasure vessel which you do not own or rent. But we will cover outboard runabouts only if we have agreed in writing to do so.
   We will also cover your responsibility for loss or damage to the vessel you are using, its equipment, furnishings or any other property on board. We will cover up to your coverage limit shown in section B of the Declarations Page.
   We will pay for losses arising from your use of a vessel you do not own only after all other valid and collectible insurance covering the loss has been exhausted. This limitation will apply whether you or the vessel's owner has the other insurance.

5. **FINES AGAINST YOU**
   We will not cover any fine or other penalty which any civil authority requires you to pay.

6. **FEDERAL LONGSHOREMEN'S AND HARBOR WORKERS' COMPENSATION**
   Provided with Watercraft Liability
   If a claim is made against you for bodily injury resulting from the ownership, maintenance or use of the insured watercraft, and for which you are liable under the provisions of the Longshoremen's and Harbor Workers' Compensation Act, we will pay the amount for which you are liable.
   We agree, as required by the Act, to conform to all the provisions of this Act, being Public Act No 803 of the 69th Congress, approved March 4, 1927; all laws which amend or supplement this Act and all lawful rules regulations, orders and decisions of the United States Department of Labor, Bureau of Employees' Compensation and of the Deputy Commissioner having jurisdiction, which affect this act while this policy is in force. We will carry out the provisions of Section 35 of this Act, and will not be relieved of liability due to the insolvency or bankruptcy of the named insured.

7. **THIS WATERCRAFT LIABILITY SECTION DOES NOT COVER:**
   (a) Bodily injury or property damage due to discharge, seepage, release, or escape of any liquid, solid, gaseous or thermal waste or pollutant including petroleum derivatives.
   (b) Liability assumed by you, the insured, under any contract or agreement.
   (c) Bodily injury or property damage while the vessel is being transported on land.
   (d) Bodily injury or property damage while your yacht is engaged in any towing watersport other than waterskiing.
   (e) Liability of other covered persons to you or your liability to your spouse.

## SECTION "C" — MEDICAL PAYMENTS

...is section explains your coverage for medical expenses for people who are injured on your yacht, whether or not you are at fault, but the accident must occur while the policy is in effect.

1. Expenses Covered
   We will pay up to the stated amount under Section C on the declarations page as applicable to "each accident" for the following expenses if someone

(a) The injured person's reasonable and r̲ ̲ssary medical, surgical, ambulance, hospital and pro̲ ̲ ional nursing expenses. These expenses must be incurred within one year of the accident.
(b) Reasonable funeral expenses if the injured person dies as a result of the accident within one year of the accident.

**2. MEDICAL AND OTHER REPORTS; EXAMINATION**
The injured person, or someone on his behalf must furnish reasonably obtainable information pertaining to the accident and injury and execute authorizat̲ ̲
to enable us to obtain medical reports and copies of records. The injured person must submit to physical examination by physicians selected b̲ ̲
as often as we may reasonably require.

**3. MEDICAL PAYMENTS PROOF OF LOSS**
A written, sworn proof of loss must be filed with us by any person seeking payment by us under the Medical Payments coverage, or by someone on their behalf. This proof of loss must include:
(a) The name and address of each person and organization performing covered services:
(b) The nature, extent and dates of these services:
(c) Itemized charges, and any sums already paid.
This proof of loss must be filed:
(a) As soon as reasonably possible after completion of services; or
(b) Within one year of the date of the accident, whichever of the above occurs first.

**4. ADMISSION OF LIABILITY**
Any payment made under this section is not an admission of liability by you or us.

**5. THIS MEDICAL PAYMENTS INSURANCE SECTION DOES NOT COVER:**
(a) Bodily injury or death while your vessel is being used to carry paying passengers or while it is being chartered or if it is used for other than private pleasure purposes.
(b) Bodily injury or death of:
  (1) anyone who is eligible for injury or death benefits under any Workers' Compensation or Longshoremen's and Harbor Workers' Compensation Laws;
  (2) any employee of yours, other than a household employee, or anyone who is working on or aboard your boat;
(c) Bodily injury or death of any trespasser who is boarding, aboard or leaving your vessel;
(d) Any liability assumed by you under contract or agreement;
(e) Bodily injury or death while your vessel is being transported on land.
(f) Bodily injury or death while your yacht is engaged in any towing watersport other than waterskiing.

## SECTION "D" — TRAILER INSURANCE

We cover the trailer used for the transportation of the insured watercraft if an amount of insurance is shown for the trailer in Section D of the Declarations Par̲ ̲

**1. COVERAGE**
We will pay for direct and accidental loss to the trailer caused by direct physical loss or damage to the trailer from any external cause.

**2. VALUATION**
We will pay losses to the trailer on an actual cash value basis taking into account reductions for depreciation. Our liability for any one loss will not exceed the amount of insurance shown for the trailer in Section D of the Declarations Page.

**3. DEDUCTIBLE**
Each adjusted loss to the trailer will be reduced by the deductible amount shown for the trailer in Section D.

