UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE, INC. : | |
|     Plaintiff, : | |
| V. : | CIVIL NO. 3:02-cv-02105 (RNC) |
| : | |
| THE CONNECTICUT INDEMNITY : | |
| COMPANY, INC., FIRST NATIONS : | |
| FINANCIAL SERVICES, INC., THE : | |
| DUNLAP CORPORATION f/d/b/a : | |
| DUNLAP INSURANCE & BONDING : | |
| and/or DUNLAP CT CORPORATION, : | |
| BRUEN DELDIN DIDIO ASSOCIATES, : | |
| INC., and MARINE MGA, INC. : | |
| : | |
|     Defendants. : | JULY 18, 2007 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

The Plaintiff, Clean Waste, Inc. ("Clean Waste"), hereby requests an extension of time to respond to Defendant Dunlap Corporation f/d/b/a Dunlap Insurance & Bonding and/or Dunlap CT Coprporation's ("Dunlap") Motion for Summary Judgment up to and including August 20, 2007. In support of this request, the Plaintiff states the following:

1. On June 29, 2007, Dunlap filed a Motion for Summary Judgment.

2. According to the Court's docket, the Plaintiff's response to Dunlap is due July 20, 2007.

3. The Plaintiff requests this extension of time in order to sufficiently address the arguments of law and fact set forth by Dunlap in its Motion for Summary Judgment, which are

4.    This is the Plaintiff's first motion to extend the deadline to file a reply to Dunlap's Motion for Summary Judgment.

6. The Plaintiff's Counsel has made a good faith effort to contact Counsel for the Defendant Dunlap to determine the Defendant's position with respect to the requested Extension of Time, but as of this time has had no response.

WHEREFORE, the Plaintiff respectfully requests that the Court extend the deadline for filing a response to Defendant Dunlap's Motion for Summary Judgment up to and including, August 20, 2007.

                **PLAINTIFF,**
                **CLEAN WASTE, INC.**

By_____
    John L. Senning, Esq.
    Essex Law Group Offices
    31 North Main Street, 2nd Floor
    Essex, Connecticut 06426
    Fed. Bar. No. ct05807
    Tel: (860) 767-2618
    Fax: (860) 767-2740
    jlssealaw@aol.com

## CERTIFICATION

      I hereby certify that on this date a copy of the foregoing Motion for Extension of Time thereof was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

July 18, 2007

                                           /s/ John L. Senning
                                        John L. Senning (ct05807)