UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE, INC. | : |
|     Plaintiff, | : |
| V. | :   CIVIL NO. 3:02-cv-02105 (RNC) |
| | : |
| THE CONNECTICUT INDEMNITY COMPANY, INC., FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DIDIO ASSOCIATES, INC., and MARINE MGA, INC. | : : : : : : : : |
|     Defendants. | :   JULY 18, 2007 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

The Plaintiff, Clean Waste, Inc. ("Clean Waste"), hereby requests an extension of time to respond to Defendant First Nations Financial Services, Inc.'s ("First Nation") Motion for Summary Judgment up to and including August 21, 2007. In support of this request, the Plaintiff states the following:

1. On June 30, 2007, First Nation filed a Motion for Summary Judgment.

2. According to the Court's docket, the Plaintiff's response to First Nation is due July 21, 2007.

3. The Plaintiff requests this extension of time in order to sufficiently address the arguments of law and fact set forth by First Nations in its Motion for Summary Judgment, which are extensive.

4. This is the Plaintiff's first motion for an extension of time to respond to First Nation's Motion for Summary Judgment.

5. This case is not assigned for trial.

6. The Plaintiff's Counsel has contacted Counsel for the Defendant First Nation who has advised that the Defendant consents and has no objection to the requested Extension of Time.

WHEREFORE, the Plaintiff respectfully requests that the Court extend the deadline for filing a response to Defendant First Nation's Motion for Summary Judgment up to and including, August 21, 2007.

**PLAINTIFF,
CLEAN WASTE, INC.**

By ___/s/ John L. Senning___
John L. Senning, Esq.
Essex Law Group Offices
31 North Main Street, 2nd Floor
Essex, Connecticut 06426
Fed. Bar. No. ct05807
Tel: (860) 767-2618
Fax: (860) 767-2740
jlssealaw@aol.com

## **CERTIFICATION**

I hereby certify that on this date a copy of the foregoing Motion for Extension of Time thereof was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

July 18, 2007

                                            /s/ John L. Senning
                                        John L. Senning (ct05807)