UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLEAN WASTE, INC.

        Plaintiff

-against-

THE CONNECTICUT INDEMNITY COMPANY, INC., FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DiDIO ASSOCIATES, INC., and MARINE MGA, INC.

        Defendants

CIVIL ACTION NO.

3:02cv02105 (RNC)

July 19, 2007

## DEFENDANT THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The defendant THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION ("Dunlap") hereby objects to plaintiff's motion for extension of time to file an opposition to Dunlap's summary judgment motion dated June 29, 2007. At present, plaintiff's opposition papers to Dunlap's summary judgment motion are due on July 20, 2007. The basis for this objection is as follows:

1. On May 2, 2007, all counsel participated in a conference call with the Court to discuss the status of this action. At the conclusion of this conference, the defendants were directed to file summary judgment motions by no later than Monday, July 2, 2007, with the local rules guiding the time within which to file opposition and reply papers.

2.  The undersigned recalls the Court expressing concern over extending the time to both file the summary judgment motions and any oppositions/replies, particularly with the age of the case and the fact that the rulings on these motions will guide the remaining discovery in this case to prepare it for either settlement or trial. With that concern, it was the undersigned counsel's belief that the Court would not extend the dates for filing papers in support of and in opposition to the summary judgment motions.

3.  Moreover, plaintiff's request to file opposition papers by August 20, 2007 will be prejudicial to the defendants. The undersigned is scheduled for a vacation the week of August 20, 2007, and will not return to the office until August 27, 2007. By allowing opposition papers to be filed by August 20, 2007, the undersigned would essentially lose approximately 8 days within which to draft and file any reply papers. As such, if the Court is inclined to grant plaintiff's motion, the undersigned would request additional time within which to file reply papers.

**WHEREFORE**, the defendant requests that this Objection be sustained.

Respectfully submitted,

THE DEFENDANT,
THE DUNLAP CORPORATION f/d/b/a
DUNLAP INSURANCE & BONDING and/or
DUNLAP CT CORPORATION

By: _____
Darren P. Renner, Esq. (ct 15901)
Christopher B. Weldon, Esq. (ct 14128)
James C. Keidel, Esq. (ct 19970)
Robert J. Grande, Esq. (ct 21763)
Lustig & Brown, LLP
1177 Summer Street
Stamford, Connecticut 06905
Telephone: (203) 977-7840
Fax No. (203) 977-8649

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE, INC. | |
| Plaintiff | CIVIL ACTION NO. |
| -against- | 3:02cv02105 (RNC) |
| THE CONNECTICUT INDEMNITY COMPANY, INC., FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DiDIO ASSOCIATES, INC., and MARINE MGA, INC. | |
| Defendants | July 19, 2007 |

## CERTIFICATION

I hereby certify that on July 19, 2007, a copy of foregoing **DEFENDANT THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

|  |  |
|---|---|
| | THE DEFENDANT, <br> THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION |
| By: | */s/ Robert J. Grande* <br> Robert J. Grande, Esq. (ct 21763) <br> Lustig & Brown, LLP <br> 1177 Summer Street <br> Stamford, Connecticut 06905 <br> Telephone: (203) 977-7840 <br> Fax No. (203) 977-8649 |