UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE, INC. | : |
|     Plaintiff, | : |
| V. | : CIVIL NO. 3:02-cv-02105 (RNC) |
| | : |
| THE CONNECTICUT INDEMNITY COMPANY, INC., FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DIDIO ASSOCIATES, INC., and MARINE MGA, INC. | : : : : : : : |
|     Defendants. | : JULY 19, 2007 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The Plaintiff, Clean Waste, Inc. ("Clean Waste"), hereby requests an extension of time to respond to Defendant Bruen Deldin Didio Associates, Inc.'s ("BDD") Motion for Summary Judgment up to and including August 23, 2007. In support of this request, the Plaintiff states the following:

1. On July 2, 2007, BDD filed a Motion for Summary Judgment.

2. According to the Court docket, the Plaintiff's response to BDD is due July 23, 2007.

3. The Plaintiff requests this extension of time in order to sufficiently address the arguments of law and fact set forth by BDD in its Motion for Summary Judgment, which are extensive.

4. This is the Plaintiff's first motion to extend the deadline to file a reply to BDD's Motion for Summary Judgment.

6. The Plaintiff's Counsel has made good faith efforts to contact Counsel for the Defendant BDD to determine the Defendant's position with respect to the requested Extension of Time, but as of this time has had no response.

WHEREFORE, the Plaintiff respectfully requests that the Court extend the deadline for filing a response to Defendant BDD's Motion for Summary Judgment up to and including, August 23, 2007.

> PLAINTIFF,
> CLEAN WASTE, INC.
>
>
> By____/s/ John L. Senning
>     John L. Senning, Esq.
>     Essex Law Group Offices
>     31 North Main Street, 2nd Floor
>     Essex, Connecticut 06426
>     Fed. Bar. No. ct05807
>     Tel: (860) 767-2618
>     Fax: (860) 767-2740
>     jlssealaw@aol.com

## CERTIFICATION

  I hereby certify that on this date a copy of the foregoing Motion for Extension of Time thereof was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

July 19, 2007

                    /s/ John L. Senning
                  John L. Senning (ct05807)