UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEAN WASTE, INC. | : | |
|     Plaintiff, | : | |
| V. | : | CIVIL NO. 3:02-cv-02105 (RNC) |
| | : | |
| THE CONNECTICUT INDEMNITY COMPANY, INC., FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DIDIO ASSOCIATES, INC., and MARINE MGA, INC. | : | |
|     Defendants. | : | JULY 19, 2007 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The Plaintiff, Clean Waste, Inc. ("Clean Waste"), hereby requests an extension of time to respond to Defendants Marine MGA, Inc.'s ("Marine MGA") and the Connecticut Indemnity Company, Inc.'s ("CIC") Motion for Summary Judgment up to and including August 23, 2007. In support of this request, the Plaintiff states the following:

1. On July 2, 2007, CIC and Marine MGA filed a Motion for Summary Judgment.

2. According to the Court's docket, the Plaintiff's response to the Motion for Summary Judgment filed by CIC and Marine MGA is due July 23, 2007.

3. The Plaintiff requests this extension of time in order to sufficiently address the arguments of law and fact set forth by CIC and Marine MGA in their Motion for Summary Judgment, which are extensive.

4. This is the Plaintiff's first motion for an extension of time within which to respond to CIC and Marine MGA's Motion for Summary Judgment.

5. This case is not assigned for trial.

6. The Plaintiff's Counsel has made good faith efforts to contact Counsel for the Defendant Marine MGA to determine the Defendant's position with respect to the requested Extension of Time, but as of this time has had no response.

WHEREFORE, the Plaintiff respectfully requests that the Court extend the deadline for filing a response to Defendant Marine MGA's Motion for Summary Judgment up to and including, August 23, 2007.

                                           **PLAINTIFF,**
                                           **CLEAN WASTE, INC.**

By    /s/ John L. Senning
    John L. Senning, Esq.
    Essex Law Group Offices
    31 North Main Street, 2nd Floor
    Essex, Connecticut 06426
    Fed. Bar. No. ct05807
    Tel: (860) 767-2618
    Fax: (860) 767-2740
    jlssealaw@aol.com

## CERTIFICATION

      I hereby certify that on this date a copy of the foregoing Motion for Extension of Time thereof was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


July 19, 2007

                                                    /s/ John L. Senning
                                            John L. Senning (ct05807)