UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CLEAN WAST, INC. | ) | CIVIL ACTION NO.: |
| | ) | |
| Plaintiff | ) | 3:02 CV 2105 (RNC) |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CONNECTICUT INDEMNITY CO., et al. | ) ) | |
| | ) | |
| Defendants | ) | JULY 20, 2007 |

### DEFENDANT BRUEN DELDIN DIDIO ASSOCIATES, INC.'S OBJECTION TO MOTION FOR EXTENSION OF TIME

The Defendant Bruen Deldin Didio Associates, Inc. ("BDD") hereby objects to the Motion for Extension of Time, dated July 19, 2007, filed by the Plaintiff Clean Waste, Inc. ("Clean Waste"), who seeks an extension of time until August 23, 2007 to respond to BDD's Motion for Summary Judgment, which is currently due by July 23, 2007.

On May 2, 2007, the Court held a telephonic status conference with all counsel in attendance. During the course of the conference, all counsel agreed that in an effort to reduce further cost and delay in this litigation, it would be sensible to file motions for summary judgment to assert defenses that could be disposed of as a matter of law. The Court directed that all summary judgment motions be filed within sixty (60) days and specifically stated that no motions for extension of time would be entertained. The undersigned understood that "no-extension" direction to apply to the responding Plaintiff, Clean Waste, as well as the Defendants. During the conference, counsel for Clean Waste made no request that it be provided additional time within which to respond to the

various motions for summary judgment. Clean Waste agreed with the schedule, as discussed by the parties and ordered by the Court on May 2, 2007, and it should not now be permitted to delay the very process which the parties embraced in order to expedite resolution of this litigation.[1]

Finally, Clean Waste's request for extension until August 23, 2007 is particularly problematic for BDD. The undersigned is scheduled for vacation from August 20 until August 30, 2007. If Clean Waste is permitted until August 23rd to file its Objection, BDD would have insufficient time to prepare its Reply, which would be due by September 7, 2007. Accordingly, if the Court grants Clean Waste's Motion, BDD requests additional time, until September 13, 2007, within which to file its Reply.

**THE DEFENDANT,
BRUEN DELDIN DIDIO, ASSOCIATES, INC.**

By:  /s/ Mary E.R. Bartholic
     Mary E.R. Bartholic (ct 17518)
     Cohn Birnbaum & Shea P.C.
     100 Pearl Street
     Hartford, CT 06103
     Telephone: (860) 493-2200
     Fax: (860) 727-0361
     mbartholic@cb-shea.com

---

[1] It is troubling that Clean Waste has not filed even one of its Objections timely. Rather, Clean Waste seeks extension as to all of the pending motions for summary judgment. In his request for consent to this extension, sent by email to all counsel, counsel for Clean Waste suggested that he required more time to prepare his objections, in part, because he had "recently returned from business related travel." During the status conference, all other counsel consulted their calendars before agreeing with the deadlines; all filed their motions for summary judgment timely.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July, 2007 a copy of the foregoing Defendant Bruen Deldin Didio Associates, Inc.'s Objection to Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                     /s/ Mary E.R.. Bartholic
                                                   Mary E.R. Bartholic

138859 v1 07765.001