UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WAVE, INC. | : |
|     Plaintiff, | : |
| V. | :    CIVIL NO. 3:02-cv-02105 (RNC) |
| | : |
| THE CONNECTICUT INDEMNITY COMPANY, INC., FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DIDIO ASSOCIATES, INC., and MARINE MGA, INC. | : : : : : : : |
|     Defendants. | :    JULY 19, 2007 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The Plaintiff, Clean Waste, Inc. ("Clean Waste"), hereby requests an extension of time to respond to Defendant Bruen Deldin Didio Associates, Inc.'s ("BDD") Motion for Summary Judgment up to and including August 23, 2007. In support of this request, the Plaintiff states the following:

1. On July 2, 2007, BDD filed a Motion for Summary Judgment.

2. According to the Court docket, the Plaintiff's response to BDD is due July 23, 2007.

3. The Plaintiff requests this extension of time in order to sufficiently address the arguments of law and fact set forth by BDD in its Motion for Summary Judgment, which are extensive.

4. This is the Plaintiff's first motion to extend the deadline to file a reply to BDD's Motion for Summary Judgment.

*So ordered. Granted.*
*Robert N. Chatigny, U.S.D.J.*
*July 24, 2007.*