UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE, INC. | : |
| Plaintiff, | : |
| V. | : CIVIL NO. 3:02-cv-02105 (RNC) |
| | : |
| THE CONNECTICUT INDEMNITY COMPANY, INC., FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DIDIO ASSOCIATES, INC., and MARINE MGA, INC. | : |
| Defendants. | : JULY 19, 2007 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The Plaintiff, Clean Waste, Inc. ("Clean Waste"), hereby requests an extension of time to respond to Defendants Marine MGA, Inc.'s ("Marine MGA") and the Connecticut Indemnity Company, Inc.'s ("CIC") Motion for Summary Judgment up to and including August 23, 2007. In support of this request, the Plaintiff states the following:

1. On July 2, 2007, CIC and Marine MGA filed a Motion for Summary Judgment.

2. According to the Court's docket, the Plaintiff's response to the Motion for Summary Judgment filed by CIC and Marine MGA is due July 23, 2007.

3. The Plaintiff requests this extension of time in order to sufficiently address the arguments of law and fact set forth by CIC and Marine MGA in their Motion for Summary Judgment, which are extensive.

4. This is the Plaintiff's first motion for an extension of time within which to respond to CIC and Marine MGA's Motion for Summary Judgment.

*So ordered. Granted. Robert N. Chatigny, U.S.D.J. July 24, 2007.*