UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE, INC. | |
| Plaintiff | CIVIL ACTION NO. |
| -against- | 3:02cv02105 (RNC) |
| THE CONNECTICUT INDEMNITY COMPANY, INC., FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DiDIO ASSOCIATES, INC., and MARINE MGA, INC. | |
| | August 8, 2007 |
| Defendants | |

## DEFENDANT THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION'S MOTION FOR EXTENSION OF TIME

Pursuant to F.R.C.P. 6(b) and Local Rule 7(b), the undersigned defendant THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION ("Dunlap") hereby moves for an extension of time to reply to plaintiff's opposition to the motion for summary judgment. Plaintiff's opposition papers are due August 20, 2007. Assuming the plaintiff files the opposition on the final day that the opposition is due, Dunlap's reply brief would be due on September 4, 2007. Dunlap requests that its reply brief be due on September 11, 2007. Specifically, good cause exists for the granting of this extension because the undersigned is scheduled for a vacation the week of August 20, 2007 and will not return to the office until August 27, 2007. An extension of over one month was recently granted to the plaintiff to oppose the motion for extension of time. This brief extension requested by

Dunlap of approximately five business days should not prejudice any party, especially in light of the lengthy extension of time just granted to plaintiff.

Counsel for the plaintiff and codefendants have been contacted and consent to the requested extension of time.

WHEREFORE, for the reasons set forth above, the undersigned defendant respectfully requests an extension of time until September 11, 2007 to reply to plaintiff's opposition to Dunlap's motion for summary judgment, and that the Court grant Dunlap such other and further relief as the Court deems just and equitable.

        Respectfully submitted,

        THE DEFENDANT,
        THE DUNLAP CORPORATION f/d/b/a
        DUNLAP INSURANCE & BONDING and/or
        DUNLAP CT CORPORATION

By: _____
    Darren P. Renner, Esq. (ct 15901)
    Christopher B. Weldon, Esq. (ct 14128)
    James C. Keidel, Esq. (ct 19970)
    Robert J. Grande, Esq. (ct 21763)
    Lustig & Brown, LLP
    1177 Summer Street
    Stamford, Connecticut 06905
    Telephone: (203) 977-7840
    Fax No. (203) 977-8649

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE, INC.<br><br>                Plaintiff<br><br>-against-<br><br>THE CONNECTICUT INDEMNITY COMPANY, INC., FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DiDIO ASSOCIATES, INC., and MARINE MGA, INC.<br><br>                Defendants | CIVIL ACTION NO.<br><br>3:02cv02105 (RNC)<br><br><br><br><br><br><br>August 8, 2007 |

## CERTIFICATION

I hereby certify that on August 8, 2007, a copy of foregoing DEFENDANT THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION'S MOTION FOR EXTENSION OF TIME was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

THE DEFENDANT,
THE DUNLAP CORPORATION f/d/b/a
DUNLAP INSURANCE & BONDING and/or
DUNLAP CT CORPORATION

By: _____
Darren P. Renner, Esq. (ct 15901)
Lustig & Brown, LLP
1177 Summer Street
Stamford, Connecticut 06905
Telephone: (203) 977-7840
Fax No. (203) 977-8649