UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CLEAN WASTE, INC. | |
| Plaintiff | CIVIL ACTION NO. |
| -against- | 3:02cv02105 (RNC) |
| THE CONNECTICUT INDEMNITY COMPANY, INC., FIRST NATIONS FINANCIAL SERVICES, INC., THE DUNLAP CORPORATION F/D/B/A DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION, BRUEN DELDIN DiDIO ASSOCIATES, INC., and MARINE MGA, INC. | |
| | August 8, 2007 |
| Defendants | |

### DEFENDANT THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION'S MOTION FOR EXTENSION OF TIME

Pursuant to F.R.C.P. 6(b) and Local Rule 7(b), the undersigned defendant THE DUNLAP CORPORATION f/d/b/a DUNLAP INSURANCE & BONDING and/or DUNLAP CT CORPORATION ("Dunlap") hereby moves for an extension of time to reply to plaintiff's opposition to the motion for summary judgment. Plaintiff's opposition papers are due August 20, 2007. Assuming the plaintiff files the opposition on the final day that the opposition is due, Dunlap's reply brief would be due on September 4, 2007. Dunlap requests that its reply brief be due on September 11, 2007. Specifically, good cause exists for the granting of this extension because the undersigned is scheduled for a vacation the week of August 20, 2007 and will not return to the office until August 27, 2007. An extension of over one month was recently granted to the plaintiff to oppose the motion for extension of time. This brief extension requested by

August 9, 2007. Granted. So ordered.

Robert N. Chatigny, U.S.D.J.