UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
CLEAN WASTE, INC.              :
                               :
        v.                     :   CASE NO. 3:02CV2105(RNC)
                               :
FIRST NATIONS FINANCIAL        :
SERVICES, INC., DUNLAP CORP.,  :
BRUEN DELDIN DIDIO ASSOCIATES, :
INC., and MARINE MGA, INC.     :
```

## JUDGMENT

This action having come on for consideration of the defendants' motions for summary judgment before the Honorable Robert N. Chatigny, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued an ruling and order granting the defendants' motions and dismissing their counterclaims as moot; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 5th day of December, 2007.

ROBERTA D. TABORA, Clerk


By   /s/
     Jo-Ann Walker
     Deputy Clerk