**4. TERRITORIAL LIMITS**
Coverage for your trailer applies only to loss which occurs within the United States, District of Columbia, Puerto Rico and the Provinces of Canada.

**5. CAUSES OF LOSS THAT ARE NOT COVERED**
Losses that are not covered under Section A also apply to your trailer insurance.

## SECTION "E" — TOWING AND ASSISTANCE CHARGES

For an additional premium, we will pay you the reasonable costs you incur should your vessel become disabled while on the water and away from a safe harbor, and you are forced to seek commercial assistance because civil and voluntary help is not available. The most we will pay in one year for this coverage is $250.00.
The services we pay for are towing to the nearest place where necessary repairs can be made, delivery of gas, oil or parts (excluding the cost of these items) or emergency labor. The policy deductible does not apply to this coverage, however, proof of payment will be necessary for reimbursement.

In Witness Whereof, this Company has executed and attested this policy.

*Stanley G. Fullwood*
Secretary

*Robert B. _____*
President

APPLICABLE TO MAINE — It is agreed that the "Time Limit For Suit," as stated in the policy, is changed to commence within "two years" after the date of los̲ ̲

Home Office: 9 Farm Springs Road, Farmington, CT 06032 • (860) 674-6600

603 623 4797   P.05/05



## YACHT POLICY

T 607311

RENEWAL OF POLICY NUMBER:   NEW

Named Insured and Address:
FRANK PERROTTI, JR
136 BRADLEY RD
WOODBRIDGE, CT 06525

Agency Name and Address:
DUNLOP AGENCY
8 FAIRFIELD BLVD
WALLINGFORD, CT 06492
06-91-3544

From 10-19-1999 to 10-19-2000
Both dates at 12:01 A.M. standard time at place of issuance.

COVERAGE UNDER THIS POLICY APPLIES ONLY TO THOSE SECTIONS FOR WHICH LIMITS AND PREMIUMS ARE DESIGNATED BELOW.

| COVERAGE | LIMITS | | PREMIUM |
|---|---|---|---|
| HULL | $3,750,000 | AGREED VALUE | 1. $15,938<br>2. $<br>3. $ |
| DEDUCTIBLE $25,000 | Applicable to Hull Insurance. Section "A" only. | | |
| PROTECTION & INDEMNITY | $5,000,000 | EACH OCCURRENCE | 1: $3,850<br>2. $<br>3. $ |
| LONGSHOREMEN'S & HARBOR WORKERS' COMPENSATION INSURANCE | AS PROVIDED IN PUBLIC ACT 803 OF THE 69th CONGRESS, AS AMENDED | | |
| PRIMARY MEDICAL PAYMENTS | $2,000 IF SECTION B IS COMPLETED | EACH PERSON IN ANY ONE ACCIDENT | $INCL |
| EXCESS MEDICAL PAYMENTS | $23,000 | | |
| SECTION D  YACHT TRAILER  $50 DEDUCTIBLE APPLICABLE TO TRAILER | $ | | 1. $<br>2. $ |
| SECTION E  TOWING & ASSISTANCE - Limit $2,500 PER YEAR | | | INCL |
| ENVIRONMENTAL DAMAGE ENDORSEMENT (AS PER THE ATTACHED) | | | INCL |
| OTHER   PERSONAL PROPERTY $ | UB-$25,000, YT EXT | | $INCL |
| | | TOTAL PREMIUM | $19,788 |

DESCRIPTION OF VESSEL: Year 1986   Mfg. DENISON MARINE                                Length 121'
Name _____   Hull # or Ser. # DEI001081686   TYPE _____
DESCRIPTION OF MOTOR: Year 1986 Mfg. MTU-12-V   Ser. # 553-0910/553-0909   Horsepower 1,530
                                                                                            TWIN
DESCRIPTION OF TRAILER: Year ____ Mfg. _____   Ser. # _____

NAVIGATION LIMITS WARRANTY:
WARRANTED THAT THE YACHT SHALL BE CONFINED TO THE USE
AND NAVIGATION OF AREA # 929   AS FULLY DESCRIBED ON
THE PAGE ATTACHED TO THESE DECLARATIONS.

LOSS PAYEE:

LAY-UP WARRANTY: WARRANTED THAT THE DESCRIBED YACHT SHALL BE LAID UP AND OUT OF COMMISSION AND
NOT USED BY THE INSURED FOR ANY PURPOSE DURING THE PERIOD
FROM 11-1              (AT 12:01 AM) TO 4-1                                    (AT 12:01 AM)

NAVIGATIONAL ASSISTS:   ☐ Radio Telephone-VHF   ☐ Depth Recorder   ☐ Radar/LORAN/GPS   ☐ Fire Extinguisher System
                        ☐ Power Squadron or Coast Guard Auxiliary Course   ☐ Vapor Detector   ☐ Diesel

Further warranted that the equipment has been properly installed and will be maintained in good and efficient working order during the term of this insurance.

Countersigned this 14TH day of DEC        , 99JD        By _____